IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural guardian of minor children, LMC and DLC; and ESTATE OF LEE MICHAEL CREELY by and through Warren Ratchford, Esq. its Administrator,<br><br>Plaintiffs,<br><br>vs.<br><br>CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUKISHA ROBERTS,<br><br>Defendants. | Case Number: 4:22-cv-00067 |

**DISCLOSURE STATEMENT**
**S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for Chatham County, Georgia, Alfred

Nevels, Selena Cardona, Teanna Frances-Henderson, Terence Jackson, Don White,

Karlos Manning and Yvette Bethel-Quinney ("County Defendants"), certifies that the following is a full and complete list of the parties in this action

| Name: | Identification & Relationship |
|---|---|
| Jessica Hodges, as natural guardian of minor children, LMC and DLC | Plaintiff |
| Estate of Lee Michael Creely, through Warren Ratchford, Esq. its Administrator | Plaintiff |
| CorrectHealth, LLC | Defendant |
| CorectHealth Chatham, LLC | Defendant |
| Carlo Musso, MD | Defendant |
| Karen Forchette | Defendant |
| Lowretta Florence | Defendant |
| Amber Anderson | Defendant |
| Jackie Harned | Defendant |
| Susan Rivera | Defendant |
| Loukisha Roberts | Defendant |
| Chatham County, Georgia | Defendant |
| Alfred Nevels | Defendant |
| Selena Cardona | Defendant |
| Teanna Frances-Henderson | Defendant |
| Terence Jackson | Defendant |

| | |
|---|---|
| Don White | Defendant |
| Karlos Manning | Defendant |
| Yvette Bethel-Quinney | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Name:                                             Identification & Relationship

None known to County Defendants

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Name:                                             Identification & Relationship

| | |
|---|---|
| William R. Claiborne, Esq. | Counsel for Plaintiff |
| David J. Utter, Esq. | Counsel for Plaintiff |
| Michael D. Flint, Esq. | Counsel for Defendant Loukisha Roberts |
| Mary Ellen A. Lighthiser, Esq. | Counsel for Defendant Loukisha Roberts |
| John A. Christy, Esq. | Counsel for Defendant Loukisha Roberts |
| Carlton E. Joyce | Counsel for Defendants CorrectHealth, LLC, CorrectHealth Chatham, LLC, Carlo Musso, MD; Karen Forchette; Lowretta Florence; Amber Anderson; Jacqueline |

| | |
|---|---|
| | (Jackie) Harned; and Susan Rivera |
| Lucas D. Bradley | Counsel for Defendants CorrectHealth, LLC, CorrectHealth Chatham, LLC, Carlo Musso, MD; Karen Forchette; Lowretta Florence; Amber Anderson; Jacqueline (Jackie) Harned; and Susan Rivera |
| R. Jonathan Hart | Counsel for Defendants Chatham County, Georgia, Alfred Nevels, Selena Cardona, Teanna Frances-Henderson, Terence Jackson, Don White, Karlos Manning and Yvette Bethel-Quinney |
| Andre Pretorius | Counsel for Defendants Chatham County, Georgia, Alfred Nevels, Selena Cardona, Teanna Frances-Henderson, Terence Jackson, Don White, Karlos Manning and Yvette Bethel-Quinney |

This 1st day of April, 2022.

/s/ R. Jonathan Hart
R. Jonathan Hart
Georgia Bar No. 333692
Andre Pretorius
Georgia Bar No. 298154
*Attorney for Chatham County, Georgia; Alfred Nevels, Selena Cardona, Teanna Frances-Henderson, Terence Jackson, Don White, Karlos Manning and Yvette Bethel-Quinney*

P.O. Box 8161
Savannah, GA 31412
(912) 652-7881
Email: rjhart@chathamcounty.org

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural guardian of minor children, LMC and DLC; and ESTATE OF LEE MICHAEL CREELY by and through Warren Ratchford, Esq. its Administrator,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUKISHA ROBERTS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 4:22-cv-00067<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, R. Jonathan Hart, hereby certify that on this day, I served DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1 on all counsel of record via the Court's CM/ECF System as follows:

William R. Claiborne, Esq.
David J. Utter, Esq.
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, Georgia 31401
will@claibornefirm.com
david@claibornefirm.com

Michael D. Flint, Esq.
Mary Ellen A. Lighthiser, Esq.
John A. Christy, Esq.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-4516
mflint@swfllp.com
mlighthiser@swfllp.com
jchristy@swfllp.com

Carlton E. Joyce
Bouhan Falligant, LLP
Post Office Box 2139
Savannah, Georgia 31402
cejoyce@bouhan.com
ldbradley@bouhan.com
State Bar of Georgia No. 405515

This 1st day of April, 2022.

    /s/ R. Jonathan Hart
    R. Jonathan Hart
    Georgia Bar No. 333692
    *Attorney for Chatham County, Georgia;*
    *Alfred Nevels, Selena Cardona, Teanna*
    *Frances-Henderson, Terence Jackson, Don*
    *White, Karlos Manning and Yvette Bethel-*
    *Quinney*

P.O. Box 8161
Savannah, GA 31412
(912) 652-7881
Email: rjhart@chathamcounty.org