# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural guardian of Minor children, LMC and DLC; ESTATE OF LEE MICHAEL CREELY by and Through Warren Ratchford, its Administrator, <br><br> Plaintiffs, <br><br> v. <br><br> CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, M.D.; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUIKISHA ROBERTS, <br><br> Defendants. | Civil Action No. 4:22-cv-00067 |

## DEFENDANTS CARDONA, JACKSON, FRANCES-HENDERSON, AND BETHEL-QUINNEY'S AMENDED ANSWER

Selena Cardona, Terence Jackson, Teanna Frances-Henderson, and Yvette Bethel-Quinney, Defendants in the above-referenced matter, by and through undersigned counsel, file this, their Amended Answer to Plaintiffs' Complaint, by adding an affirmative defense, as follows:

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred in whole or in part by Lee Michael Creely's assumption of the risk of injury.

Respectfully submitted this 27th day of July, 2022.

OLIVER MANER LLP

/s/ Benjamin M. Perkins
BENJAMIN M. PERKINS
Georgia Bar No. 140997
BRIAN D. GRIFFIN
Georgia Bar No. 874951
WILLIAM PHILLIPS
Georgia Bar No.552370

*Attorneys for Selena Cardona, Terence Jackson, Yvette Bethel-Quinney, and Teanna Frances-Henderson*

Post Office Box 10186
Savannah, GA 31412
Ph:(912) 236-3311
bperkins@olivermaner.com
bgriffin@olivermaner.com
wphillips@olivermaner.com