IN THE UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

JESSICA HODGES, As natural guardian of )
minor children, L.C. and D.C.; and )
ESTATE OF LEE MICHAEL CREELY, )
By and through Warren Ratchford, its )
Administrator; )
                                )
       Plaintiffs, )
                                )
vs. )     Case Number: 4:22-CV-00067-WTM-CLR
                                )
CHATHAM COUNTY, GEORGIA; )
CORRECTHEALTH CHATHAM LLC; )
CORRECTHEALTH, LLC; )
CARLO MUSSO, M.D.; )
KAREN FORCHETTE; ALFRED )
NEVELS; SELENA CARDONA; )
TEANNA FRANCES-HENDERSON; )
TERENCE JACKSON; DON WHITE; )
KARLOS MANNING; )
YVETTE BETHEL-QUINNEY; )
LOWRETTA FLORENCE; AMBER )
ANDERSON; JACKIE HARNED; SUSAN )
RIVERA; and LOUIKISHA ROBERTS; )
                                )
       Defendants. )

# EXHIBIT 1

IN THE UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, As natural guardian of minor children, L.C. and D.C.; and ESTATE OF LEE MICHAEL CREELY, By and through Warren Ratchford, its Administrator;<br><br>Plaintiffs,<br><br>vs.<br><br>CHATHAM COUNTY, GEORGIA; CORRECTHEALTH CHATHAM LLC; CORRECTHEALTH, LLC; CARLO MUSSO, M.D.; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUIKISHA ROBERTS;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number: 4:22-CV-00067-WTM-CLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**PLAINTIFFS' RESPONSE TO DEFENDANT CORRECTHEALTH, LLC'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

---

COMES NOW, Plaintiffs by and through their attorneys, The Claiborne Firm, P.C. and

hereby responds to Defendant CorrectHealth, LLC's First Request for Production of Documents

to Plaintiffs as follows:

Plaintiff Creely- Exhibit 1

## PRELIMINARY STATEMENT

1. Plaintiffs' investigation and development of all facts and circumstances relating to this action is ongoing. These responses and objections are made without prejudice to, and are not a waiver of, Plaintiffs' right to rely on other facts or documents at trial.

2. By making the accompanying responses and objections to Defendants request for documents and interrogatory, Plaintiffs doe not waive, and hereby expressly reserves, their right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Plaintiffs make the responses and objections herein without in any way implying that it considers the requests and interrogatory, and responses to the requests and interrogatory, to be relevant or material to the subject matter of this action.

3. Plaintiffs will produce responsive documents only to the extent that such documents are in their possession, custody, or control, as set forth in the Federal Rules of Civil Procedure ("FRCP"). Plaintiffs' possession, custody, or control does not include any constructive possession that may be conferred by Plaintiffs' right or power to compel the production of documents or information from third parties or to request their production from government entities.

4. A response to a document request or interrogatory stating that objections and/or indicating that documents will be produced shall not be deemed or construed that there are, in fact, responsive documents, that Plaintiffs performed any of the acts described in the document request, interrogatory, or definitions and/or instructions applicable to the document request or interrogatory, or that Plaintiffs acquiesces in the characterization of the conduct or activities contained in the document request, interrogatory, or definitions and/or instructions applicable to the document request or interrogatory.

Plaintiff Creely- Exhibit 1

5. Plaintiffs expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

6. Publicly available documents including, but not limited to, newspaper clippings, court papers, and documents available on the Internet, will not be produced.

## REQUESTS

1.    All documents relating in any way to any medical, hospital, burial or other similar expenses alleged to have been incurred by or on behalf of Plaintiffs' decedent LEE MICHAEL CREELY as a result of the occurrence in question, and any documents evidencing payments made and/or reimbursements of any such payments.

**RESPONSE:**

**See funeral expenses (bates stamped 001607).**

2.    Any reports, correspondence, notes or medical records of any kind reflecting or relating in any way to the injuries and/or death of Plaintiffs' decedent LEE MICHAEL CREELY.

**RESPONSE:**

**See medical records (bates stamped CH-001-CH-105); and Death Certificate of Lee Michael Creely (bates stamped 001368).**

3.    True and complete copies of the following documents filed with or issued by any Court in the United States or in your possession:

a.   Petition for Letters of Administration;

b.   Petition to Compromise any claim against any person or organization arising out of the alleged wrongful death of decedent LEE MICHAEL CREELY, and all supporting papers submitted in connection therewith;

Plaintiff Creely- Exhibit 1

c.  Releases executed by any personal representative or surviving next-of-kin of decedent in connection with any compromise referred to in (b) above;

d.  Covenants not to sue, stipulations of dismissal or compromise, or similar documents, executed by any attorney representing any personal representative of the estate of decedent LEE MICHAEL CREELY any personal representative thereof, or any surviving next-of-kin of decedent in connection with any compromise referred to in (b) above;

e.  Order(s) authorizing the compromise of any claim against any person or organization arising out of the alleged wrongful death of decedent LEE MICHAEL CREELY;

f.  Order(s) with respect to the distribution of the proceeds of the compromise of any claim against any person or organization arising out of the alleged wrongful death of decedent LEE MICHAEL CREELY;

g.  Any accountings submitted by any personal representative of the estate of decedent LEE MICHAEL CREELY;

h.  Order(s) with respect to the distribution of the estate of decedent LEE MICHAEL CREELY; and

i.  Order(s) settling the estate of decedent LEE MICHAEL CREELY.

**RESPONSE:**

| A | See signed Order Appointing Warren Ratchford as Adminstrator of the Estate of Creely and Letters of Administration (bates stamped 001608-001610) |
|---|---|
| B | None at this time. |
| C | None at this time. |
| D | None at this time. |
| E | None at this time. |

Page 4 of 24
Jessica Hodges, *et al. v.* Chatham County, Georgia, *et al.*

Plaintiff Creely- Exhibit 1

| F | None at this time. |
|---|---|
| G | None at this time. |
| H | None at this time. |
| I | None at this time. |

4.    Any written statements, recorded statements or transcriptions of recorded statements obtained from any person, including any party or representative of any party, relating to the occurrence in question or the ensuing litigation.

**RESPONSE:**

See bates stamped documents:

| Bates Number CLF | Document |
|---|---|
| 000090-000459 | 20210419-Creely-Documents from DOA |
| 000463-000480 | Creely Death Chart Review Submitted 020821 highlighted |
| 000481-000483 | Crdata |
| 000484-000572 | IA report with additional findings |
| 000573 | Ofc. T. Jackson- Video |
| 000574 | Quinney- Video |
| 000575 | Rivera- Video |
| 000576 | Roberts- Video |
| 000577 | White, Don(1) – Video |
| 000578 | White, Don(2) – Video |
| 000579 | 1# CM0778 Unit 2B-Video |
| 000580 | Census- Audio |
| 000670 | Census- Audio (note same as bates# 00580) Duplicate |
| 000671 | 1# CM0778 Unit 2B Dayarea@2020-09-06T235525.107Z (000671)-duplicate (same as bates #000579) |
| 000672 | 1# CM0779 Unit 2 B Desk Day Area@2020-09-07T022124.078Z |
| 000673 | 2B_Creely_Lee_Code_Black_Sep_6_2020 |
| 000674-000709 | IA report Lee Creely |
| 000710 | I-M Creely_I-M Burns with Ofc. Quinney-Audio |

Plaintiff Creely- Exhibit 1

| 000711 | P15_5033_125_20200903121924-calls-Audio |
|---|---|
| 000712-000790 | Inmate Incident Reports |
| 000791-000840 | Interviews |
| 000841-000861 | Photographs |
| 000862-000990 | Policies-log books-inmate information |
| 000991 | Off. D. White 9-7-20 Axon Body Cam 3- Video |
| 000992 | Ofc. T. Jackson-duplicate-Video (note- same as bates# 000573) |
| 000993 | Quinney- duplicate- Video (note- same as bates#000574) |
| 000994 | Roberts- duplicate- Video (note- same as bates#000576) |
| 000995 | Rivera-duplicate- Video (note- same as bates#000575) |
| 000996 | White, Don(1)- duplicate- Video (note- same as bates# 000577) |
| 000997 | White, Don(2)- duplicate- Video (note- same as bates# 000578) |
| 000998 | Frye- video interview- Video |
| 000999 | Griffith- video interview- Video |
| 001000 | Lt. Nevels- video interview- Video |
| 001001 | Manning- video interview- Video |
| 001002 | Morin- video interview- Video |
| 001003 | Ofc. Cardona- video interview- Video |
| 001004 | Ofc. Henderson- video interview- Video |
| 001116-001120 | Summary of statements re Lee Michael Creely |

5.     Any documentary material or tangible things referred to and/or identified in your

Plaintiff Creely- Exhibit 1

responses to Interrogatories served by Defendant in this case.

**RESPONSE:**

See bates stamped documents:

| Bates Number | Document |
|---|---|
| 000001-000089 | **Creely_Lee_emails_thru_Sep_11_2020** |
| 000090-000459 | **20210419-Creely-Documents from DOA** |
| 000460-000462 | **Creely_Lee_Phoenix** |
| 000463-000480 | **Creely Death Chart Review Submitted 020821 highlighted** |
| 000481-000483 | **Crdata** |
| 000484-000572 | **IA report with additional findings** |
| 000573 | **Ofc. T. Jackson- Video** |
| 000574 | **Quinney- Video** |
| 000575 | **Rivera- Video** |
| 000576 | **Roberts- Video** |
| 000577 | **White, Don(1) – Video** |
| 000578 | **White, Don(2) – Video** |
| 000579 | **1# CM0778 Unit 2B-Video** |
| 000580 | **Census- Audio** |
| 000581-000669 | **Creely_Lee_emails_thru_Sep_11_2020 (note-same as bates #000001-89) duplicate** |
| 000670 | **Census- Audio (note same as bates# 00580) Duplicate** |

Plaintiff Creely- Exhibit 1

| 000671 | 1# CM0778 Unit 2B Dayarea@2020-09-06T235525.107Z (000671)- duplicate (same as bates #000579) |
| 000672 | 1# CM0779 Unit 2 B Desk Day Area@2020-09-07T022124.078Z |
| 000673 | 2B_Creely_Lee_Code_Black_Sep_6_2020 |
| 000674- 000709 | IA report Lee Creely |
| 000710 | I-M Creely_I-M Burns with Ofc. Quinney-Audio |
| 000711 | P15_5033_125_20200903121924-calls-Audio |
| 000712- 000790 | Inmate Incident Reports |
| 000791- 000840 | Interviews |
| 000841- 000861 | Photographs |
| 000862- 000990 | Policies-log books-inmate information |
| 000991 | Off. D. White 9-7-20 Axon Body Cam 3- Video |
| 000992 | Ofc. T. Jackson-duplicate-Video (note- same as bates# 000573) |
| 000993 | Quinney- duplicate- Video (note- same as bates#000574) |
| 000994 | Roberts- duplicate- Video (note- same as bates#000576) |
| 000995 | Rivera-duplicate- Video (note- same as bates#000575) |
| 000996 | White, Don(1)- duplicate- Video (note- same as bates# 000577) |
| 000997 | White, Don(2)- duplicate- Video (note- same as bates# 000578) |
| 000998 | Frye- video interview- Video |
| 000999 | Griffith- video interview- Video |
| 001000 | Lt. Nevels- video interview- Video |
| 001001 | Manning- video interview- Video |

Plaintiff Creely- Exhibit 1

| 001002 | Morin- video interview- Video |
|---|---|
| 001003 | Ofc. Cardona- video interview- Video |
| 001004 | Ofc. Henderson- video interview- Video |
| 001005-001093 | Creely emails through 9-11-20 |
| 001094-001111 | Creely Death Chart Review Submitted 020821 highlighted duplicate (000463-000480) (Note : see bates #000463-000480) |
| 001112-001114 | Creely_Lee_Phoenix-duplicate- (Note : See bates# 000460-000462) |
| 001115 | Index Log book records |
| 001116-001120 | Summary of statements re Lee Michael Creely |

6.      Any document relating to the application for or obtaining of welfare, disability, medical assistance, food stamps, services, support or other public assistance benefits or payments from any federal, state or municipal department or agency by or on behalf of decedent LEE MICHAEL CREELY during his lifetime.

**RESPONSE:**

Plaintiffs object to this Request on the grounds that is not reasonably related to any claim or defense, and there is no good reason to go beyond the ordinary scope of discovery under Rule 26(b).  Whether Lee Creely ever applied for, or received, public benefits is unrelated to his death in the jail.  In addition, the request seems designed to harass and attack the true victims in this case—Lee Creely and his family.  Finally, Plaintiff objects to this request because it seeks information from third parties and information not within its possession, custody, control, or personal knowledge.  Plaintiffs are withholding no

Plaintiff Creely- Exhibit 1

documents related to this request.

7.     The Curriculum Vitae and all records of employment of LEE MICHAEL CREELY, including but not limited to the employment contracts, professional service agreements, job applications, letters of recommendation, commendations, performance reviews, offers of employment, reprimands, disciplinary matters, separation paperwork and the like.

**RESPONSE:**

**Plaintiffs object to this request as vague, ambiguous, overbroad, and unduly burdensome to the extent it asks Plaintiff to provide "all records of employment" of Lee Creely.  Plaintiff does not have and cannot obtain Lee Creely's employment data without an extensive search to employers some of whom are unknown to Plaintiffs.  Subject to and without waiving said objection, Plaintiffs agree to work with Defendants to gather information related to Mr. Creely's relevant employment history.**

8.     Any insurance policy providing benefits of any kind as a result of any injuries sustained by LEE MICHAEL CREELY in the occurrence in question and/or the death of LEE MICHAEL CREELY.

**RESPONSE:**

**None.**

9.     Copies of all documentation submitted to expert witnesses who are expected to testify at the trial of this action, excluding all medical records.

**RESPONSE:**

**Plaintiffs have not retained an expert at this time, discovery is ongoing.  Plaintiffs will supplement this response pursuant to the Court's scheduling order.**

10.     The Curriculum Vitae of each expert witness you intend to use at trial.

Plaintiff Creely- Exhibit 1

**RESPONSE:**

**Plaintiffs have not retained an expert at this time, discovery is ongoing. Plaintiffs will supplement this response pursuant to the Court's scheduling order.**

11. Each and every statement submitted to you or your attorneys for services rendered by such expert for each and every expert you intend to use at trial.

**RESPONSE:**

**Plaintiffs have not retained an expert at this time, discovery is ongoing. Plaintiffs will supplement this response pursuant to the Court's scheduling order.**

12. All reports, whether written, recorded or otherwise, made by each expert witness who has rendered an opinion in this action, but who is not expected to be called as an expert witness at the trial of this action.

**RESPONSE:**

**Plaintiffs have not retained an expert at this time, discovery is ongoing. Plaintiffs will supplement this response pursuant to the Court's scheduling order.**

13. All documents or other tangible items relied upon by any expert that you expect to call upon the trial of this case of action in reaching or otherwise forming his or her opinions in this case.

**RESPONSE:**

**Plaintiffs have not retained an expert at this time, discovery is ongoing. Plaintiffs will supplement this response pursuant to the Court's scheduling order.**

14. All records of any claims made on behalf of decedent LEE MICHAEL CREELY or personal representative of decedent with any insurer, state, local or federal court with any state or local government or the United States Government, or any agency thereof, in connection with

Plaintiff Creely- Exhibit 1

any illness, injury or disability by decedent prior to Plaintiffs' decedent's death.

**RESPONSE:**

**Plaintiffs object to this request as vague, ambiguous, overbroad, and unduly burdensome to the extent it asks Plaintiff to provide "all records of any" claims made on behalf of Lee Creely.  It is unclear whether this request relates to documents produced prior to Lee Creely's death, or is limited to after his death.  Subject to and without waiving said objection, Plaintiffs commit to investigate whether Mr. Creely made any claims prior to his death and see attached Social Security Death Benefits paid to Plaintiffs (bates stamped 001611-001612, and 001613-001614).**

15.    All records of any claims or demands made on behalf of LEE MICHAEL CREELY or personal representative of Plaintiffs' decedent with any third parties, including any medical providers, medical device or equipment manufacturers or suppliers, and/or pharmaceutical companies.

**RESPONSE:**

**Plaintiffs object to this request as vague, ambiguous, overbroad, and unduly burdensome to the extent it asks Plaintiff to provide "all records of any" claims or demands made on behalf of Lee Creely "with any third parties." It is unclear whether this request relates to documents produced prior to Lee Creely's death, or is limited to after his death.  Subject to and without waiving said objection, Plaintiffs are unaware of any documents responsive to this request.**

16.    All documents relating to or relied upon by you pertaining to any compensation or monetary benefits that you are claiming as a result of Plaintiffs' decedent LEE MICHAEL CREELY's death.

Plaintiff Creely- Exhibit 1

**RESPONSE:**

**Plaintiffs object to this request as vague, ambiguous, overbroad, and unduly burdensome to the extent it asks Plaintiff to provide "all documents" related to Plaintiffs are claiming as a result of the death of Lee Creely. Subject to and without waiving said objection, see attached Social Security Death Benefits paid to Plaintiffs (bates stamped 001611-001612, and 001613-001614).**

17.    A copy of the autopsy report and all other documents in any way related to the cause of death of Plaintiffs' decedent LEE MICHAEL CREELY.

**RESPONSE:**

**See bates stamped documents:**

| Bates Number CLF | Document |
|---|---|
| 000090-000459 | 20210419-Creely-Documents from DOA |
| 000463-000480 | Creely Death Chart Review Submitted 020821 highlighted |
| 000484-000572 | IA report with additional findings |
| 000573 | Ofc. T. Jackson- Video |
| 000574 | Quinney- Video |
| 000575 | Rivera- Video |
| 000576 | Roberts- Video |
| 000577 | White, Don(1) – Video |
| 000578 | White, Don(2) – Video |
| 000579 | 1# CM0778 Unit 2B-Video |
| 000580 | Census- Audio |
| 000670 | Census- Audio (note same as bates# 00580) Duplicate |
| 000671 | 1# CM0778 Unit 2B Dayarea@2020-09-06T235525.107Z (000671)-duplicate (same as bates #000579) |
| 000672 | 1# CM0779 Unit 2 B Desk Day Area@2020-09-07T022124.078Z |
| 000673 | 2B_Creely_Lee_Code_Black_Sep_6_2020 |
| 000674-000709 | IA report Lee Creely |

Page 13 of 24
Jessica Hodges, *et al. v.* Chatham County, Georgia, *et al.*

Plaintiff Creely- Exhibit 1

| | |
|---|---|
| 000710 | **I-M Creely_I-M Burns with Ofc. Quinney-Audio** |
| 000711 | **P15_5033_125_20200903121924-calls-Audio** |
| 000712-000790 | **Inmate Incident Reports** |
| 000791-000840 | **Interviews** |
| 000841-000861 | **Photographs** |
| 000862-000990 | **Policies-log books-inmate information** |
| 000991 | **Off. D. White 9-7-20 Axon Body Cam 3- Video** |
| 000992 | **Ofc. T. Jackson-duplicate-Video (note- same as bates# 000573)** |
| 000993 | **Quinney- duplicate- Video (note- same as bates#000574)** |
| 000994 | **Roberts- duplicate- Video (note- same as bates#000576)** |
| 000995 | **Rivera-duplicate- Video (note- same as bates#000575)** |
| 000996 | **White, Don(1)- duplicate- Video (note- same as bates# 000577)** |
| 000997 | **White, Don(2)- duplicate- Video (note- same as bates# 000578)** |
| 000998 | **Frye- video interview- Video** |
| 000999 | **Griffith- video interview- Video** |
| 001000 | **Lt. Nevels- video interview- Video** |
| 001001 | **Manning- video interview- Video** |
| 001002 | **Morin- video interview- Video** |
| 001003 | **Ofc. Cardona- video interview- Video** |
| 001004 | **Ofc. Henderson- video interview- Video** |
| 001116-001120 | **Summary of statements re Lee Michael Creely** |

Plaintiff Creely- Exhibit 1

18.    Copies of any newspaper articles or articles in any other publication relating to decedent LEE MICHAEL CREELY, and any obituaries or other articles concerning decedent after decedent's death.

**RESPONSE:**

**Plaintiff objects to this interrogatory because it seeks information from third parties and information not within its possession, custody, or control.  In addition, Plaintiff objects to this interrogatory because it seeks information in the possession of, known to, or otherwise equally available to the Defendants.  are not in possession of any documents responsive to this request and access them the same way Defendants can—through internet searches.**

19.    Copies of all correspondence, notes, emails, text messages, photographs, voicemail messages or other communications between you, your attorneys, and any journalists, reporters, investigators or news agencies relating to LEE MICHAELCREELY's death.

**RESPONSE:**

**Plaintiffs object to this request as it seeks attorney-client communications and attorney work product.  In addition, Plaintiffs object to this request as vague, ambiguous, overbroad, and unduly burdensome to the extent it asks Plaintiff to provide "all correspondence" between Plaintiffs, their attorneys, and media.  Finally, Plaintiffs object to this request on the grounds that is not reasonably related to any claim or defense, and there is no good reason to go beyond the ordinary scope of discovery under Rule 26(b). Plaintiffs and their counsel have a constitutional right to advocate against mass incarceration and privatized, for-profit health care in jails and prisons.  Subject to and**

Plaintiff Creely- Exhibit 1

**without waiving said objections, please see attached documents related to emails from Plaintiffs' counsel and Andrew Favakeh. Plaintiffs are withholding communications with their attorneys.**

20.     Copies of all correspondence, Open Records Requests, emails, subpoenas or other documents requesting copies of any records regarding LEE MICHAEL CREELY's incarceration in September 2020, or his death.

**RESPONSE:**

**See open records correspondence (bates stamped 001615-001638).**

21.     Copies of all documents that you or your attorneys, received in response to any Open Records Requests, correspondence, emails, or third-party requests relating to LEE MICHEL CREELY's death.

**RESPONSE:**

**See bates stamped documents:**

| Bates Number CLF | Document |
|---|---|
| 000001-000089 | **Creely_Lee_emails_thru_Sep_11_2020** |
| 000090-000459 | **20210419-Creely-Documents from DOA** |
| 000460-000462 | **Creely_Lee_Phoenix** |
| 000463-000480 | **Creely Death Chart Review Submitted 020821 highlighted** |
| 000481-000483 | **Crdata** |
| 000484-000572 | **IA report with additional findings** |
| 000573 | **Ofc. T. Jackson- Video** |
| 000574 | **Quinney- Video** |
| 000575 | **Rivera- Video** |
| 000576 | **Roberts- Video** |

Plaintiff Creely- Exhibit 1

| 000577 | White, Don(1) – Video |
|---|---|
| 000578 | White, Don(2) – Video |
| 000579 | 1# CM0778 Unit 2B-Video |
| 000580 | Census- Audio |
| 000581-000669 | Creely_Lee_emails_thru_Sep_11_2020 |
| 000670 | Census- Audio (note same as bates# 00580) Duplicate |
| 000671 | 1# CM0778 Unit 2B Dayarea@2020-09-06T235525.107Z (000671)-duplicate (same as bates #000579) |
| 000672 | 1# CM0779 Unit 2 B Desk Day Area@2020-09-07T022124.078Z |
| 000673 | 2B_Creely_Lee_Code_Black_Sep_6_2020 |
| 000674-000709 | IA report Lee Creely |
| 000710 | I-M Creely_I-M Burns with Ofc. Quinney-Audio |
| 000711 | P15_5033_125_20200903121924-calls-Audio |
| 000712-000790 | Inmate Incident Reports |
| 000791-000840 | Interviews |
| 000841-000861 | Photographs |
| 000862-000990 | Policies-log books-inmate information |
| 000991 | Off. D. White 9-7-20 Axon Body Cam 3- Video |
| 000992 | Ofc. T. Jackson-duplicate-Video (note- same as bates# 000573) |
| 000993 | Quinney- duplicate- Video (note- same as bates#000574) |
| 000994 | Roberts- duplicate- Video (note- same as bates#000576) |
| 000995 | Rivera-duplicate- Video (note- same as bates#000575) |
| 000996 | White, Don(1)- duplicate- Video (note- same as bates# 000577) |
| 000997 | White, Don(2)- duplicate- Video (note- same as bates# 000578) |
| 000998 | Frye- video interview- Video |

Page 17 of 24
Jessica Hodges, *et al. v.* Chatham County, Georgia, *et al.*

Plaintiff Creely- Exhibit 1

| 000999 | Griffith- video interview- Video |
|---|---|
| 001000 | Lt. Nevels- video interview- Video |
| 001001 | Manning- video interview- Video |
| 001002 | Morin- video interview- Video |
| 001003 | Ofc. Cardona- video interview- Video |
| 001004 | Ofc. Henderson- video interview- Video |
| 001005-001093 | Creely emails through 9-11-20 |
| 001094-001111 | Creely Death Chart Review Submitted 020821 highlighted- duplicate (Note : see bates #000463-000480) |
| 001112-001114 | Creely_Lee_Phoenix-duplicate- (Note : See bates# 000460-000462) |
| 001115 | Index Log book records |
| 001116-001120 | Summary of statements re Lee Michael Creely |
| 001121-001122 | June 9, 2021 Letter to Claiborne Firm Regarding Sheriff OR Response |
| 001123-001213 | RFP – Inmate Healthcare Services – 17-0109-1 |
| 001343-001367 | 20180701 CH Contract |
|  | CH Employee File- CH FLORENCE 001-062 |
|  | CH Employee File- CH FORCHETTE 001-073 |
|  | CH Employee File- CH RIVERA 001-044 |
|  | CH Medical Records Lee Michael Creely- CH 001-105, 2 |

22.     All income tax returns filed by decedent LEE MICHAEL CREELY for the ten (10)

year period preceding his date of death.

**RESPONSE:**

   **Plaintiffs do not have these documents. Plaintiffs have produced tax returns for 2016**

**(bates number: 001369-001480), and 2017 (bates number: 001481-001603).**

23.     All documents supporting any claim for lost income or other economic damages.

Plaintiff Creely- Exhibit 1

**RESPONSE:**

**See Decedent's tax returns for 2016 (bates number: 001369-001480), and 2017 (bates number: 001481-001603).**

24.    All documents that you believe support any claim for special damages in this case, including but not limited to collateral source payments.

**RESPONSE:**

**See funeral expenses (bates stamped 001607).**

25.    All documents relating to any liens filed against you, decedent LEE MICHAEL CREELY, or other personal representative of Plaintiffs' decedent by third parties relating to the allegations in this lawsuit.

**RESPONSE:**

**None.**

26.    All diaries and/or notes that you, your relatives, or anyone known to you have related to Plaintiffs' decedent's experiences during the two (2) weeks before and during his incarceration on September 3-6, 2020.

**RESPONSE:**

**None.**

27.    Please produce a copy of decedent's Medicaid or Medicare Health Insurance Claim Number Card.

**RESPONSE:**

**None.**

28.    Please produce any materials between the Plaintiffs or anyone acting on the Plaintiffs' behalf, and any State, Federal or private entity relating to the Plaintiffs' application for,

Plaintiff Creely- Exhibit 1

entitlement to, or distribution of disability benefits of any kind. This request includes, but is not limited to, any materials generated in connection with Social Security Disability, Medicare, Medicaid, Veterans Affairs and/or TriCare (Champus) benefits.

**RESPONSE:**

**See Social Security Death Benefits paid to Plaintiffs (bates stamped 001611-001612, and 001613-001614).**

29.    Please provide a copy of LEE MICHAEL CREELY's death certificate.
**RESPONSE:**

**See bates number:  001368.**

30.    Please produce any notes, photographs, sketches, audiotapes, videotapes, memorandums, correspondence, investigative documents or any other document or material thing obtained or created which supports or relates to any allegation raised by Plaintiffs or their agents or persons on their behalf, or which memorialize the care at issue.

**RESPONSE:**

**See bates stamped documents:**

| Bates Number CLF | Document |
|---|---|
| 000001-000089 | Creely_Lee_emails_thru_Sep_11_2020 |
| 000090-000459 | 20210419-Creely-Documents from DOA |
| 000460-000462 | Creely_Lee_Phoenix |
| 000463-000480 | Creely Death Chart Review Submitted 020821 highlighted |
| 000481-000483 | Crdata |
| 000484-000572 | IA report with additional findings |

Plaintiff Creely- Exhibit 1

| 000573 | Ofc. T. Jackson- Video |
| 000574 | Quinney- Video |
| 000575 | Rivera- Video |
| 000576 | Roberts- Video |
| 000577 | White, Don(1) – Video |
| 000578 | White, Don(2) – Video |
| 000579 | 1# CM0778 Unit 2B-Video |
| 000580 | Census- Audio |
| 000581-000669 | Creely_Lee_emails_thru_Sep_11_2020 |
| 000670 | Census- Audio (note same as bates# 00580) Duplicate |
| 000671 | 1# CM0778 Unit 2B Dayarea@2020-09-06T235525.107Z (000671)-duplicate (same as bates #000579) |
| 000672 | 1# CM0779 Unit 2 B Desk Day Area@2020-09-07T022124.078Z |
| 000673 | 2B_Creely_Lee_Code_Black_Sep_6_2020 |
| 000674-000709 | IA report Lee Creely |
| 000710 | I-M Creely_I-M Burns with Ofc. Quinney-Audio |
| 000711 | P15_5033_125_20200903121924-calls-Audio |
| 000712-000790 | Inmate Incident Reports |
| 000791-000840 | Interviews |
| 000841-000861 | Photographs |
| 000862-000990 | Policies-log books-inmate information |
| 000991 | Off. D. White 9-7-20 Axon Body Cam 3- Video |
| 000992 | Ofc. T. Jackson-duplicate-Video (note- same as bates# 000573) |
| 000993 | Quinney- duplicate- Video (note- same as bates#000574) |
| 000994 | Roberts- duplicate- Video (note- same as bates#000576) |
| 000995 | Rivera-duplicate- Video (note- same as bates#000575) |
| 000996 | White, Don(1)- duplicate- Video (note- same as bates# 000577) |
| 000997 | White, Don(2)- duplicate- Video (note- same as bates# 000578) |

Plaintiff Creely- Exhibit 1

| | |
|---|---|
| 000998 | Frye- video interview- Video |
| 000999 | Griffith- video interview- Video |
| 001000 | Lt. Nevels- video interview- Video |
| 001001 | Manning- video interview- Video |
| 001002 | Morin- video interview- Video |
| 001003 | Ofc. Cardona- video interview- Video |
| 001004 | Ofc. Henderson- video interview- Video |
| 001005-001093 | Creely emails through 9-11-20 |
| 001094-001111 | Creely Death Chart Review Submitted 020821 highlighted- duplicate (Note : see bates #000463-000480) |
| 001112-001114 | Creely_Lee_Phoenix-duplicate- (Note : See bates# 000460-000462) |
| 001115 | Index Log book records |
| 001116-001120 | Summary of statements re Lee Michael Creely |
| 001121-001122 | June 9, 2021 Letter to Claiborne Firm Regarding Sheriff OR Response |
| 001123-001213 | RFP – Inmate Healthcare Services – 17-0109-1 |
| 001214-001221 | COCHS Chatham County Detention Center Report 1 |
| 001222-001230 | COCHS Chatham County Detention Center Report 2 |
| 001231-001240 | COCHS Chatham County Detention Center Report 3 |
| 001241-001251 | COCHS Chatham County Detention Center Report 4 |
| 001252-001254 | COCHS Chatham County Detention Center Report 5 |
| 001255-001258 | COCHS Chatham County Detention Center Report 6 |
| 001259-001266 | COCHS Chatham County Detention Center Report 7 |

Plaintiff Creely- Exhibit 1

| | |
|---|---|
| 001267-001275 | COCHS Chatham County Detention Center Report 8 |
| 001276-001286 | COCHS Chatham County Detention Center Report 9 |
| 001287-001296 | COCHS Chatham County Detention Center Report 10 |
| 001297-001304 | COCHS Chatham County Detention Center Report 11 |
| 001305-001342 | Contract CorrectHealth Final 09-01-16 from Google Search |
| 001343-001367 | 20180701 CH Contract |
| | CH Employee File- CH FLORENCE 001-062 |
| | CH Employee File- CH FORCHETTE 001-073 |
| | CH Employee File- CH RIVERA 001-044 |
| | CH Medical Records Lee Michael Creely- CH 001-105, 2 |
| 001368 | Creely-Death Certificate |

31.     A copy of any treatise, book, standard, periodic magazine or document by author, title, addition, issue and page number which you contend supports the allegations made by you against this Defendant.

**RESPONSE:**

32.     Please produce all documents concerning LEE MICHAEL CREELY's criminal history.

**RESPONSE:**

      See Lee Creely Phoenix bates number: 000460-000462.   Plaintiffs are not in possession of any other documents pertaining to criminal history.

Plaintiff Creely- Exhibit 1

Respectfully submitted, this 15th day of July, 2022.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
DAVID J. UTTER
Georgia Bar Number: 723144

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com
david@claibornefirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on counsel of record via electronic mail.

This 15th day of July, 2022.

WILLIAM R. CLAIBORNE

Plaintiff Creely- Exhibit 1