IN THE UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, As natural guardian of | ) | |
| minor children, L.C. and D.C.; and | ) | |
| ESTATE OF LEE MICHAEL CREELY, | ) | |
| By and through Warren Ratchford, its | ) | |
| Administrator; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case Number: 4:22-CV-00067-WTM-CLR |
| | ) | |
| CHATHAM COUNTY, GEORGIA; | ) | |
| CORRECTHEALTH CHATHAM LLC; | ) | |
| CORRECTHEALTH, LLC; | ) | |
| CARLO MUSSO, M.D.; | ) | |
| KAREN FORCHETTE; ALFRED | ) | |
| NEVELS; SELENA CARDONA; | ) | |
| TEANNA FRANCES-HENDERSON; | ) | |
| TERENCE JACKSON; DON WHITE; | ) | |
| KARLOS MANNING; | ) | |
| YVETTE BETHEL-QUINNEY; | ) | |
| LOWRETTA FLORENCE; AMBER | ) | |
| ANDERSON; JACKIE HARNED; SUSAN | ) | |
| RIVERA; and LOUIKISHA ROBERTS; | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 2

## David Utter

| | |
|---|---|
| **From:** | Kim Griffin |
| **Sent:** | Thursday, April 28, 2022 9:27 AM |
| **To:** | CARLTON E. JOYCE; David Utter; Lighthiser, Mary Ellen; Andre Pretorius; Jonathan Hart; Will Claiborne; Lucas D. Bradley; jchristy@swfllp.com; Flint, Michael; Will Claiborne |
| **Cc:** | Donna Myers; Sherri Oliver |
| **Subject:** | RE: Hodges v. Chatham County- Plaintiffs' Initial Disclosures |
| **Attachments:** | 20220428-Creely-Plaintiffs Initial Disclosures_Final.pdf |

Good morning everyone. Please see attached Plaintiffs' Initial Disclosures and a dropbox link containing the documents referenced in our Initial Disclosures. Please let me know if you are unable to access the link and/or the documents in the link.

https://www.dropbox.com/sh/p4g0cr87act13yn/AACYukubKXVDKxKLp3RZHzEUa?dl=0

Have a great day.

Very truly yours,

**Kimberly A. Griffin**
**Paralegal to William R. Claiborne**
**David Utter, and Casey Redwine**

**The Claiborne Firm, P.C.**
**Fair Fight Initiative**
**410 East Bay Street**
**Savannah, Georgia 31401**
**Telephone: (912) 236-9559**
**Facsimile: (912) 236-1884**
**Cell Phone: (912) 695-4491**
**E-Mail: kim@claibornefirm.com**
**E-mail: kim@fairfightinitiative.org**

**Confidentiality Notice** - This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

**IRS Circular 230 Disclosure** - To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting.

**From:** CARLTON E. JOYCE <CEJOYCE@bouhan.com>
**Sent:** Thursday, April 14, 2022 12:00 PM
**To:** David Utter <david@claibornefirm.com>; Lighthiser, Mary Ellen <mlighthiser@SWFLLP.com>; Andre Pretorius <anpretorius@chathamcounty.org>; jon@hartlawsav.com
**Cc:** Will Claiborne <will@claibornefirm.com>; Lucas D. Bradley <LDBradley@bouhan.com>; Kim Griffin <Kim@claibornefirm.com>; Christy, John <jchristy@SWFLLP.com>; Flint, Michael <mflint@SWFLLP.com>
**Subject:** RE: Hodges v. Chatham County

Plaintiff Creely- Exhibit 2

IN THE UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, As natural guardian of )<br>minor children, L.C. and D.C.; and           )<br>ESTATE OF LEE MICHAEL CREELY,   )<br>By and through Warren Ratchford, its         )<br>Administrator;                                             )<br>                                                                    )<br>       Plaintiffs,                                             )<br>                                                                    )<br>vs.                                                              )<br>                                                                    )<br>CHATHAM COUNTY, GEORGIA;         )<br>CORRECTHEALTH CHATHAM LLC;   )<br>CORRECTHEALTH, LLC;                        )<br>CARLO MUSSO, M.D.;                             )<br>KAREN FORCHETTE; ALFRED            )<br>NEVELS; SELENA CARDONA;              )<br>TEANNA FRANCES-HENDERSON;      )<br>TERENCE JACKSON; DON WHITE;     )<br>KARLOS MANNING;                                )<br>YVETTE BETHEL-QUINNEY;             )<br>LOWRETTA FLORENCE; AMBER       )<br>ANDERSON; JACKIE HARNED; SUSAN )<br>RIVERA; and LOUIKISHA ROBERTS;  )<br>                                                                    )<br>       Defendants.                                         )   | Case Number: 4:22-CV-00067-WTM-CLR |

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Federal Rules of Civil Procedure 26(a)(1) Plaintiffs Jessica Hodges, as natural guardian of minor children, L.C. and D.C., and Estate of Lee Michael Creely, by and through Warren Ratchford, its Administrator, make the following Initial Disclosures:

**A. Rule 26 (a) (1) (A) (i) - Individuals likely to have discoverable information:**

The following are the names of each individual likely to have discoverable information that the Plaintiffs may use to support their claims or defenses, unless the use would be solely for impeachment:

| | | | |
|---|---|---|---|
| 1 | Jessica Hodges<br>Plaintiff | Can be contacted through her attorney's office.<br>William R. Claiborne<br>David J. Utter<br>The Claiborne Firm, P.C.<br>410 East Bay Street<br>Savannah, Georgia 31401<br>(912) 236-9559 | She is likely to have information and/or knowledge surrounding Lee Michael Creely's later life and Plaintiff's damages. |
| 2 | John Wilcher<br>Sheriff Chatham County | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 3 | Don White<br>Defendant | Can be contacted through his attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 4 | Alfred Nevels<br>Defendant | Can be contacted through his attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 5 | Selena Cardona<br>Defendant | Can be contacted through her attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 6 | Teanna Frances-Henderson<br>Defendant | Can be contacted through her attorney's office.<br>Jonathan Hart<br>Andre Pretorius | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael |

Plaintiff Creely- Exhibit 2

| | | | |
|---|---|---|---|
| | | Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 7 | Terence Jackson<br>Defendant | Can be contacted through his attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 8 | Karlos Manning<br>Defendant | Can be contacted through his attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 9 | Yvette Bethel-Quinney<br>Defendant | Can be contacted through her attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 10 | Chatham County, Georgia<br>Defendant | Can be contacted through its attorney's office.<br>Jonathan Hart<br>Andre Pretorius<br>Chatham County Attorney Office<br>24 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>(912) 652-7881 | Has information and/or knowledge regarding the County's responsibility for funding operations and staffing, including for health care at the jail, including but not limited to provide physical and mental health care, screening, assessment, treatment, and attention to those individuals detained at the Jail, including the circumstances surrounding Lee Michael Creely's detention at the Jail, the health care |

Plaintiff Creely- Exhibit 2

|    |                                                                                                  |                                                                                                                                                     |                                                                                                                                                                                                                                                                      |
|----|--------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                                                  |                                                                                                                                                     | provided to him, and the Jail's health care policies and procedures.                                                                                                                                                                                                 |
| 11 | Representatives and/or employees of Chatham County Sheriff's Office and Chatham County Jail      | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600                                                      | Representatives and/or employees of Chatham County Sheriff's Office and Chatham County Detention Center who had contact with Michael Lee Creely, have information and/or knowledge surrounding the circumstances surrounding the arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 12 | CorrectHealth LLC Defendant                                                                      | Can be contacted through its attorney's office. Carlton Joyce Bouhan Falligant LLP One West Park Avenue Savannah, Georgia 31401 (912) 644-5754      | Has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail, CorrectHealth's policies and procedures, as well as its contract with Chatham County.                                    |
| 13 | CorrectHealth Chatham LLC Defendant                                                              | Can be contacted through its attorney's office. Carlton Joyce Bouhan Falligant LLP One West Park Avenue Savannah, Georgia 31401 (912) 644-5754      | Has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail, CorrectHealth Chatham's policies and procedures, as well as its contract with Chatham County.                            |
| 14 | Carlo Musso, M.D. Defendant                                                                      | Can be contacted through his attorney's office. Carlton Joyce Bouhan Falligant LLP One West Park Avenue Savannah, Georgia 31401 (912) 644-5754      | He has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail, supervision, administration, policies, practices, customs, operations, training of staff, the provision of health care at the Jail, and his contract with Chatham County. |
| 15 | Karen Forchette Defendant                                                                        | Can be contacted through her attorney's office.                                                                                                     | She has information and/or knowledge regarding the                                                                                                                                                                                                                   |

Plaintiff Creely- Exhibit 2

| | | Carlton Joyce<br>Bouhan Falligant LLP<br>One West Park Avenue<br>Savannah, Georgia 31401<br>(912) 644-5754 | circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail, supervision, administration, policies, practices, customs, operations, training of staff, and provision of health care at the Jail. |
|---|---|---|---|
| 16 | Amber Anderson<br>Defendant | Can be contacted through her attorney's office.<br>Carlton Joyce<br>Bouhan Falligant LLP<br>One West Park Avenue<br>Savannah, Georgia 31401<br>(912) 644-5754 | She has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail. |
| 17 | Jackie Harned<br>Defendant | Can be contacted through her attorney's office.<br>Carlton Joyce<br>Bouhan Falligant LLP<br>One West Park Avenue<br>Savannah, Georgia 31401<br>(912) 644-5754 | She has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail. |
| 18 | Lowretta Florence<br>Defendant | Can be contacted through her attorney's office.<br>Carlton Joyce<br>Bouhan Falligant LLP<br>One West Park Avenue<br>Savannah, Georgia 31401<br>(912) 644-5754 | She has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail. |
| 19 | Loukisha Roberts<br>Defendant | Can be contacted through her attorney's office.<br>Mary Ellen A. Lighthiser<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree St. NE, Suite 800<br>Atlanta, GA 30309<br>(404) 954-9870 | She has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's medical treatment at the Chatham County Jail. |
| 20 | Representatives and/or employees of CorrectHealth LLC | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | Representatives and/or employees of CorrectHealth LLC who had contact with Lee Michael Creely, have information and/or knowledge surrounding the circumstances surrounding the arrest, detention, and death at the Chatham County Jail, the medical treatment provided to |

Plaintiff Creely- Exhibit 2

| | | | him, and CorrectHealth LLC's policies and procedures. |
|---|---|---|---|
| 21 | Representatives and/or employees of CorrectHealth Chatham LLC | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600 | Representatives and/or employees of CorrectHealth Chatham LLC who had contact with Lee Michael Creely, have information and/or knowledge surrounding the circumstances surrounding the arrest, detention, and death at the Chatham County Jail, the medical treatment provided to him, and CorrectHealth Chatham LLC's policies and procedures. |
| 22 | Lt. Tanya Jacques Internal Affairs Unit Chatham County Sheriff's Office | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 23 | Billy Freeman Chief Deputy Chatham County Sheriff's Office | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 24 | Gary Morin Chatham County Sheriff's Office | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600  4 Sheridan Circle Savannah, Georgia 31406 (810) 357-8555 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 25 | Erick Griffith Chatham County Sheriff's Office | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |

Plaintiff Creely- Exhibit 2

| | | | |
|---|---|---|---|
| 26 | Justin Frye<br>Chatham County<br>Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600<br><br>515 Pennsylvania Avenue #132<br>Savannah, Georgia 31404<br>(912) 604-5517 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 27 | Jacob Ganas<br>Chatham County<br>Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600<br><br>108 Windmill Lane<br>Savannah, Georgia<br>(724) 557-8750 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 28 | Lavishia Little Holt<br>Chatham County<br>Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600<br><br>33 Springwater Drive<br>Savannah, Georgia<br>(912) 342-9471<br>(912) 349-6030 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 29 | Devon Gardner<br>Chatham County<br>Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600<br><br>126 Jamestown Drive<br>Rincon, Georgia 31326<br>(240) 491-1287 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 30 | Corporal Sutton<br>Effingham County<br>Sheriff's Office | Effingham County Sheriff's Office<br>130 East 1st Street<br>Springfield, Georgia 31329<br>(912) 754-3449 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest and detention at the Effingham County Sheriff Office. |
| 31 | Sgt. Morrison<br>Effingham County<br>Sheriff's Office | Effingham County Sheriff's Office<br>130 East 1st Street<br>Springfield, Georgia 31329<br>(912) 754-3449 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest and detention at the Effingham County Sheriff Office. |

Plaintiff Creely- Exhibit 2

| | | | |
|---|---|---|---|
| 32 | Captain Broome<br>Chatham County<br>Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 33 | Representatives and/or employees of<br>Chatham County Medical Examiner and Corner's Office | Chatham County Medical Examiner and Corner's Office<br>602 East 67th Street<br>Savannah, Georgia 31405 | Representatives and/or employees of Chatham County Medical Examiner and Corner's Office is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 34 | Dr. Kenneth A. Ray, DBH Med | Unknown at this time. | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 35 | Dr. Ronald M. Shansky, MD, MPH | John H Scroger Hospital<br>1901 W Harrison St, Chicago, IL 60612<br>(312) 864-6000 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 36 | Edmund Donoghue<br>Regional Medical Examiner GBI | Georgia Bureau of Investigation<br>(912) 921-5900 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 37 | Natalie Hipps<br>Forensic Toxicologist<br>GBI | Georgia Bureau of Investigation<br>(404) 270-8249 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 38 | Sergeant Mark Stanfield<br>Internal Affairs<br>Chatham County<br>Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 39 | Officer K. Williams | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive | She is likely to have information and/or knowledge |

Plaintiff Creely- Exhibit 2

| | | | |
|---|---|---|---|
| | Chatham County Sheriff's Office | Savannah, Georgia 31405<br>(912) 652-7600 | regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 40 | Terry Bell (RN)<br>CorrectHealth LLC<br>CorrectHealth Chatham LLC | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | Has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's, medical treatment at the Chatham County Jail. |
| 41 | Officer Bacon<br>Chatham County Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 42 | Officer Lacey<br>Chatham County Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 43 | Cpl. G. Anderson<br>Chatham County Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 44 | Sgt. Young<br>Chatham County Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 45 | Sgt. F. Williams<br>Chatham County Sheriff's Office | Chatham County Sheriff's Office<br>1050 Carl Griffin Drive<br>Savannah, Georgia 31405<br>(912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the |

Plaintiff Creely- Exhibit 2

| | | | Chatham County Jail, and the Jail's policies and procedures. |
|---|---|---|---|
| 46 | Melissa Aschenbreener EMT | Chatham County EMS 1399 Dean Forest Road Savannah, Georgia 31405 (912) 354-1011 | She is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 47 | Nurse Sigman (RN) CorrectHealth LLC CorrectHealth Chatham LLC | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600 | Has information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's, medical treatment at the Chatham County Jail. |
| 48 | Deputy Warfield Chatham County Sheriff's Office | Chatham County Sheriff's Office 1050 Carl Griffin Drive Savannah, Georgia 31405 (912) 652-7600 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's arrest, detention, and death at the Chatham County Jail, and the Jail's policies and procedures. |
| 49 | Trevin Goodman | Georgia Bureau of Investigation (404) 270-8249 | He is likely to have information and/or knowledge regarding the circumstances surrounding Lee Michael Creely's death at the Chatham County Jail. |
| 50 | Terri Hodges (Mother to Jessica Hodges) | Can be contacted through William R. Claiborne David J. Utter The Claiborne Firm, P.C. 410 East Bay Street Savannah, Georgia 31401 (912) 236-9559 | She is likely to have information and/or knowledge surrounding Lee Michael Creely's later life and Plaintiff's damages. |
| 51 | Joan Creely Carter (Mother to Lee Michael Creely) | Can be contacted through William R. Claiborne David J. Utter The Claiborne Firm, P.C. 410 East Bay Street Savannah, Georgia 31401 (912) 236-9559 | She is likely to have information and/or knowledge surrounding Lee Michael Creely's life and Plaintiff's damages. |
| 52 | Michael Todd Creely (Father to Lee Michael Creely) | Can be contacted through William R. Claiborne David J. Utter The Claiborne Firm, P.C. 410 East Bay Street Savannah, Georgia 31401 | He is likely to have information and/or knowledge surrounding Lee Michael Creely's life and Plaintiff's damages. |

Plaintiff Creely- Exhibit 2

| | | (912) 236-9559 | |
|---|---|---|---|
| 53 | Any person, including fact or expert witnesses, identified in discovery conducted in this action. | | |
| 54 | Any and all witnesses listed by any other party. | | |

This list will be supplemented pending the receipt of additional information regarding this case.

**B. Rule 26 (a) (1) (A) (ii) – Documents, electronically stored information, and tangible things in Plaintiffs possession that they may use to support their claims or defenses**

The following documents are in the possession, custody or control of the Plaintiffs and may be used to support their claims or defenses, unless the use would solely be for impeachment:

| Bates Number CLF | Document |
|---|---|
| 000001-000089 | Creely_Lee_emails_thru_Sep_11_2020 |
| 000090-000459 | 20210419-Creely-Documents from DOA |
| 000460-000462 | Creely_Lee_Phoenix |
| 000463-000480 | Creely Death Chart Review Submitted 020821 highlighted |
| 000481-000483 | Crdata |
| 000484-000572 | IA report with additional findings |
| 000573 | Ofc. T. Jackson- Video |
| 000574 | Quinney- Video |
| 000575 | Rivera- Video |
| 000576 | Roberts- Video |
| 000577 | White, Don(1) – Video |
| 000578 | White, Don(2) – Video |
| 000579 | 1# CM0778 Unit 2B-Video |
| 000580 | Census- Audio |
| 000581-000669 | Creely_Lee_emails_thru_Sep_11_2020 |
| 000670 | Census- Audio (note same as bates# 00580) Duplicate |
| 000671 | 1# CM0778 Unit 2B Dayarea@2020-09-06T235525.107Z (000671)-duplicate (same as bates #000579) |
| 000672 | 1# CM0779 Unit 2 B Desk Day Area@2020-09-07T022124.078Z |
| 000673 | 2B_Creely_Lee_Code_Black_Sep_6_2020 |
| 000674- | IA report Lee Creely |

Plaintiff Creely- Exhibit 2

| | |
|---|---|
| 000709 | |
| 000710 | I-M Creely_I-M Burns with Ofc. Quinney-Audio |
| 000711 | P15_5033_125_20200903121924-calls-Audio |
| 000712-000790 | Inmate Incident Reports |
| 000791-000840 | Interviews |
| 000841-000861 | Photographs |
| 000862-000990 | Policies-log books-inmate information |
| 000991 | Off. D. White 9-7-20 Axon Body Cam 3- Video |
| 000992 | Ofc. T. Jackson-duplicate-Video (note- same as bates# 000573) |
| 000993 | Quinney- duplicate- Video (note- same as bates#000574) |
| 000994 | Roberts- duplicate- Video (note- same as bates#000576) |
| 000995 | Rivera-duplicate- Video (note- same as bates#000575) |
| 000996 | White, Don(1)- duplicate- Video (note- same as bates# 000577) |
| 000997 | White, Don(2)- duplicate- Video (note- same as bates# 000578) |
| 000998 | Frye- video interview- Video |
| 000999 | Griffith- video interview- Video |
| 001000 | Lt. Nevels- video interview- Video |
| 001001 | Manning- video interview- Video |
| 001002 | Morin- video interview- Video |
| 001003 | Ofc. Cardona- video interview- Video |
| 001004 | Ofc. Henderson- video interview- Video |
| 001005-001093 | Creely emails through 9-11-20 |

Plaintiff Creely- Exhibit 2

| | |
|---|---|
| 001094-001111 | Creely Death Chart Review Submitted 020821 highlighted- duplicate (Note : see bates #000463-000480) |
| 001112-001114 | Creely_Lee_Phoenix-duplicate- (Note : See bates# 000460-000462) |
| 001115 | Index Log book records |
| 001116-001120 | Summary of statements re Lee Michael Creely |
| 001121-001122 | June 9, 2021 Letter to Claiborne Firm Regarding Sheriff OR Response |
| 001123-001213 | RFP – Inmate Healthcare Services – 17-0109-1 |
| 001214-001221 | COCHS Chatham County Detention Center Report 1 |
| 001222-001230 | COCHS Chatham County Detention Center Report 2 |
| 001231-001240 | COCHS Chatham County Detention Center Report 3 |
| 001241-001251 | COCHS Chatham County Detention Center Report 4 |
| 001252-001254 | COCHS Chatham County Detention Center Report 5 |
| 001255-001258 | COCHS Chatham County Detention Center Report 6 |
| 001259-001266 | COCHS Chatham County Detention Center Report 7 |
| 001267-001275 | COCHS Chatham County Detention Center Report 8 |
| 001276-001286 | COCHS Chatham County Detention Center Report 9 |
| 001287-001296 | COCHS Chatham County Detention Center Report 10 |
| 001297-001304 | COCHS Chatham County Detention Center Report 11 |
| 001305-001342 | Contract CorrectHealth Final 09-01-16 from Google Search |
| 001343-001367 | 20180701 CH Contract |
| | CH Employee File- CH FLORENCE 001-062 |
| | CH Employee File- CH FORCHETTE 001-073 |
| | CH Employee File- CH RIVERA 001-044 |
| | CH Medical Records Lee Michael Creely- CH 001-105, 2 |
| 001368 | Creely-Death Certificate |
| | Any document listed by any other party. |

Plaintiff Creely- Exhibit 2

This list will be supplemented pending the receipt of additional information regarding this case.

## C. Computation of Damages

Compensatory and punitive damages for constitutional violations, all costs of these proceedings and legal interest, and punitive damages pursuant to 42 U.S.C. § 1983, and reasonable attorneys' fees, as provided in 42 U.S.C. § 1988, and any other damages flowing from applicable statutes for all Defendants and for wrongful death under state law, and all other relief as appears just and proper to the Court.

## D. Insuring Agreement

Not applicable.

Respectfully submitted, this 28th day of April, 2022.

THE CLAIBORNE FIRM, P.C.

/s/ David J. Utter
DAVID J. UTTER
Georgia Bar No.: 723144
WILLIAM R. CLAIBORNE
Georgia Bar No.: 126363
david@claibornefirm.com
will@claibornefirm.com

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile                                  **ATTORNEYS FOR PLAINTFFS**

Plaintiff Creely- Exhibit 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record electronically.

This 28th day of April, 2022.

/s/ David Utter
DAVID J. UTTER

Plaintiff Creely- Exhibit 2