UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, et al.         )
                               )
   Plaintiffs,                 )
                               )
Vs.                            )   Case Number: 4:22-cv-00067-WTM-CLR
                               )
CHATHAM COUNTY, GEORGIA, et al. )
                               )
   Defendants.                 )

## ORDER

Considering the foregoing Joint Motion to Extend Discovery Deadlines, the same is hereby **GRANTED**. Doc. 48.

**IT IS HEREBY ORDERED** that the following deadlines are extended as follows:

- Last Day to Conduct Fact Discovery: **November 1, 2022**
- Last Day to Furnish Expert Witness Reports by Plaintiff: **December 1, 2022**
- Last Day to Furnish Expert Witness Reports by Defendants: **January 3, 2023**
- Close of Discovery: **February 28, 2023**
- Joint Status Report Due: **March 28, 2023**
- Last Day for Filing Civil Motions Including *Daubert* Motions But Excluding Motions *In Limine*: **May 2, 2023.**

**SO ORDERED** this 23rd day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA