# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, and ESTATE OF LEE MICHAEL CREELY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV422-067 |
| CHATHAM COUNTY, GEORGIA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER

Before the Court is the motion of attorney R. Jonathan Hart and Andre Pretorius to withdraw as counsel for Defendant Teanna Frances-Henderson. Doc. 46. Withdrawal of counsel is governed by Local Rule 83.7, which requires an attorney seeking to withdraw from a case to provide notice of to his client fourteen days before filing a motion with the Court. S.D. Ga. L.R. 83.7. To ensure that the client is provided with adequate notice, counsel must include with their motion a disclosure that notice was given and "specify the manner of such notice to the client, attaching copy of the notice." *Id.*

Counsel notified their client of their intention to withdraw and their continuing obligations on July 22, 2022.  Doc. 46-1.  The Court is satisfied that adequate notice has been provided to the client.  Therefore, the motion to withdraw is **GRANTED**.  Doc. 46.[1]

**SO ORDERED**, this 26th day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Mr. Hart and Mr. Pretorius still represent Defendants Chatham County, Georgia, Alfred Nevels, Don White, and Karlos Manning in this case.  *See* doc. 46 at 2.