# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural guardian of minor children, LMC and DLC; ESTATE OF LEE MICHAEL CREELY by and through Warren Ratchford, its Administrator, <br><br> Plaintiffs, <br><br> vs. <br><br> CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUIKISHA ROBERTS, <br><br> Defendants. | CASE NO. 4:22-cv-00067-WTM-CLR |

## SECOND JOINT MOTION TO EXTEND DISCOVERY DEADLINES

COME NOW all parties to the above-captioned matter and, by and through their counsel, jointly request that the current deadlines in this Court's Scheduling Order entered August 23, 2022, be extended as noted below. In support, the parties respectfully show this Court the following:

1. On April 14, 2022, the parties submitted a proposed scheduling order. *Doc. 24*. On February 3, 2020, this Court issued its first Scheduling Order. *Doc. 28*.

2. On August 22, 2022, the parties jointly requested that the first Scheduling Order be amended to extend several deadlines. *Doc. 48*. That request was granted by this Court on August 23, 2022. *Doc. 50.*

3. As stated in the parties' first Joint Motion to Extend Discovery Deadlines, this case involves important constitutional issues and the untimely death of Lee Creely at the Chatham County Detention Center.

4. The parties have diligently pursued discovery since this action was initiated. And, in the time since deadlines were first extended in August, the parties (and experts) have toured the jail and fourteen depositions have been completed (in addition to the parties continuing to engage in written discovery and nonparty document discovery). The depositions included Plaintiff Jessica Hodges, three members of Plaintiff and Lee Creely's family, and ten named Defendants.

5. However, an additional eighteen depositions of either party defendants or critical fact witnesses have been scheduled or are in the process of being scheduled.

6. So, despite the parties' best efforts and consistent coordination, additional fact discovery remains. The parties would therefore be assisted by this Court amending the Scheduling Order to provide the parties with additional time to complete discovery.

7. To that end, the parties propose the following deadlines:

   - Last Day to Conduct Fact Discovery: **December 15, 2022**
   - Last Day to Furnish Expert Witness Reports by Plaintiff: **January 31, 2023**
   - Last Day to Furnish Expert Witness Reports by Defendants: **February 15, 2023**
   - Close of Discovery: **April 14, 2023**
   - Joint Status Report Due: **May 15, 2023**
   - Last Day for Filing Civil Motions Including *Daubert* Motions But Excluding

Motions *In Limine*: **June 2, 2023**

8. This Motion is made in good faith and not for purposes of delay. The parties are cooperating closely with one another to complete discovery and will continue to do so.

RESPECTFULLY SUBMITTED THIS 26th DAY OF OCTOBER, 2022.

| THE CLAIRBORNE FIRM, P.C. | SCHREEDER, WHEELER & FLINT, LLP |
|---|---|
| */s/ David J. Utter* | */s/ Mary Ellen A. Lighthiser* |
| William R. Claiborne, Esq.<br>State Bar No. 126363<br>David J. Utter, Esq.<br>State Bar No. 723144<br>410 East Bay Street<br>Savannah, Georgia 31401<br>will@claibornefirm.com<br>david@claibornefirm.com | Michael D. Flint, Esq.<br>State Bar No. 264725<br>Mary Ellen A. Lighthiser, Esq.<br>State Bar No. 105407<br>John A. Christy, Esq.<br>State Bar No. 125518<br>1100 Peachtree Street N.E., Suite 800<br>Atlanta, Georgia 30309-4516<br>mflint@swfllp.com<br>mlighthiser@swfllp.com<br>jchristy@swfllp.com |
| COUNTY ATTORNEY FOR CHATHAM COUNTY | OLIVER MANER LLP |
| */s/ Andre Pretorius* | */s/ William Phillips* |
| R. Jonathan Hunt, Esq.<br>State Bar No. 333692<br>Andre Pretorius, Esq.<br>State Bar No. 298154<br>124 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>rjhart@chathamcounty.org<br>anpretorius@chathamcounty.org | Benjamin M. Perkins, Esq.<br>State Bar No. 140997<br>Brian D. Griffin, Esq.<br>State Bar No. 874951<br>P.O. Box 10180<br>Savannah, Georgia 31412<br>bperkins@olivermaner.coim<br>bgriffin@olivermaner.com |

BOUHAN FALLIGANT, LLP

*/s/ Gary J. McGinty*
CARLTON E. JOYCE
State Bar of Georgia No. 405515
GARY J. MCGINTY
State Bar of Georgia No. 602353
Post Office Box 2139
Savannah, Georgia 31402
cejoyce@bouhan.com
gmcginty@bouhan.com

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural guardian of minor children, LMC and DLC; ESTATE OF LEE MICHAEL CREELY by and through Warren Ratchford, its Administrator,<br><br>Plaintiffs,<br><br>vs.<br><br>CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUIKISHA ROBERTS,<br><br>Defendants. | CASE NO. 4:22-cv-00067-WTM-CLR |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, a copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System addressed as follows:

5

| | |
|---|---|
| William R. Claiborne, Esq.<br>David J. Utter, Esq.<br>The Claiborne Firm, P.C.<br>410 East Bay Street<br>Savannah, Georgia 31401<br>will@claibornefirm.com<br>david@claibornefirm.com | Michael D. Flint, Esq.<br>Mary Ellen A. Lighthiser, Esq.<br>John A. Christy, Esq.<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street N.E., Suite 800<br>Atlanta, Georgia 30309-4516<br>mflint@swfllp.com<br>mlighthiser@swfllp.com<br>jchristy@swfllp.com |
| Christopher J. Murrell, Esq.<br>Murrell Law Firm<br>2831 St. Claude Ave.<br>New Orleans, LA 70117<br>chris@murell.law | |
| R. Jonathan Hunt, Esq.<br>Andre Pretorius, Esq.<br>County Attorney for Chatham County<br>124 Bull Street<br>Room 230<br>Savannah, Georgia 31401<br>rjhart@chathamcounty.org<br>anpretorius@chathamcounty.org | Benjamin M. Perkins, Esq.<br>Brian D. Griffin, Esq.<br>Oliver Maner LLP<br>P.O. Box 10180<br>Savannah, Georgia 31412<br>bperkins@olivermaner.coim<br>bgriffin@olivermaner.com |

RESPECTFULLY SUBMITTED THIS 26TH DAY OF OCTOBER, 2022.

| | |
|---|---|
| | BOUHAN FALLIGANT, LLP<br><br>*/s/ Gary J. McGinty*<br>CARLTON E. JOYCE<br>State Bar of Georgia No. 405515<br>GARY J. MCGINTY<br>State Bar of Georgia No. 602353<br>*Attorneys for Defendants*<br>*CorrectHealth, LLC, CorrectHealth Chatham*<br>*LLC, Carlo Musso, MD; Karen Forchette;*<br>*Lowretta Florence; Amber Anderson;*<br>*Jacqueline (Jackie) Harned; and  Susan*<br>*Rivera* |
| Post Office Box 2139<br>Savannah, Georgia 31402<br>Telephone: 912-236-2491<br>Telefax: 912-233-0811<br>Email: cejoyce@bouhan.com<br>          gmcginty@bouhan.com | |