UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, and ESTATE OF LEE MICHAEL CREELY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV422-067 |
| CHATHAM COUNTY, GEORGIA, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Second Joint Motion to Extend Discovery Deadlines. Doc. 52. For good cause shown, the joint motion is **GRANTED**. Doc. 52. Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the parties' Rule 26(f) report, the Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **LAST DAY TO CONDUCT FACT DISCOVERY** | December 15, 2022 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY PLAINTIFF** | January 31, 2023 |

1

| | |
|---|---|
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANT** | February 15, 2023 |
| **CLOSE OF DISCOVERY** | April 14, 2023 |
| **JOINT STATUS REPORT DUE** | May 15, 2023 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | June 2, 2023 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 28th day of October, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA