# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, as natural guardian of minor children, LMC and DLC; ESTATE OF LEE MICHAEL CREELY by and through Warren Ratchford, its Administrator,<br><br>Plaintiffs,<br><br>vs.<br><br>CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; SUSAN RIVERA; and LOUIKISHA ROBERTS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:22-cv-00067-WTM-CLR |

## O R D E R

Application for Leave of Absence has been requested by Carlton E. Joyce, counsel of record for Defendants CorrectHealth LLC, CorrectHealth Chatham LLC, Carlo Musso, MD, Karen Forchette, Lowretta Florence, Amber Anderson, Jacqueline (Jackie) Harned, and Susan Rivera for the period of April 24, 2023 through and including May 17, 2023.  This request for Leave of Absence is hereby **GRANTED.**

Signed this  2nd  day of  November , 2022 .

*Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA