IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, As natural        )
guardian of minor children,       )
L.C. and D.C.; ESTATE OF LEE      )
MICHAEL CREELY, By and            )
through Warren Ratchford, its     )
Administrator,                    )
                                  )
      Plaintiffs,                 )
                                  )
v.                                )        CASE NO. CV422-067
                                  )
CHATHAM COUNTY, GEORGIA;          )
CORRECTHEALTH CHATHAM LLC;        )
CORRECTHEALTH, LLC; CARLO MUSSO   )
M.D.; KAREN FORCHETTE; ALFRED     )
NEVELS; SELENA CARDONA; TEANNA    )
FRANCES-HENDERSON; TERENCE        )
JACKSON; DON WHITE; KARLOS        )
MANNING; YVETTE BETHEL-QUINNEY;   )
LOWRETTA FLORENCE; AMBER          )
ANDERSON; JACKIE HARNED; SUSAN    )
RIVERA; AND LOUIKISHA ROBERTS;    )
                                  )
      Defendants.                 )
                                  )

## O R D E R

Before the Court is Plaintiffs Jessica Hodges and Warren Ratchford's Amended Stipulation to Dismiss Loukisha Roberts. (Doc. 57.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." "Rule 41(a)(1) is [also] a proper mechanism to dismiss less than all the parties to a controversy." Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020). Because

the stipulation is signed by all the parties who have appeared, Plaintiffs' request (Doc. 57) is **GRANTED**. A dismissal is without prejudice unless a notice or stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have not specified whether the dismissal is with or without prejudice. (Doc. 57 at 1.) Defendant Roberts is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** amend the case caption to remove Defendant Roberts as a defendant in this case.[1]

SO ORDERED this _14th_ day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiffs' first Stipulation to Dismiss Loukisha Roberts (Doc. 56) is **DISMISSED AS MOOT**.