IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, As natural guardian of minor children, L.C. and D.C.; ESTATE OF LEE MICHAEL CREELY, By and through Warren Ratchford, its Administrator,<br><br>    Plaintiffs,<br><br>v.<br><br>CHATHAM COUNTY, GEORGIA; CORRECTHEALTH CHATHAM LLC; CORRECTHEALTH, LLC; CARLO MUSSO M.D.; KAREN FORCHETTE; ALFRED NEVELS; SELENA CARDONA; TEANNA FRANCES-HENDERSON; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; LOWRETTA FLORENCE; AMBER ANDERSON; JACKIE HARNED; and SUSAN RIVERA;<br><br>    Defendants. | CASE NO. CV422-067 |

## O R D E R

Before the Court is Plaintiffs Jessica Hodges and Warren Ratchford's Stipulation to Dismiss Amber Anderson, Lowretta Florence, and Susan Rivera. (Doc. 59.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." "Rule 41(a)(1) is [also] a proper mechanism to dismiss less than all the parties to a controversy." Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1

(S.D. Ga. Jan. 29, 2020). Because the stipulation is signed by all the parties who have appeared, Plaintiffs' request (Doc. 59) is **GRANTED**. A dismissal is without prejudice unless a notice or stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have not specified whether the dismissal is with or without prejudice. (Doc. 59 at 1.) Defendants Anderson, Florence, and Rivera are therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the case caption to remove Defendants Anderson, Florence, and Rivera as defendants in this case.

SO ORDERED this 17th day of November 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA