UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al.  )<br>  )<br>   Plaintiffs,  )<br>  )<br>Vs.  )<br>  )<br>CHATHAM COUNTY, GEORGIA, et al.  ) | Case Number: 4:22-cv-00067-WTM-CLR |

## STIPULATION TO DISMISS ALFRED NEVELS

COME NOW Plaintiffs, by and through their counsel, pursuant to Fed. R. Civ. P. 41(a) and with the consent of all parties, to stipulate to entry of an Order dismissing the claims and causes of action alleged in this action against Defendant Alfred Nevels.

Plaintiffs show as follows:

1. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Per local rule of this Court, "the Clerk of Court is authorized and directed to grant, sign, and enter orders of dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure." *S.D. Ga. LR 41.2*

2. Plaintiffs desire to dismiss this lawsuit against Defendant Alfred Nevels.

3. By their signatures below, all parties agree to this dismissal, including Defendant Alfred Nevels.

WHEREFORE the parties hereby stipulate to entry of an Order dismissing Defendant Alfred Nevels and request that the Clerk of Court enter such an Order.

Respectfully submitted, this 22nd day of November, 2022.

/s/ David J. Utter
DAVID J. UTTER
Bar Number: 723144
WILLIAM R. CLAIBORNE
Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com
will@claibornefirm.com
*Attorneys for Plaintiffs*

/s/ Christopher J. Murell
CHRISTOPHER J. MURELL
Bar Number: 195116
MURELL LAW FIRM
2831 St. Claude Ave.
New Orleans, LA 70117
(504) 717-1297 Telephone
chris@murell.law
*Attorney for Plaintiffs*

/s/ R. Jonathan Hart
R. JONATHAN HART
Bar Number: 333692
ANDRE PRETORIUS
Bar Number: 298154
CHATHAM COUNTY ATTORNEY OFFICE
24 Bull Street
Room 230
Savannah, Georgia 31401
(912) 652-7881 Telephone
(912) 652-7887 Facsimile
rjhart@chathamcounty.org
anpretorius@chathamcounty.org
*Attorneys for Defendants
Chatham County, Georgia, Don White, Alfred
Nevels, and Karlos Manning*

/s/ Benjamin M. Perkins
BENJAMIN M. PERKINS
Bar Number: 140997
BRIAN D. GRIFFIN
Bar Number: 874951
OLIVER MANER LLP
Post Office Box 10180
Savannah, Georgia 31412
(912) 236-3311 Telephone
(912) 236-8725 Facsimile
bperkins@olivermaner.com
bgriffin@olivermaner.com
*Attorneys for Defendants Selena Cardona, Terence
Jackson, Yvette Bethel-Quinney and Teanna Frances
Henderson*

/s/ Carlton E. Joyce
CARLTON E. JOYCE
Bar Number: 405515
BOUHAN FALLIGANT LLP
One West Park Avenue
Savannah, Georgia 31401
(912) 644-5754 Telephone
(912) 233-0811 Facsimile
cejoyce@bouhan.com
*Attorneys for Defendants
CorrectHealth LLC, CorrectHealth
Chatham, LLC, Carlo Musso, M.D., Karen Forchett,
and Jackie Harned*

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

This 22nd day of November, 2022.

/s/ *William R. Claiborne*
WILLIAM R. CLAIBORNE