IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, As natural )
guardian of minor children, )
L.C. and D.C.; and ESTATE OF )
LEE MICHAEL CREELY, By and )
through Warren Ratchford, its )
Administrator; )
 )
    Plaintiffs, )
 )
v. )    CASE NO. CV422-067
 )
CHATHAM COUNTY, GEORGIA; )
CORRECTHEALTH CHATHAM LLC; )
CORRECTHEALTH, LLC; CARLO MUSSO )
M.D.; KAREN FORCHETTE; ALFRED )
NEVELS; SELENA CARDONA; TEANNA )
FRANCES-HENDERSON; TERENCE )
JACKSON; DON WHITE; KARLOS )
MANNING; YVETTE BETHEL-QUINNEY; )
and JACKIE HARNED; )
 )
    Defendants. )
 )

## ORDER

Before the Court are Plaintiffs Jessica Hodges and Warren Ratchford's Stipulations to Dismiss Teanna Frances-Henderson, Selena Cardona, and Alfred Nevels. (Docs. 62, 63.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." "Rule 41(a)(1) is [also] a proper mechanism to dismiss less than all the parties to a controversy." Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020). Because the stipulations

are signed by all the parties who have appeared, Plaintiffs' requests (Docs. 62, 63) are **GRANTED**. A dismissal is without prejudice unless a notice or stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have not specified whether the dismissals are with or without prejudice. Defendants Frances-Henderson, Cardona, and Nevels are therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the case caption to remove Defendants Frances-Henderson, Cardona, and Nevels as defendants in this case.

SO ORDERED this 29th day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA