## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural guardian of minor children, LMC and DLC; ESTATE OF LEE MICHAEL CREELY by and Through Warren Ratchford, its Administrator, <br><br> Plaintiffs, <br><br> v. <br><br> CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, M.D.; KAREN FORCHETTE; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; AND JACKIE HARNED, <br><br> Defendants. | Civil Action No. 4:22-cv-00067-WTM-CLR |

### NOTICE OF ENTRY OF APPEARANCE OF WILLIAM C. PHILLIPS

COMES NOW William C. Phillips of the law firm Oliver Maner LLP and hereby enters his appearance as counsel of record on behalf of Defendants Terence Jackson and Yvette Bethel-Quinney in the above-styled case. The Clerk of this Court and all other counsel of record are requested to serve the undersigned counsel with any further notices, pleadings, or other documents concerning this case.

[*Signature on Following Page*]

Respectfully submitted this 13th day of December, 2022.

OLIVER MANER LLP

*/s/ Will Phillips*

| | |
|---|---|
| 218 West State Street | BENJAMIN M. PERKINS |
| P.O. Box 10186 | Georgia Bar No. 140997 |
| Savannah, Georgia 31412 | WILLIAM C. PHILLIPS |
| (912) 236-3311 | Georgia Bar No. 552370 |
| bperkins@olivermaner.com | |
| wphillips@olivermaner.com | *Attorneys for Defendants Terence Jackson and Yvette Bethel-Quinney* |

Hodges v. Chatham County, et al.                                                                           Page 2 of 3
U.S. District Court, Southern District of Georgia; Civil Case No. 4:22-cv-00067-WTM-CLR
*William C. Phillips Entry of Appearance*

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused electronic notification of filing and service of the foregoing **NOTICE OF ENTRY OF APPEARANCE** upon all counsel of record for the parties by filing the same via the Court's CM/ECF filing system.

Respectfully submitted this 13th day of December, 2022.

                                                   OLIVER MANER LLP

218 West State Street  
P.O. Box 10186  
Savannah, Georgia 31412  
(912) 236-3311  
bperkins@olivermaner.com  
wphillips@olivermaner.com

                                                   BENJAMIN M. PERKINS  
                                                   Georgia Bar No. 140997  
                                                   WILLIAM C. PHILLIPS  
                                                   Georgia Bar No. 552370

                                                 *Attorneys for Defendants Terence Jackson*  
                                                 *and Yvette Bethel-Quinney*

Hodges v. Chatham County, et al.  
U.S. District Court, Southern District of Georgia; Civil Case No. 4:22-cv-00067-WTM-CLR  
*William C. Phillips Entry of Appearance*

Page 3 of 3