UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, and ESTATE OF LEE MICHAEL CREELY,<br><br>    Plaintiffs,<br><br>v.<br><br>CHATHAM COUNTY, GEORGIA, *et al.*,<br><br>    Defendants. | CV422-067 |

# ORDER

The Court held a discovery conference with the parties to discuss Plaintiffs' forthcoming motions to compel discovery, which are due on January 13, 2023. Doc. 71 (Minute Entry). Before the Court is the parties' joint request to stay all discovery deadlines, "except discovery related to missing jail video", pending disposition of the motions to compel. Doc. 70 at 1-2. For good cause shown, the joint stay request is **GRANTED**. Doc. 70; *see Rivas v. The Bank of New York Mellon*, 676 F. App'x 926, 932 (11th Cir. 2017) (A court has "broad discretion" in determining whether to grant a stay of discovery). All discovery is **STAYED**, except discovery "related to [the] missing jail video." Doc. 70

at 1.  Within fourteen days from the date of the last disposition of the motions to compel discussed at the discovery conference, doc. 71, the parties are **DIRECTED** to jointly file a renewed Rule 26(f) Report proposing deadlines for the remainder of discovery in this case.[1]

Additionally, the parties agreed at the discovery conference, doc. 71, that non-party Dr. Kenneth Ray's currently-pending Motion to Quash Subpoena, doc. 68, will be superseded by Plaintiffs' forthcoming discovery motions.  Accordingly, that motion is **TERMINATED**.  Doc. 68.

**SO ORDERED**, this 15th day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although the parties jointly request that the stay not extend to discovery "related to the missing jail video", fact discovery is set to conclude on December 15, 2022, doc. 53 at 2, and the parties do not request an extension of that deadline. *See generally* doc. 70.  Accordingly, it is **ORDERED** that the parties' deadline to conduct discovery related to the missing jail video is  March 10, 2023.  To the extent the parties seek an extension of that deadline before the Court disposes of Plaintiffs' forthcoming discovery motions, they must make that request in a motion.  This limited discovery deadline will be superseded by the Amended Scheduling Order entered after the discovery motions' dispositions, and after the parties submit a renewed Rule 26(f) Report.