UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case Number: 4:22-cv-00067-WTM-CLR |
| vs. | ) |
| | ) |
| CHATHAM COUNTY, GEORGIA, et al. | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 10

**CorrectHealth Privilege Log**                                                                                                   **Nov. 16, 2022**

| # | Document Description | Document Type | Author | Recipient | Date | Privilege Claimed |
|---|---|---|---|---|---|---|
| 1 | Communication from K. Forchette to Company's General Counsel re: J. Harned's statement about death of Lee Creely, for review and analysis by Company legal department | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/8/2020 | Attorney-Client Privilege |
| 2 | Communication from K. Forchette to Company's General Counsel re: Facility Mortality Review | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/8/2020 | Attorney-Client Privilege |
| 3 | Communication from K. Forchette to Company's General Counsel re: information concerning Lee Creely's death and J. Harned's handwritten statement | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/8/2020 | Attorney-Client Privilege |
| 4 | Statement from J. Harned about death of Lee Creely, prepared for review and analysis by Company legal department | Handwritten Statement | Jackie L. Harned | Company Legal Department | 9/8/2020 | Attorney-Client Privilege |
| 5 | Facility Mortality Review Form prepared in anticipation of litigation by Company healthcare providers at direction of Company's General Counsel | Handwritten Notes on Attorney-Drafted Form | Artyom Vlasenko, M.D. and Karen Forchette, RN at the direction of Stacy Scott, Esq. | Company Legal Department | 9/8/2020 | Attorney-Client Privilege; Attorney Work Product |
| 6 | Statement from J. Harned about death of Lee Creely, prepared for review and analysis by Company legal department | Typed Statement | Jackie L. Harned | Company Legal Department | 9/8/2020 | Attorney-Client Privilege |
| 7 | Communication from CorrectHealth Medical Provider to General Counsel re: death of Lee Creely, sent to obtain for legal advice from Company legal department | Email Correspondence | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |

| # | Description | Type | From | To | Date | Privilege |
|---|---|---|---|---|---|---|
| 8 | Communication from CorrectHealth General Counsel to Medical Provider re: death of Lee Creely and statement concerning the same | Email Correspondence | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | Anuj Goel, M.D. | 9/10/2020 | Attorney-Client Privilege; Attorney Work Product |
| 9 | Communication from CorrectHealth Medical Provider to General Counsel re: death of Lee Creely and statement concerning same, sent to obtain legal advice from Company legal department | Email Correspondence | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |
| 10 | Communication from K. Forchette to Company's General Counsel re: information concerning coroner's subpoena for medical records | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |
| 11 | Communication from CorrectHealth Medical Provider to General Counsel re: statement concerning death of Lee Creely, prepared for review and analysis by Company legal department | Email Correspondence | Anuj Goel, M.D. | Company Legal Department | 9/15/2020 | Attorney-Client Privilege |
| 12 | Statement from CorrectHealth Medical Provider re: death of Lee Creely, prepared at request of General Counsel | Typed Statement | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/15/2020 | Attorney-Client Privilege |
| 13 | Communication from Company's General Counsel to K. Forchette re: Lee Creely's medical records | Email Correspondence | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | Karen Forchette | 9/17/2020 | Attorney-Client Privilege |
| 14 | Communication from K. Forchette to Company's General Counsel re: Lee Creely's medical records | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/17/2020 | Attorney-Client Privilege |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Quality Assurance/Morbidity & Mortality Review prepared in anticipation of litigation by Company's General Counsel, for use in internal investigation | Memorandum/Notes | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | N/A (internal documentation) | 9/17/2020 | Attorney-Client Privilege; Attorney Work Product |
| 16 | Communication from K. Forchette to Company's General Counsel re: J. Harned's supplemental statement | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/18/2020 | Attorney-Client Privilege |
| 17 | Statement from J. Harned about death of Lee Creely, prepared for review and analysis by Company legal department | Handwritten Statement | Jackie L. Harned | Company Legal Department | 9/18/2020 | Attorney-Client Privilege |
| 18 | Communication from K. Forchette to Company's General Counsel re: J. Harned's typed statement | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/23/2020 | Attorney-Client Privilege |