UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 4:22-cv-00067-WTM-CLR |
| vs. ) | |
| ) | |
| CHATHAM COUNTY, GEORGIA, et al. ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, et al.,            )
                                   ) Case No.
            Plaintiffs,            ) 4:22-cv-00067-WTM-CLR
                                   )
vs.                                )
                                   )
CHATHAM COUNTY, GEORGIA,           )
et al.,                            )
                                   )
            Defendants.            )

Deposition of KAREN FORCHETTE, taken by counsel for the Plaintiffs pursuant to notice and by agreement of counsel, under the Georgia Civil Practice Act, reported by Tracy E. Barksdale, RPR, CCR, at Bouhan Falligant, One West Park Avenue, Savannah, Georgia, on October 12, 2022, commencing at 2:13 p.m.

Transcript Prepared By:

McKEE COURT REPORTING, INC.
PO Box 9092
Savannah, Georgia 31412-9092
(912) 238-8808

```
                                                          Page 20
 1   the nursing staff; is that right?
 2        A.   That's correct.
 3        Q.   The staff evaluations and corrective
 4   action?
 5        A.   Yes.
 6        Q.   Were you only responsible for managing
 7   nursing staff?  Were there other parts of the
 8   healthcare system that you had to supervise?
 9        A.   No.  Just nursing.
10        Q.   As the director of nursing, did you
11   participate in -- this has on 52, for taking man down
12   drills, events, 56 participates in CQI?
13        A.   Yes.
14        Q.   Did you participate in the reviews of, I
15   believe you called them sentinel events?
16        A.   Yes.
17        Q.   And that includes when somebody dies in
18   jail?
19        A.   Correct.
20        Q.   Tell me what the process is when -- I know
21   a lot of places call it a mortality review, but what
22   do you call it when you guys critique yourself,
23   critique your response to an incident when a person
24   dies in the jail?
25             MR. JOYCE:  I'll object to the extent this
```

Page 21

```
 1   calls for information about quality assurance or peer
 2   review.
 3              I'll let you answer the questions in
 4   general terms, but try to stay away from discussing
 5   any specific cases, if you can.
 6              THE WITNESS:  Okay.  When someone -- this
 7   would be the HSA role, when someone passes away, we
 8   do a short, brief critique with the medical director,
 9   and then later down the -- later, after the event,
10   there's a more thorough review done at a corporate
11   level.
12   BY MR. UTTER:
13       Q.   What's the purpose of that review?  Let's
14   take it in two parts.  What's the purpose of the one
15   you do at the scene or at the jail with the medical
16   director?
17       A.   Just while it's fresh in everyone's -- the
18   events are fresh in people's memories, to get those
19   down on paper and --
20       Q.   So is it fair to say that you do that
21   right then for accuracy?
22       A.   Based on what we know at the time.
23       Q.   Right.  Right.  When you're saying
24   fresh --
25       A.   Yes.
```

Page 22

1  Q. -- means as soon as after the event as
2  possible, so people are getting their thoughts when
3  the memory is fresh; is that right?
4  A. It's not an opinion. It's a short, quick
5  form with check boxes that documents what happened as
6  best as we know.
7  Q. And do you do that so it's the -- I
8  believe you started the conversation by saying that
9  this is what the HSA does?
10  A. Yes.
11  Q. You know that because when you retired,
12  you were the HSA?
13  A. Correct.
14  Q. The HSA do that alone, or is that with the
15  medical director?
16  A. With the medical director.
17  Q. Anybody else participate in that?
18  A. Not formally. She may ask my opinion as
19  the DON or some answers to some of the questions, but
20  it's her responsibility.
21  Q. Okay.
22  A. His or her.
23  Q. Okay. Is there any other reason that you
24  know of besides, I'm saying the purpose of this
25  review, you said there's one to make sure it's fresh

Page 23

```
 1   in a person's memory, any other purpose?
 2        A.   To notify our legal department of an
 3   event.
 4        Q.   That's done by sending that information in
 5   the check box form?
 6        A.   Yes.
 7        Q.   That you review with the medical director
 8   up to corporate?
 9        A.   Correct.
10        Q.   Which is Atlanta?
11        A.   Yes.
12        Q.   Is there any other purpose besides fresh
13   in your mind and notifying legal for doing that
14   review?
15        A.   Not to my knowledge.
16             MR. JOYCE:  And I want to be clear, you're
17   testifying individually, not on behalf of the
18   corporation.
19   BY MR. UTTER:
20        Q.   So let's go back to Exhibit 2, if you
21   will.  That last page there, Bates 003, you said you
22   haven't seen the other two, but this document
23   indicates that on November 15th, 2017, you became the
24   health services administrator; is that true?
25        A.   Yes.
```