UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 4:22-cv-00067-WTM-CLR |
| vs. ) | |
| ) | |
| CHATHAM COUNTY, GEORGIA, et al. ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT 6

**The Claiborne Firm, P.C.**
*Attorneys at Law*
410 E. Bay Street
Savannah, Georgia 31401

Telephone: 912.236.9559     www.claibornefirm.com     Facsimile: 912.236.1884

William R. Claiborne (GA)                                         writer's email: david@claibornefirm.com
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)
Scott C. Robichaux (GA) *(of counsel)*

October 18, 2022

**Via Electronic Mail Only**
rjhart@chathamcounty.org
anpretorius@chathamcounty.org

R. Jonathan Hart
Andre Pretorius
Chatham County Attorney's Office
P.O. Box 8161
Savannah, GA 31412

   Re: **Jessica Hodges, *et al*. v. Chatham County, Georgia, *et al.***
     Case Number: 4:22-cv-00067-WTM-CLR
     United States District Court, Southern District

Dear Jon and Andre:

  Plaintiffs request that the parties confer regarding your offer to produce "any non-privileged documents" related to detainee deaths at the Chatham County Detention Center. This request is made pursuant to local rule 26.5, reminding counsel that "Fed. R. Civ. P. 26(c) and 37(a)(1) require a party seeking a protective order or moving to compel discovery to certify that a good faith effort has been made to resolve the dispute before coming to court." Plaintiffs agree to narrow their request for documents sought in our First Set of Requests for Production of Documents, No. 12, to the following:

> ***Any administrative review, mortality or morbidity investigation or review, psychological autopsy, or similar, relating to any detainee death from January 1, 2017 through December 31, 2020.***

  The law is clear that you have no privilege claims protecting the documents requested. *See, e.g., Colardo-Keen v. Rockdale County, Georgia*, 2017 WL 4418669, Civil Action No. 1:14-CV-489 (N.D. Ga. Mar. 3, 2017) (mortality review discoverable in wrongful death lawsuit). As noted by the court in *Jenkins v. DeKalb Cty. Ga.*, 242 F.R.D. 652, 659 (N.D. Ga. 2007) "[i]t appears that every United States Court of Appeals that has addressed the issue of whether there is a federal medical peer review privilege has rejected the claim." In addition, the mere fact that the county's lawyers were consulted as part of its retention of Kenneth Ray and Ronald Shansky does not make any documents they created protected by the attorney-client privilege. *Colardo-Keen v. Rockdale County, Georgia*, 2017 WL 4418669, *2. Finally, given that the documents requested were not

Claiborne|*Fox*|*Bradley*, LLC is of counsel to The Claiborne Firm, P.C.
*Atlanta Office: 60 Lennox Pointe, Atlanta, Georgia 30324 · (404) 442.6969*
*Charlotte Office: 417 East Blvd., Suite 101, Charlotte, North Carolina 28203 · (704) 702.0300*

<u>**Via Electronic Mail Only**</u>
rjhart@chathamcounty.org
anpretorius@chathamcounty.org
R. Jonathan Hart
Andre Pretorius
Chatham County Attorney's Office
P.O. Box 8161
Savannah, GA 31412

        Re:    **<u>Jessica Hodges, *et al*. v. Chatham County, Georgia, *et al.*</u>**
              Case Number: 4:22-cv-00067-WTM-CLR
              United States District Court, Southern District

Page 2 of 2
October 18, 2022

---

created with "the primary purpose of providing advice related to litigation" the documents are not protected by the work-product privilege. *Id.* at *3.

      Please let us know when you can confer.

                                    Sincerely,

                                    THE CLAIBORNE FIRM, P.C.

                                    DAVID J. UTTER
                                    *Attorney for the Firm*

*DJU/kag*

Claiborne|*Fox*/*Bradley*, LLC is of counsel to The Claiborne Firm, P.C.
*Atlanta Office: 60 Lennox Pointe, Atlanta, Georgia 30324 · (404) 442.6969*
*Charlotte Office: 417 East Blvd., Suite 101, Charlotte, North Carolina 28203 · (704) 702.0300*