IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, as natural )
guardian of minor children L.C. )
and D.C.; and ESTATE OF LEE )
MICHAEL CREELY, by and through )
Warren Ratchford, its )
Administrator; )
                               )
      Plaintiffs, )
                               )
v. )          CASE NO. CV422-067
                               )
CHATHAM COUNTY, GEORGIA; )
CORRECTHEALTH CHATHAM LLC; )
CORRECTHEALTH, LLC; CARLO )
MUSSO, M.D.; KAREN FORCHETTE; )
TERENCE JACKSON; DON WHITE; )
KARLOS MANNING; YVETTE BETHEL- )
QUINNEY; and JACKIE HARNED; )
                               )
      Defendants. )
                               )

## O R D E R

Before the Court is the Magistrate Judge's November 22, 2022,
Report and Recommendation (Doc. 61), to which no objections have
been filed. After a careful review of the record,[1] the report and
recommendation (Doc. 61) is **ADOPTED** as the Court's opinion in this
case as modified below. 28 U.S.C. § 636(b)(1)(C) ("A judge of the

---

[1] The Court reviews de novo a magistrate judge's findings to which
a party objects, and the Court reviews for clear error the portions
of a report and recommendation to which a party does not object.
28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv.,
Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the
standard of review for report and recommendations (citing Macort
v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per
curiam))).

court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.").

After the Magistrate Judge issued his report and recommendation, Defendants Teanna Frances-Henderson and Selena Cardona were dismissed from the case. (Doc. 64.) Therefore, Defendants Selena Cardona, Terence Jackson, Teanna Frances-Henderson, and Yvette Bethel-Quinney's Motion to for Leave to File Amended Answer is **DENIED IN PART** and **DISMISSED IN PART AS MOOT.** (Doc. 39.) Defendants CorrectHealth, LLC; CorrectHealth Chatham, LLC; Carlo Musso, MD; Karen Forchette; Lowretta Florence; Amber Anderson; Jacqueline (Jackie) Harned; and Susan Rivera's Motion for Leave to file Amended Answer is **DENIED IN PART** and **DISMISSED IN PART AS MOOT.** (Doc. 35.)

SO ORDERED this _20th_ day of January 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA