IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, as natural Guardian of minor children, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case Number: cv422-067 |
| CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; ET AL., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Defendants, Chatham County, Georgia, Don White, and Karlos Manning's Motion to have Exhibit 2 (Doc 77-5) and pages 10-22 of Exhibit 3 (Doc 77-6) to Plaintiff's motion to Compel [Doc 77-2] placed under seal, it is hereby Ordered that the Defendants' Motion is GRANTED.

Exhibits 2 (Doc 77-5) and pages 10-22 of Exhibit 3 (Doc 77-6) shall remain under seal under further order of this Court.

SO ORDERED this ____ day of _____, 2023.

_____
Magistrate Judge Christopher L. Ray
United States District Court
Southern District of Georgia