# CHATHAM COUNTY ATTORNEY

| | | |
|---|---|---|
| **R. JONATHAN HART**<br>COUNTY ATTORNEY<br>rjhart@chathamcounty.org | 124 BULL STREET<br>ROOM 230<br>SAVANNAH, GEORGIA 31401 | PLEASE REPLY TO:<br>P.O. BOX 8161<br>SAVANNAH, Ga 31412<br>T: 912-652-7881 |
| **REGINALD C. MARTIN**<br>ASSISTANT COUNTY ATTORNEY<br>rmartin@chathamcounty.org | | **ANDRE PRETORIUS**<br>ASSISTANT COUNTY ATTORNEY<br>anpretorius@chathamcounty.org |

December 12, 2022

Via Email
Molly Davenport
Courtroom Deputy Clerk
To the Honorable Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

      RE: Hodges, et. Al. v. Chatham County, Georgia, et. Al. – CAFN 4:22cv67
           United States District Court for the Southern District of Georgia

Dear Ms. Davenport,

      Attached is the correspondence to you for Judge Ray's consideration in advance of the discovery conference tomorrow. I am also attaching a copy of the privilege log sent sent to Plaintiff's counsel.

Thank you for your assistance.

Sincerely,

R. Jonathan Hart, County Attorney

Enclosures

Cc:   Carlton Joyce
        David Utter
        Will Claiborne
        Christopher Murell
        Ben Perkins
        Will Phillips
        Gary McGinty

## Andre Pretorius

**From:** Andre Pretorius
**Sent:** Wednesday, December 7, 2022 3:08 PM
**To:** David Utter
**Cc:** Will Claiborne; Christopher Murell
**Subject:** RE: Jessica Hodges (Creely) FRCP Rule 37 confer

Thanks, confirmed

**From:** David Utter <david@claibornefirm.com>
**Sent:** Wednesday, December 7, 2022 1:14 PM
**To:** Andre Pretorius <anpretorius@chathamcounty.org>
**Cc:** Will Claiborne <will@claibornefirm.com>; Christopher Murell <chris@murell.law>
**Subject:** Jessica Hodges (Creely) FRCP Rule 37 confer

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andre,

I write to confirm our meeting today to discuss our discovery disputes. We discussed and agreed to the following:

1. Plaintiffs' 1st RPD #21: I noted that our request includes any documents related and produced by Community Oriented Correctional Health Services (COCHS) and Drs. Ray and Shansky ("Dr. Ray"), including the county's contracts with them. You objected based on attorney-work product, arguing that the contracts for COCHS and Dr. Ray are with the county attorney's office and that your client entered into them to help the county avoid litigation.
2. I added the contract and work performed by Dr. Ray to Plaintiff's request for a 30(b)(6), which now requests that you designate a witness and provide the contracts and budgets for the following:

    A. Budget preparation, including funding and staffing levels, for the provision of health care for detainees at the Chatham County Detention Center ("CCDC") for the years 2016-2020;

    B. Contract negotiations and budget preparation, including staffing levels, for the contracts with CorrectHealth Chatham and/or CorrectHealth for the provision of health care for detainees at CCDC for 2016-2020;

    C. Contract negotiations and budget preparation, including staffing levels, for the contract(s) with Community Oriented Correctional Health Services;

    D. The decision to terminate the contract with Corizon;

    E. The county's oversight and monitoring methods, including staffing of its oversight and monitoring methods, of its contracts with Corizon and CorrectHealth and/or CorrectHealth, Chatham to ensure compliance with contract requirements and adherence to the requests for proposals that led to the contracts; and

    F. Contract negotiations and budget preparations, including staffing levels, for the contract(s) with Dr. Kenneth Ray.

1

    You objected to C and F based on attorney-work product, arguing that the contracts for COCHS and Dr. Ray are with the county attorney's office and that your client entered into them to help the county avoid litigation.

**We agreed that 1) the county would produce a privilege log and 2) Plaintiffs will file a motion to compel.**

3. You noted the county's objections to Plaintiffs deposing Dr. Ray about he and Dr. Shansky's work, based on attorney-work product, arguing that the work they are on behalf of the county attorney's office and that your client entered into them to help the county avoid litigation. **We agreed that the county will file a motion to quash the subpoena.**

Let me know if I missed anything and thanks again for meeting.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

*Notice: No duties are assumed, intended or created by this communication.* If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** David Utter
**Sent:** Friday, November 18, 2022 12:51 PM
**To:** Donna Myers <DKMyers@chathamcounty.org>; Andre Pretorius <anpretorius@chathamcounty.org>
**Cc:** Kristin M. Douglas <kmdouglas@bouhan.com>; Gary McGinty <gmcginty@bouhan.com>; Lighthiser, Mary Ellen <mlighthiser@SWFLLP.com>; CARLTON E. JOYCE <CEJOYCE@bouhan.com>; 'Ben Perkins' <bperkins@olivermaner.com>; Jaylen Katzman <jkatzman@bouhan.com>; Will Claiborne <will@claibornefirm.com>; 'Christopher Murell' <chris@murell.law>; 'Deb Grondziak' <dgrondziak@olivermaner.com>; 'Will Phillips' <wphillips@olivermaner.com>; Sherri Oliver <sloliver@chathamcounty.org>; Flint, Michael <mflint@SWFLLP.com>; Clark, Jimasha <jclark@SWFLLP.com>; Kim Griffin <Kim@claibornefirm.com>
**Subject:** RE: Jessica Hodges (Creely)

Sorry for the delay Donna. Plaintiff is available on the following dates in December:

    Dec 1, 2, 5 (afternoon only), 6-7, 12-13, 14 (afternoon only), 15-16

In addition, please check in on the availability for the following county/sheriff staff and an expected length:

    Sheriff Wilcher—no longer than 1 hour
    Dep. Gardner—2 hours

Dep. Coleman—2 hours
Dep. Gibson—2 hours
Dep. Brown—2 hours
Dep. Reid—2 hours

Finally, please let us know when the county can sit for a 30(b)(6) deposition. The topic areas are:

1. Budget preparation, including funding and staffing levels, for the provision of health care for detainees at the Chatham County Detention Center ("CCDC") for the years 2016-2020;

2. Contract negotiations and budget preparation, including staffing levels, for the contracts with CorrectHealth Chatham and/or CorrectHealth for the provision of health care for detainees at CCDC for 2016-2020;

3. Contract negotiations and budget preparation, including staffing levels, for the contract(s) with Community Oriented Correctional Health Services;

4. The decision to terminate the contract with Corizon; and,

5. The county's oversight and monitoring methods, including staffing of its oversight and monitoring methods, of its contracts with Corizon and CorrectHealth and/or CorrectHealth, Chatham to ensure compliance with contract requirements and adherence to the requests for proposals that led to the contracts.

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

**Notice: No duties are assumed, intended or created by this communication.** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

**From:** Donna Myers <DKMyers@chathamcounty.org>
**Sent:** Wednesday, November 9, 2022 9:42 AM
**To:** David Utter <david@claibornefirm.com>; Andre Pretorius <anpretorius@chathamcounty.org>
**Cc:** Kristin M. Douglas <kmdouglas@bouhan.com>; Gary McGinty <gmcginty@bouhan.com>; Lighthiser, Mary Ellen <mlighthiser@SWFLLP.com>; CARLTON E. JOYCE <CEJOYCE@bouhan.com>; 'Ben Perkins' <bperkins@olivermaner.com>; Jaylen Katzman <jkatzman@bouhan.com>; Will Claiborne <will@claibornefirm.com>; 'Christopher Murell' <chris@murell.law>; 'Deb Grondziak' <dgrondziak@olivermaner.com>; 'Will Phillips' <wphillips@olivermaner.com>; Sherri Oliver <sloliver@chathamcounty.org>; Flint, Michael <mflint@SWFLLP.com>; Clark, Jimasha

<jclark@SWFLLP.com>; Kim Griffin <Kim@claibornefirm.com>
**Subject:** RE: Jessica Hodges (Creely)

None of those dates work for us. The month of November is pretty booked. Can you provide me with some dates in December?

Donna K. Myers, CP
Certified Paralegal
Chatham County Attorney's Office
124 Bull St., Room 230
Savannah, GA 31401
Telephone: (912) 652-7881
Fax: (912) 652-7887

This message originates from the Chatham County Attorney's Office. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. All attachments are believed to be free of viruses, but any attachments should be checked for viruses before being opened. If you have received this message in error, please advise the sender by immediate reply and delete the original message."



**From:** David Utter <david@claibornefirm.com>
**Sent:** Friday, November 04, 2022 3:15 PM
**To:** Andre Pretorius <anpretorius@chathamcounty.org>; Jonathan Hart <RJHart@chathamcounty.org>
**Cc:** Kristin M. Douglas <kmdouglas@bouhan.com>; Gary McGinty <gmcginty@bouhan.com>; Lighthiser, Mary Ellen <mlighthiser@SWFLLP.com>; CARLTON E. JOYCE <CEJOYCE@bouhan.com>; 'Ben Perkins' <bperkins@olivermaner.com>; Jaylen Katzman <jkatzman@bouhan.com>; Will Claiborne <will@claibornefirm.com>; 'Christopher Murell' <chris@murell.law>; 'Deb Grondziak' <dgrondziak@olivermaner.com>; 'Will Phillips' <wphillips@olivermaner.com>; Sherri Oliver <sloliver@chathamcounty.org>; Flint, Michael <mflint@SWFLLP.com>; Clark, Jimasha <jclark@SWFLLP.com>; Kim Griffin <kim@claibornefirm.com>; Donna Myers <DKMyers@chathamcounty.org>
**Subject:** Jessica Hodges (Creely)

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Andre and Jon,

Can you please give us some dates to depose Lt. Tanya Jacques? Plaintiffs are available on Nov. 10 from 1-5 pm, and all day on 11/11, 11/14, and 11/18.

Thank you,

David

David J. Utter, Esq.
The Claiborne Firm, P.C.

4

410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

**Disclaimers:**

**Notice: *No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

# The Claiborne Firm, P.C.
*Attorneys at Law*
410 E. Bay Street
Savannah, Georgia 31401
www.claibornefirm.com

Telephone: 912.236.9559   Facsimile: 912.236.1884

William R. Claiborne (GA)
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)
Scott C. Robichaux (GA) *(of counsel)*

writer's email: david@claibornefirm.com

October 18, 2022

**Via Electronic Mail Only**
rjhart@chathamcounty.org
anpretorius@chathamcounty.org

R. Jonathan Hart
Andre Pretorius
Chatham County Attorney's Office
P.O. Box 8161
Savannah, GA 31412

Re: **Jessica Hodges, *et al*. v. Chatham County, Georgia, *et al.***
Case Number: 4:22-cv-00067-WTM-CLR
United States District Court, Southern District

Dear Jon and Andre:

Plaintiffs request that the parties confer regarding your offer to produce "any non-privileged documents" related to detainee deaths at the Chatham County Detention Center. This request is made pursuant to local rule 26.5, reminding counsel that "Fed. R. Civ. P. 26(c) and 37(a)(1) require a party seeking a protective order or moving to compel discovery to certify that a good faith effort has been made to resolve the dispute before coming to court." Plaintiffs agree to narrow their request for documents sought in our First Set of Requests for Production of Documents, No. 12, to the following:

> ***Any administrative review, mortality or morbidity investigation or review, psychological autopsy, or similar, relating to any detainee death from January 1, 2017 through December 31, 2020.***

The law is clear that you have no privilege claims protecting the documents requested. *See, e.g., Colardo-Keen v. Rockdale County, Georgia*, 2017 WL 4418669, Civil Action No. 1:14-CV-489 (N.D. Ga. Mar. 3, 2017) (mortality review discoverable in wrongful death lawsuit). As noted by the court in *Jenkins v. DeKalb Cty. Ga.*, 242 F.R.D. 652, 659 (N.D. Ga. 2007) "[i]t appears that every United States Court of Appeals that has addressed the issue of whether there is a federal medical peer review privilege has rejected the claim." In addition, the mere fact that the county's lawyers were consulted as part of its retention of Kenneth Ray and Ronald Shansky does not make any documents they created protected by the attorney-client privilege. *Colardo-Keen v. Rockdale County, Georgia*, 2017 WL 4418669, *2. Finally, given that the documents requested were not

**Via Electronic Mail Only**
rjhart@chathamcounty.org
anpretorius@chathamcounty.org
R. Jonathan Hart
Andre Pretorius
Chatham County Attorney's Office
P.O. Box 8161
Savannah, GA 31412
      Re:    **Jessica Hodges, *et al.* v. Chatham County, Georgia, *et al.***
             Case Number: 4:22-cv-00067-WTM-CLR
             United States District Court, Southern District
Page 2 of 2
October 18, 2022

---

created with "the primary purpose of providing advice related to litigation" the documents are not protected by the work-product privilege. *Id.* at *3.

    Please let us know when you can confer.

                            Sincerely,

                            THE CLAIBORNE FIRM, P.C.

                            DAVID J. UTTER
                            *Attorney for the Firm*

DJU/kag

Chatham County Privilege Log

December 12, 2022



Exhibit "C"

| # | Document Description | Document Type | Author | Recipient | Date | Privilege Claimed |
|---|---|---|---|---|---|---|
| 1 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 08/14/2018 | Attorney-Client Privilege |
| 2 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | | Attorney-Client Privilege |
| 3 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 11/28/2018 | Attorney-Client Privilege |
| 4 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 02/03/2019 | Attorney-Client Privilege |
| 5 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 04/30/2019 | Attorney-Client Privilege |
| 6 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 07/05/2019 | Attorney-Client Privilege |
| 7 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 08/21/2019 | Attorney-Client Privilege |
| 8 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 10/27/2019 | Attorney-Client Privilege |
| 9 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 12/29/2019 | Attorney-Client Privilege |
| 10 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 03/04/2020 | Attorney-Client Privilege |
| 11 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | | Attorney-Client Privilege |
| 12 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 06/28/2020 | Attorney-Client Privilege |
| 13 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 09/21/2020 | Attorney-Client Privilege |
| 14 | Inmate Health Compliance Monitoring Report | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 09/21/2020 | Attorney-Client Privilege |

| 15 | Inmate Health Compliance Monitoring Report | Report | COCHS | R. Jonathan Hart | 02/03/2017 | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| 16 | Inmate Health Compliance Monitoring Report | Report | COCHS | R. Jonathan Hart | 02/20/2017 | Attorney-Client Privilege |
| 17 | Inmate Health Compliance Monitoring Report | Report | COCHS | R. Jonathan Hart | 03/28/2017 | Attorney-Client Privilege |
| 18 | Inmate Health Compliance Monitoring Report | Report | COCHS | R. Jonathan Hart | 04/12/2017 | Attorney-Client Privilege |
| 19 | Inmate Health Compliance Monitoring Report | Report | COCHS | R. Jonathan Hart | 07/05/2017 | Attorney-Client Privilege |
| 20 | Inmate Health Compliance Monitoring Report | Report | COCHS | R. Jonathan Hart | 08/30/2017 | Attorney-Client Privilege |

Chatham County Privilege Log

December 12, 2022

| # | Document Description | Document Type | Author | Recipient | Date | Privilege Claimed |
|---|---|---|---|---|---|---|
| 1 | Inmate Mortality Chart | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | 07/20/2019 | Attorney-Client Privilege |
| 2 | Inmate Mortality Chart | Report | Dr. Kenneth A. Ray | R. Jonathan Hart | | Attorney-Client Privilege |
| 3 | Any all unknown inmate mortality Charts not in the County Attorney's Office Possession at this time | | | | | |