IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, as natural Guardian of minor children, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case Number: cv422-067 |
| CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; And JACKIE HARNED; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

COME NOW Defendants, Chatham County, Georgia, Karlos Manning and Don White ("County Defendants") by and through their counsel, hereby request a 7-day extension to file a Brief in response to Plaintiff's motion to compel filed on January 19, 2023 [Doc 77] and states as follows:

On January 13, 2023, Plaintiffs filed their Motion and Memorandum in Support to County Defendants [Doc 74]. On January 19, 2023, Plaintiffs filed a Motion to Substitute Doc 74 and exhibits with the Motion to Compel filed on

January 19, 2023 [Doc 77]. In that Motion, Plaintiff attached certain exhibits that County Defendants are requesting be kept under seal. Defendants are also filing a separate motion to request those exhibits to be filed under seal.

County Defendants would request the Court grant a 7-day extension for County Defendants to respond to Plaintiff's Motion through and including February 3, 2023.

This 20th day of January, 2023.

                                            /s/ R. Jonathan Hart_
**R. JONATHAN HART**
State Bar No. 333692
Andre Pretorius
Andre Pretorius
State Bar No. 298154

P. O. Box 8161
Savannah, GA  31412
T: (912) 652-7881
F: (912) 652-7887
Email: rjhart@chathamcounty.org
anpretorius@chathamcounty.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

 This 20th day of January, 2023.

            Andre Pretorius
            Andre Pretorius
            Assistant County Attorney
            State Bar No. 298154

P. O. Box 8161
Savannah, GA  31412
(912) 652-7881

 Respectfully submitted this 20th day of January, 2023.