IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, as natural Guardian of minor children, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case Number: cv422-067 |
| CHATHAM COUNTY, GEORGIA; CORRECTHEALTH LLC; CORRECTHEALTH CHATHAM, LLC; CARLO MUSSO, MD; KAREN FORCHETTE; TERENCE JACKSON; DON WHITE; KARLOS MANNING; YVETTE BETHEL-QUINNEY; And JACKIE HARNED; | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR STATUS CONFERENCE**

COME NOW Plaintiffs and Defendants, Chatham County, Georgia, Karlos Manning and Don White and request a status conference on Plaintiffs' Motion to Compel [Doc 77], County Defendants' Motion to Place Under Seal Exhibits to Plaintiffs' motion to compel [Doc 80] and County Defendants' Motion for Additional time to Response to Plaintiff's motion to compel [Doc 81].

The parties are available on January 25, January 30 and the morning of January 31, 2023.

This 20th day of January, 2023.

/s/ R. Jonathan Hart
**R. JONATHAN HART**
State Bar No. 333692
Andre Pretorius
Andre Pretorius
State Bar No. 298154

P. O. Box 8161
Savannah, GA  31412
T: (912) 652-7881
F: (912) 652-7887
Email: rjhart@chathamcounty.org
anpretorius@chathamcounty.org

/s/ David Utter (by express permission)
State Bar No. 723144
The Claiborne Firm, P.C.
410 East Bay Street,
Savannah, GA 31401

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

    This 20th day of January, 2023.

<u>Andre Pretorius</u>
Andre Pretorius
Assistant County Attorney
State Bar No. 298154

P. O. Box 8161
Savannah, GA  31412
(912) 652-7881