UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 4:22-cv-00067-WTM-CLR |
| vs. ) | |
| ) | |
| CHATHAM COUNTY, GEORGIA, et al. ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT LIST

| Exhibit Number | Description |
|---|---|
| 1 | Musso Zavala depo |
| 2 | COCHS Report and Dr. Ray-Creely Death Chart Review- To be filed Under Seal |
| 3 | Reuters article 001795-001804 |
| 4 | KAG Affidavit and Ray Report Redacted |
| 5 | 1st CH Contract and 2nd CH Contract |
| 6 | 1st RFPD to County final |
| 7 | County Responses to 1st RPD |
| 8 | Oct 18 Ltr to Jon and Andre_Discovery dispute |
| 9 | FRCP Rule 37 confer |
| 10 | Utter dec |