UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, et al.          )
                                 )
      Plaintiffs,       )
                                 )     Case Number: 4:22-cv-00067-WTM-CLR
vs.                      )
                                 )
CHATHAM COUNTY, GEORGIA, et al.   )
                                 )
      Defendants.     )

# EXHIBIT 1

# EXHIBIT "G"

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIA OLGA ZAVALA                    CIVIL DOCKET NO.
        Plaintiff            3:17-CV-00656-JWD-EWD

VERSUS                       JUDGE: John W. deGravelles

CITY OF BATON ROUGE/PARISH       MAG: Erin Wilder-Doomes
EAST BATON ROUGE, ET AL
        Defendants


            (30)(b)(6) DEPOSITION OF CORRECTHEALTH

EAST BATON ROUGE, LLC and CORRECTHEALTH, through

it's designated representative, CARLO MUSSO,

M.D., and also CARLO MUSSO, M.D., individually,

in the above-entitled cause, pursuant to the

following stipulation, before Raynel E. Schule,

Certified Shorthand Reporter in and for the

State of Louisiana, at the Law Offices of

Messrs. Wanek, Kirsch, Davies, LLC, 1340 Poydras

Street, Suite 2000, New Orleans, Louisiana,

70112, commencing at 1:00 o'clock p.m., on

Monday, the 30th day of September, 2019.


**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 4 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 24 of 210

23

```
1    A.    Yes.
2    Q.    Do you have a hundred-percent ownership in
3          CorrectHealth?
4    A.    Yes.
5    Q.    Have you ever always had a hundred-percent
6          ownership in CorrectHealth?
7    A.    Yes.
8    Q.    Did Georgia Correctional Health change its
9          name to CorrectHealth or was a new
10         corporate entity formed somewhere along the
11         way?
12   A.    Changed its name.
13   Q.    When did that occur?
14   A.    Somewhere between 2003 and 2005 maybe.  I
15         don't know exactly when, but it was three
16         to four, maybe five years after we started
17         Georgia Correctional Health.
18   Q.    CorrectHealth is a Georgia corporation.  Is
19         that correct?
20   A.    Yes.
21   Q.    It's not incorporated in any other state?
22   A.    No.
23   Q.    What states is CorrectHealth licensed to do
24         business in?
25   A.    Georgia and Louisiana.
```

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 5 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 25 of 210

24

1    Q.    Has CorrectHealth done business in any

2          other states from October of 2000 to

3          present than Georgia and Louisiana?

4    A.    We briefly operated in Kentucky and

5          Tennessee.

6    Q.    When was that?

7    A.    I don't know when we started, but it would

8          have been around 2010 maybe through 2015.

9    Q.    Which of the two states, Kentucky or

10         Tennessee are we referring to now?

11   A.    Both of them.

12   Q.    Okay.  So let me just be very specific with

13         my question.  When was CorrectHealth doing

14         business in Kentucky?

15   A.    Around 2010 to 2000 maybe '16, '15, '16.

16   Q.    What about Tennessee?

17   A.    About the same, maybe through -- maybe

18         through '17.

19   Q.    Why does CorrectHealth no longer do

20         business in Kentucky?

21   A.    Our business in both of those states were

22         primarily very small jails, and it became a

23         challenge for us to be successful there

24         from a business perspective, and so the few

25         contracts we had there at various points in

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 6 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 26 of 210

25

1        renewal, we just chose to not renew and --
2        and exit those states.
3   Q.   What was challenging from a business
4        perspective about conducting or having
5        contracts in Kentucky and Tennessee?
6   A.   They were just too small to support enough
7        of our corporate -- the corporate and
8        company time to -- to manage them, and it
9        just wasn't -- and it wasn't worth our
10       while to continue them there.  There were
11       other companies that were providing
12       services to smaller jails, and we could
13       never develop enough economies of scale to
14       be successful.  So it was just a pure
15       business decision.
16  Q.   And when you say, "a pure business
17       decision," I mean, I take it to mean that
18       you weren't making enough money off of
19       those contracts to make it worth your while
20       to continue there, correct?
21  A.   Correct, we weren't supporting corporate
22       overhead so.
23  Q.   Were you actually losing money on those
24       contracts?
25  A.   I don't know.  They were not supporting the

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 7 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 27 of 210

26

1      corporate overhead.

2   Q.   What does it mean to be -- unpack that

3      phrase for me, "were not supporting the

4      corporate overhead."  What does that mean?

5   A.   That means, you know, just like this

6      office, you know, there's -- there's rent

7      and utilities to pay and salaries to pay

8      for, and each -- each facility needs to pay

9      its share of -- of that rent and salaries,

10      and we were not able to do that in those

11      two states, and so we exited the states.

12   Q.   So CorrectHealth is -- is headquartered in

13      Buckhead, correct?

14   A.   In Atlanta, yes.

15   Q.   Okay, but specifically in Buckhead, right?

16   A.   It is.

17   Q.   The 3300 block of Peachtree Street?

18   A.   Peachtree Road.

19   Q.   I had dinner at St. Cecelia's last night.

20      How far was I from corporate headquarters?

21   A.   Not far.  Pretty close.

22   Q.   And so you're saying that -- that each

23      facility is supposed to carry a certain

24      amount of the cost of the --

25   A.   Huh-huh.

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 8 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 28 of 210

27

1   Q.   -- of the corporate headquarters there in

2        Buckhead?

3   A.   Huh-huh.

4   Q.   Is that a yes?

5   A.   Yes.

6   Q.   And that these facilities in Kentucky and

7        Tennessee just weren't pulling their

8        weight?

9   A.   That -- that's a fair statement.

10  Q.   And so you elected not to continue to hold

11       those contracts?

12  A.   That is correct.

13  Q.   How many people work at the corporate

14       headquarters in Buckhead?

15  A.   About 20, 20 to 25 maybe.

16  Q.   I want to get some sort of an idea from you

17       of the corporate structure.

18  A.   Sure.

19  Q.   Perhaps it's easiest to work from the top,

20       which I gather would be you --

21  A.   Yeah.

22  Q.   -- and then on down, correct?

23            MR. KIRSCH:

24            And -- and let's be clear because

25         we're doing a combined depo.

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 9 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 29 of 210

28

1          MR. CLAIBORNE:

2          Right.

3          MR. KIRSCH:

4          I'm assuming when you talk about

5    CorrectHealth EBR, you're going to say

6    EBR, because otherwise when you're

7    asking for corporate structure --

8          MR. CLAIBORNE:

9          Thank you.

10         MR. WANEK:

11         -- I don't want to get this mixed

12   up.

13         MR. CLAIBORNE:

14         Sure.

15         MR. KIRSCH:

16         Right now you've been talking to

17   him as an individual --

18         MR. CLAIBORNE:

19         Talking about --

20         MR. KIRSCH:

21         -- talking about CorrectHealth in

22   Georgia and things in that regard, and

23   so I want to make sure it's clear that

24   when we start going into the other

25   companies.  I'm not objecting a lot

1           just because --

2                MR. CLAIBORNE:

3                No, I understand.

4                MR. KIRSCH:

5                -- you're doing the individual,

6           and I appreciate you doing them both at

7           the same time, but I think we're going

8           to have be clear what corporate

9           structure you're talking about, so on

10          and so forth.

11   BY MR. CLAIBORNE:

12   Q.   Well, why don't we start with CorrectHealth

13        EBR, and then we'll shift to CorrectHealth

14        generally.  When was CorrectHealth EBR, and

15        by that I mean CorrectHealth East Baton

16        Rouge, LLC --

17   A.   Huh-huh.

18   Q.   -- when was that entity formed?

19   A.   I think towards the end of 2016.  I don't

20        know exactly when, but the end of 2016,

21        possibly January of 2017, but it would have

22        been right around the beginning of our

23        services in Baton Rouge.

24   Q.   And why was that company created?

25   A.   For the purposes of providing services to

 1      Baton Rouge.

 2  Q.   Why couldn't that have just been done by

 3      CorrectHealth?  Why was a new company

 4      needed?

 5  A.   That's the organizational structure, the

 6      contracts that we sign in facilities are

 7      operated in LLCs for that contract.

 8  Q.   So CorrectHealth provides services also in,

 9      say, Chatham County, Georgia, correct?

10  A.   Yes.

11  Q.   Is there a separate LLC that is called

12      CorrectHealth Chatham County, LLC or

13      something of the like?

14  A.   There is.

15  Q.   So for each and every contract that

16      CorrectHealth holds, a separate LLC is

17      created?  I want to just get an idea of how

18      this works.

19  A.   That is correct with few exceptions to

20      that.

21  Q.   Who owns CorrectHealth East Baton Rouge,

22      LLC?

23  A.   A corporation called Triage Holding.

24  Q.   All right.  Let me ask you this question,

25      is there any corporate entity underneath

31

```
 1        CorrectHealth EBR or that's owned by
 2        CorrectHealth EBR?
 3    A.  No, there's not.
 4    Q.  So if I start at CorrectHealth EBR and go
 5        up, I'm not going to miss anything,
 6        correct?
 7    A.  No.
 8    Q.  All right.  So CorrectHealth EBR, let's
 9        call it CEBR, is owned by Triage?
10    A.  Yes.
11    Q.  And what's Triage's full name again?
12    A.  Triage Holding, Inc.  It's a S Corp.
13    Q.  And who owns Triage Holding, Inc.?
14    A.  I do.
15    Q.  So that's just straight over to Carlo
16        Musso?
17    A.  Well, there is a trust involved between --
18        I am the trustee and beneficiary of the
19        trust.
20    Q.  What's the name of the trust?
21    A.  You would ask me that.  Musso Triage 2016
22        Trust I think is the name.  I may be off a
23        little bit.
24    Q.  All right.  It sounds like it's something
25        close we can -- we can keep working through
```

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 13 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 33 of 210

32

1      and if there's any clarification --

2   A.    Yes.

3   Q.    -- needed, I -- certainly your attorney --

4   A.    I'm pretty sure that's -- that's the name

5      of our trust.

6   Q.    Okay, and you are both the beneficiary and

7      the settlor of that trust?

8   A.    I am the trust -- trustee and the

9      beneficiary, yes.

10  Q.    You are the one who created the trust?

11  A.    I am.

12  Q.    Georgia trusts are funny like that.  You

13     can be the settlor and beneficiary of the

14     trust.  Is there any entity that owns Musso

15     Triage 2016 Trust?

16  A.    (Witness shakes head.)

17  Q.    No?

18  A.    No.  No.

19  Q.    How does CorrectHealth fit in if at all

20     with Musso Triage 2016 Trust?

21  A.    What do you mean CorrectHealth?

22  Q.    Well, where on this chart if I go from

23     CorrectHealth EBR up to Triage Holding, and

24     then Triage Holding goes over to Musso

25     Triage 2016 Trust, what is CorrectHealth

33

| 1 | | owned by or where -- where does it go on |
|---|---|---|
| 2 | | this chart? |
| 3 | A. | CorrectHealth is a family of companies that |
| 4 | | is -- that are all owned by Triage Holding. |
| 5 | Q. | So does CorrectHealth fit in between Triage |
| 6 | | Holding and CorrectHealth EBR or is it just |
| 7 | | a sister company to CorrectHealth EBR? |
| 8 | A. | CorrectHealth is a family of companies. |
| 9 | | It's a group of companies. |
| 10 | Q. | Okay.  Well, I'll -- |
| 11 | A. | All owned by Triage Holding. |
| 12 | Q. | All right.  Well, I just put CorrectHealth |
| 13 | | over here, and now tell me all the names -- |
| 14 | A. | There's no CorrectHealth Inc. if that's |
| 15 | | what you're getting at.  So there's no -- |
| 16 | | Triage Holding would be the parent company |
| 17 | | for all the CorrectHealth companies, and |
| 18 | | each contract is held within a different |
| 19 | | CorrectHealth company. |
| 20 | Q. | So CorrectHealth Chatham County would also |
| 21 | | go directly underneath Triage Holding, |
| 22 | | correct? |
| 23 | A. | That is correct, yes. |
| 24 | Q. | As would the other contracts that are held |
| 25 | | -- that are held by CorrectHealth in |

34

1       different LLCs?

2   A.   That is -- that is correct.

3   Q.   Does CorrectHealth directly hold any

4        contracts with any facilities?

5   A.   It would be in a subsidiary -- it would be

6        CorrectHealth -- it would be a subsidiary

7        of Triage Holding.  It would CorrectHealth,

8        and then typically the county, the name of

9        the county following CorrectHealth is -- is

10       the conformity that we adopted.

11              MR. CLAIBORNE:

12              Okay.  Let's go off the record a

13          few seconds.

14              (Off the record.)

15  BY MR. CLAIBORNE:

16  Q.   Does Triage Holding, Incorporated own

17       CorrectHealth?

18  A.   CorrectHealth, LLC, is --

19  Q.   Yes.

20  A.   -- is that the question?

21  Q.   Yes.

22  A.   Yes.

23  Q.   And CorrectHealth --

24  A.   Triage Holdings is -- owns CorrectHealth,

25       LLC.

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 16 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 36 of 210

35

1    Q.    What are the assets of CorrectHealth, LLC?
2    A.    CorrectHealth LLC, oh, gosh, I'd have to --
3          I'd have to get a list of assets.
4          CorrectHealth, LLC has assets primarily in
5          our office in Atlanta.  That would be a
6          generalization.  The assets, like, the
7          furniture and computers and software and
8          assets in -- in our office in Atlanta are
9          contained in CorrectHealth, LLC.
10   Q.    Who is employed by CorrectHealth, LLC?
11   A.    Most of the employees in CorrectHealth that
12         work for all the CorrectHealth entities are
13         employed by CorrectHealth, LLC.
14   Q.    Is that the 20 to 25 people in Buckhead or
15         is it more than that that are employed by
16         CorrectHealth, LLC?
17   A.    More than that.
18   Q.    Who works for --
19   A.    Let me make it easy for you.
20         CorrectHealth, LCC contracts with
21         CorrectHealth East Baton Rouge to provide
22         the employees of -- to provide the
23         employees that work at the jail through a
24         servicing agreement, okay, or an employee
25         leasing agreement if you will, if you

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 17 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 37 of 210

36

1      understand what I mean by that.

2   Q.   So if there were 20 LPNs that were working

3        at the Baton Rouge facility, they're

4        actually employees of CorrectHealth, LLC?

5   A.   That is correct.

6   Q.   And then CorrectHealth EBR pays

7        CorrectHealth, LLC for those employees?

8   A.   That is correct.

9   Q.   Does CorrectHealth East Baton Rouge employ

10       anyone?

11  A.   No.

12  Q.   So CorrectHealth East Baton Rouge takes in

13       money from the Parish of East Baton Rouge,

14       correct?

15  A.   Yes.

16  Q.   And then that money is used, some of it to

17       pay employees that are -- or to pay

18       CorrectHealth for employees that are

19       employed by CorrectHealth, LLC?

20  A.   Yes.

21  Q.   Okay.  So let's get it at from this

22       direction then.  The money that comes into

23       Correct -- CorrectHealth East Baton Rouge,

24       I want to know the different places that it

25       goes.  One of the streams of that money

37

1      goes to CorrectHealth, LLC for employees,
2      correct?
3   A.   Huh-huh, that is, yes.
4   Q.   Okay.  Where else does money go from
5      CorrectHealth East Baton Rouge, LLC?
6   A.   To Triage Holding.  There's only two places
7      it can go, those two places.
8   Q.   Well, it could go to a third-party vendor
9      like a pharmacy to pay for the drugs or
10      something like that?
11   A.   It could, yes, but it does not.
12   Q.   So money goes to CorrectHealth, LLC and to
13      Triage Holding, and that's it out of
14      CorrectHealth East Baton Rouge, LLC?
15   A.   Most of the money gets swept up into
16      CorrectHealth to be used on behalf of East
17      -- CorrectHealth East Baton Rouge to
18      provide the services of the contract.
19   Q.   So how do we determine what money goes to
20      Triage versus what money goes to
21      CorrectHealth, LLC?
22   A.   Well, you've got to be more specific in
23      your question.  I don't -- I don't know
24      exactly what you're asking.
25   Q.   Well, how do you -- how do you determine

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

38

1       whether a dollar is going to be transferred

2       to CorrectHealth, LLC versus transferred to

3       Triage Holding?

4  A.   The money is -- is -- is -- is -- is swept

5       into CorrectHealth, LLC to be utilized for

6       the services in CorrectHealth East Baton

7       Rouge, unless it's not needed and stays in

8       CorrectHealth East Baton Rouge.

9  Q.   And is it then the profit that goes up to

10      Triage Holding?

11  A.   If could be, yes.

12  Q.   It could be?

13  A.   It could -- it could stay in the -- it

14      could stay in the sub, subsidiary company,

15      which would be CorrectHealth East Baton

16      Rouge or it could be taken as profit into

17      Triage Holding.

18  Q.   Are a hundred percent of the dollars that

19      are moved from CorrectHealth East Baton

20      Rouge to Triage Holding profit dollars or

21      is money ever transferred to Triage LL --

22      Triage Holding for any other purpose from

23      CorrectHealth East Baton Rouge?

24  A.   It could be.

25  Q.   Has it ever been?

1    A.    I don't know the answer to that.

2    Q.    Well, what would it be if it were not

3          profit, and it were transferred to Triage

4          Holding?

5    A.    An unusual expense for example.

6    Q.    Like what?

7    A.    Something unusual that's not part of the

8          ordinary course of activity, and if I had

9          to guess, a piece of equipment or some

10         software we needed or some other unusual

11         expense.  I don't know the -- how to answer

12         that other than an unusual expense.  Most

13         of the common, usual, and ordinary budgeted

14         expenses are paid for through

15         CorrectHealth, LLC on behalf of

16         CorrectHealth East Baton Rouge.

17   Q.    Does CorrectHealth, LLC ever transfer money

18         up to Triage Holding?

19   A.    Yes.

20   Q.    And what dollars are transferred up from

21         CorrectHealth, LLC to Triage Holding?

22   A.    Profit and/or other expenses that Triage

23         would have.

24   Q.    Like what?

25   A.    Or CorrectHealth would have.

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 21 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 41 of 210

40

1    Q.    Like -- like what for those other expenses?
2          I understand profit.   What are the other
3          expenses we're talking about?
4    A.    Triage does have employees, and
5          CorrectHealth would pay the expenses of
6          some of those employees via our management
7          fee -- a management fee agreement.
8    Q.    Who are the employees of Triage Holding?
9    A.    It has about 15 or 20 or so employees of
10         Triage Holding.
11   Q.    Who are they?   What do they do?
12   A.    I am an employee of Triage Holding.   There
13         are corporate personnel that are employed
14         by Triage Holding that provide services for
15         all of CorrectHealth companies.
16   Q.    Is that the folks that are employed in
17         Buckhead?
18   A.    Some of them.
19   Q.    Who has control over moving funds or
20         authorizing the movement of funds from
21         CorrectHealth East Baton Rouge up to Triage
22         Holding?   Are you the one who makes that
23         decision?
24   A.    Can be.
25   Q.    So you have that authority?

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 22 of 27
Case 3:17-cv-00656-JWD-EWD     Document 297-8    03/23/21   Page 42 of 210

41

```
 1   A.    I do.
 2   Q.    Who else has that authority, if anybody?
 3   A.    Anybody in our Finance Department would
 4         have.
 5   Q.    Okay.  Who's -- who's that?  Who's employed
 6         in the Finance Department?
 7   A.    It could be someone in Treasury Services or
 8         accounting.
 9   Q.    How many individuals are we talking about?
10   A.    Maybe three.
11   Q.    What are their names and job titles?
12   A.    Sure.  Joseph Jumca.
13   Q.    Spell that last name for me.
14   A.    J-u-m-c-a; Aaron Minnifield, he's Director
15         of Operations and is over finance.  It
16         would be those two, and maybe one or the
17         other accountants, but they would do it in
18         concert with Joseph and myself and/or
19         Aaron.
20   Q.    Is it accurate to say that you are aware of
21         all of the transfers that have moved --
22         where money has moved from CorrectHealth
23         East Baton Rouge up to Triage Holding from
24         January 1 of 2017 to present?  You've been
25         aware of them as they've occurred?
```

1    A.    I would say yes.

2    Q.    What unusual expenses --

3    A.    Maybe not every specific transfer, but

4          certainly in summary.

5    Q.    What unusual expenses or non-profit

6          expenses or transfers have occurred from

7          CorrectHealth East Baton Rouge to Triage

8          Holding from January 1 of '17 to present?

9    A.    I'd have to -- I'd have to research it.  I

10         don't -- I don't have one off the top of my

11         head that comes up that would not be paid

12         for by CorrectHealth through our servicing

13         agreement between CorrectHealth and

14         CorrectHealth East Baton Rouge.  That --

15         that agreement accounts for the majority of

16         all the expenses that occur in

17         CorrectHealth East Baton Rouge in that --

18         in that agreement.

19   Q.    And what does that agreement between

20         CorrectHealth East Baton Rouge and

21         CorrectHealth, LLC, what is it -- is it

22         written?

23   A.    Yes.

24   Q.    What does it say?

25   A.    It is a servicing agreement that lists the

1          services that CorrectHealth, LLC will

2          provide on behalf of CorrectHealth East

3          Baton Rouge.

4     Q.   Such as?

5     A.   Such as employee payroll expenses,

6          accounting, HR services.

7     Q.   Does the money that's spent on supplies,

8          pharmaceuticals, other items such as that

9          that are used in East Baton Rouge Parish

10         Prison paid for by CorrectHealth, LLC?

11    A.   Yes.

12    Q.   Are there any expenses that are paid by

13         CorrectHealth East Baton Rouge, LLC on

14         behalf of the East Baton Rouge Parish

15         Prison that do not go through

16         CorrectHealth, LLC?

17    A.   It would be very unusual, but I would -- I

18         don't know if it's one hundred percent all

19         of them, but I would say close.

20    Q.   Can you think of any expense to run or to

21         provide medical services at the East Baton

22         Rouge Parish Prison that has been paid

23         directly by CorrectHealth East Baton Rouge

24         from January 1 of 2017, to present?

25    A.   Without looking in a check registry or --

1        I'd -- I'd have to research that.  I can't

2        think of one, but there could have been

3        one.

4   Q.   But as we sit here right now, you cannot

5        think of a single one?

6   A.   No.

7   Q.   Other than the 15 or so employees that we

8        were discussing, what are the expenses of

9        Triage Holding, Incorporated?

10  A.   Triage owns some software that would --

11       that is used in CorrectHealth.  Triage pays

12       the lease on that office.  So that would be

13       another example of an expense that Triage

14       has and owns.

15  Q.   Do you or any company affiliated with you

16       own the office space?

17  A.   No.

18  Q.   That's a totally separate third party?

19  A.   Yes, we lease -- we lease that -- we lease

20       that space.

21  Q.   From whom?

22  A.   Ooh, Lincoln Property something or other.

23       That's our landlord.

24  Q.   Does any member of your family or any close

25       associate of yours have any ownership

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 26 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 46 of 210

45

1       interest in Lincoln?

2   A.   No.

3   Q.   Okay.  So we've got employees, software,

4        rent that are paid by Triage Holding,

5        Incorporated, correct?

6   A.   Maybe some supplies, costs that Triage

7        would have.  Those are the big ones.

8   Q.   And if Triage has a profit at the end of

9        the year, it gets transferred over to the

10       Musso Triage 2016 Trust?

11  A.   It can.

12  Q.   You are one of the 15 employees of Triage

13       Holding, Incorporated?

14  A.   Yes.

15  Q.   So another thing that could happen to that

16       money would be that it would be paid to you

17       as an employee of Triage Holding,

18       Incorporated, that profit?

19  A.   No.

20  Q.   Do you draw a salary from Triage Holding,

21       Incorporated?

22  A.   I do.

23  Q.   Does the profit of Triage Holding,

24       Incorporated go anywhere else other than to

25       the Musso Triage 2016 Trust?

Case 4:22-cv-00067-WTM-CLR   Document 88-2   Filed 02/06/23   Page 27 of 27
Case 3:17-cv-00656-JWD-EWD   Document 297-8   03/23/21   Page 47 of 210

46

1   A.   No.

2   Q.   And you're the sole beneficiary of the

3        Musso 2016 Trust?

4   A.   Yes.

5   Q.   I'll ask this question broadly, and if your

6        attorney doesn't like the way that I've

7        asked it, he and I can wrestle around with

8        a better way to ask it.  I'm just going to

9        try to be a little bit broad here and

10       simply ask, is there anyone that owns,

11       ultimately owns any of these corporate

12       entities that we've talked about or share

13       any of these corporate entities we've

14       talked about other than Carlo Musso or do

15       you basically own all of these entities

16       that we've been talking about?

17            MR. KIRSCH:

18            And I'm going to object to form

19         because he has already testified about

20         the structure and which companies own

21         which.  I think -- from my perspective,

22         I think that would kind of

23         mischaracterize.

24            MR. CLAIBORNE:

25            I'm just trying to figure out if