UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSICA HODGES, et al.                )
                                      )
        Plaintiffs,                   )
                                      )        Case Number: 4:22-cv-00067-WTM-CLR
vs.                                   )
                                      )
CHATHAM COUNTY, GEORGIA, et al.       )
                                      )
        Defendants.                   )

# EXHIBIT 4

## <u>AFFIDAVIT OF KIMBERLY A. GRIFFIN</u>

1.  I am a paralegal at the Claiborne Firm.  I am over the age of 18 and am of sound mind and body.

2.  On September 17, 2020, I submitted an open records request to Sheriff John Wilcher.  That request was for the following:

> This request includes, but is not limited to, surveillance video and audio from any stake-outs, arrest warrants, body cameras worn by any and all officers involved, vehicle dashboard cameras of any and all officers involved, witness statements, 911 calls, arrest reports, supplemental reports, electronic documents, written documents, and the complete investigative file, handwritten notes, electronic notes, all documents, incident reports, final autopsy report, video and audio recordings accident reports, investigative reports, arrest records, interim autopsy coroner reports, case files, internal affairs records, initial incident reports, crime laboratory reports, criminal histories, medical records, chain of custody reports or logs, notes, letters, memos, jail documents, photographs, videotapes, audiotapes, summaries, telephone logs, electronic surveillance, and/or other materials (paper, electronic or otherwise) regarding any communications and/or investigations with or about Lee Michael Creely, including internal and external investigations.  I have enclosed an Authorization for Release of Health Information on behalf of Lee Michael Creely.

3.  Lawyers for the sheriff objected, noting that the matter was under criminal investigation.  After a number of emails and telephone calls with the sheriff's lawyers and their staff, on June 9, 2021, the sheriff's office responded with two (2) jump drives containing documents and video, including one document within one of the jump drives titled "Creely Final Review Autopsy Submitted 020821 highlighted" with the names of Dr. Kenneth A. Ray and Dr. Ronald M. Shansky on top of the first page and dated September 29, 2020.

4.  I attach the initial September 17, 2000 request, and the sheriff's June 9, 2021 response, and the fully redacted document with Dr. Ray and Dr. Shansky's name on the top of the first page to my affidavit as Exhibit 1.

1

5.  I am familiar with the open records process in Chatham County, Ga.  Over the years I have made dozens of requests to Chatham County and Sheriff Wilcher.  Each time it is the county attorney's office who responds to the request and, as in the instant case, provides the public records.

Pursuant to 28 U.S.C.A.  §  1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 6th day of February, 2023.

KIMBERLY A. GRIFFIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Case Number: 4:22-cv-00067-WTM-CLR |
| | ) | |
| CHATHAM COUNTY, GEORGIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 1

## Kim Griffin

| | |
|---|---|
| **From:** | Kim Griffin |
| **Sent:** | Thursday, September 17, 2020 3:15 PM |
| **To:** | 'John Wilcher (jtwilche@chathamcounty.org)' |
| **Cc:** | Sherri Oliver; Donna Myers; Jonathan Hart; Will Claiborne; David Utter; Scott Robichaux |
| **Subject:** | Open Records Request- Lee Michael Creely |
| **Attachments:** | Chatham County Sheriff Office.pdf; 20200917-Creely-OR to CCSO.pdf |

| **Tracking:** | Recipient | Delivery | Read |
|---|---|---|---|
| | 'John Wilcher (jtwilche@chathamcounty.org)' | | |
| | Sherri Oliver | | |
| | Donna Myers | | |
| | Jonathan Hart | | |
| | Will Claiborne | Delivered: 9/17/2020 3:15 PM | Read: 9/18/2020 10:44 AM |
| | David Utter | Delivered: 9/17/2020 3:15 PM | |
| | Scott Robichaux | Delivered: 9/17/2020 3:15 PM | |

Please see attached open records request and HIPPA Authorization.

Very truly yours,

**Kimberly A. Griffin**
**Paralegal to William R. Claiborne**
**David Utter, Scott C. Robichaux, and Casey Redwine**

**The Claiborne Firm, P.C.**
**410 East Bay Street**
**Savannah, Georgia 31401**
**Telephone: (912) 236-9559**
**Facsimile: (912) 236-1884**
**Cell Phone: (912) 695-4491**
**E-mail:** kim@claibornefirm.com

**Confidentiality Notice** - This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

**IRS Circular 230 Disclosure** - To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting.

## The Claiborne Firm, P.C.
*Attorneys at Law*
410 E. Bay Street
Savannah, Georgia 31401
www.claibornefirm.com

Telephone: 912.236.9559                                              Facsimile: 912.236.1884

William R. Claiborne                                    writer's email: kim@claibornefirm.com
David J. Utter (GA, FL & LA)
Scott C. Robichaux (GA)
Casey L. Redwine (GA & NY)

September 17, 2020

**Via Electronic Mail Only**
*jtwilcher@chathamcounty.org*

Sheriff John T. Wilcher
Chatham County Sheriff Office
1050 Carl Griffin Drive
Savannah, Georgia 31405

     *Re: Georgia Open Records Request*

Dear Sheriff Wilcher:

     Please allow this correspondence to serve as my request pursuant to the Georgia Open Records Act Request, (hereinafter "ORA") O.C.G.A. §50-18-70 et seq. I hereby request that, within three (3) business days, as required by the Act, you provide our office with copies of all documents, video and audio recordings related to any all investigations performed by the Chatham County Sheriff Office regarding the death of Lee Michael Creely (DOB: 05/07/1986) on or about September 6, 2020.

     This request includes, but is not limited to, surveillance video and audio from any stake-outs, arrest warrants, body cameras worn by any and all officers involved, vehicle dashboard cameras of any and all officers involved, witness statements, 911 calls, arrest reports, supplemental reports, electronic documents, written documents, and the complete investigative file, handwritten notes, electronic notes, all documents, incident reports, final autopsy report, video and audio recordings accident reports, investigative reports, arrest records, interim autopsy coroner reports, case files, internal affairs records, initial incident reports, crime laboratory reports, criminal histories, medical records, chain of custody reports or logs, notes, letters, memos, jail documents, photographs, videotapes, audiotapes, summaries, telephone logs, electronic surveillance, and/or other materials (paper, electronic or otherwise) regarding any communications and/or investigations with or about Lee Michael Creely, including internal and external investigations. I have enclosed an Authorization for Release of Health Information on behalf of Lee Michael Creely.

     If my request is denied in whole or in part, the law requires your agency to justify all redactions by reference to the exemptions in the Act, specifying code section, subsection and paragraph. O.C.G.A. § 50-18-71(d). The law requires you to release all other portions of a record that contains exempt material. O.C.G.A. § 50-18-72(b). Please provide a written description of

<u>**Via Electronic Mail Only**</u>
*jtwilcher@chathamcounty.org*
Sheriff John T. Wilcher
Chatham County Sheriff Office
1050 Carl Griffin Drive
Savannah, Georgia 31405
     ***Re: Georgia Open Records Request***
September 17, 2020
Page 2 of 2

---

such records, together with a timetable for their inspection and copying.  O.C.G.A. § 50-18-70 (f).

     The Georgia Open Records Act/Freedom of Information Act Request sets criminal and civil penalties for any person or entity failing to comply with the terms of the Act.  O.C.G.A. § 50-18-74.  I request within three business days you provide me or a representative with access to, or exact copies of, the requested public records – including records in electronic form – or, where no actual official record exists, a complete or accurate account of the information requested.  Please inform me prior to making these records available if costs are to exceed $25.00.

                    Sincerely,

                    THE CLAIBORNE FIRM, P.C.

                    */s/: Kimberly Griffin*
                    KIMBERLY A. GRIFIFN
                    *Paralegal for the firm*

KAG/slf
Cc:    File



# CHATHAM COUNTY ATTORNEY

**R. JONATHAN HART**
COUNTY ATTORNEY

**JENNIFER DAVENPORT**
ASSISTANT COUNTY ATTORNEY

124 BULL STREET
ROOM 230
SAVANNAH, GEORGIA 31401

PLEASE REPLY TO:
P.O. BOX 8161
SAVANNAH, GEORGIA 31412
T: 912-652-7881
F: 912-652-7887

June 9, 2021

David J. Utter, Esq
410 E. Bay Street
Savannah, GA 31401
anthonyminotti@ammrecovery.com

   Re: Open Records Request dated May 1, 2021

Dear Mr. Utter:

  Our office is in receipt of your Open Records Act request dated April 7, 2021 to Chatham County Sheriff's Department. Please consider this our initial response. In your request, you ask for copies of the following:

> **All documents, video, and audio recordings related to any and all investigations performed by the Chatham County Sheriff Office regarding the death of Lee Michael Creely (DOB: 05/07/1986) on or about September 6, 2020 to include:**

> **A.) surveillance video and audio from any stake-outs, arrest warrants, body cameras worn by any and all officers involved, vehicle dashboard cameras of any and all officers involved, witness statements, 911 calls, arrest reports, supplemental reports, electronic documents, written documents, and the complete investigative file, handwritten notes, electronic notes, all documents, incident reports, arrest records, interim autopsy coroner reports, case files, internal affairs records, initial incident reports, crime lab reports, criminal histories, medical records, chain of custody reports or logs, notes, letters, memos, jail documents, photographs, videotapes, audiotapes, summaries, telephone logs, electronic surveillance, and/or materials regarding any communications, and/or investigations with or about Lee Michael Creely including internal and external investigations.**

  Please see the enclosed set of jump drives in response to your request.

Mr. Utter
June 9, 2021
Page 2

Sincerely,

*/s/ Jennifer R. Davenport*

Jennifer Davenport
Assistant County Attorney

JD/lsg
Encl.

**Creely, Lee Michael**
**DIN: P1703141**
**DOB:** REDACT
**Chatham County Detention Facility**
**Death Chart Review Issues Identified**

Dr. Kenneth A. Ray, DBH MEd, Dr. Ronald M. Shansky, MD, MPH
09/29/20

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Plaintiff Creely- 000463

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Plaintiff Creely- 000464



Plaintiff Creely- 000465



Plaintiff Creely- 000466

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Plaintiff Creely- 000467

REDACTED

REDACTED

REDACTED

REDACTED

Plaintiff Creely- 000468

REDACTED

REDACTED

REDACTE
D

REDACTED

REDACTED

Plaintiff Creely- 000469



Plaintiff Creely- 000470



Plaintiff Creely- 000471



REDACTED

REDACTED

REDACTED

".  REDACTED

REDACTED



Plaintiff Creely- 000473

3. REDACTED

6. REDACTED

REDACTED

REDACTED

Page 12 of 13



/17

Plaintiff Creely- 000475

REDACTED



Template Rev. 2015-12-11

Plaintiff Creely- 000476





Plaintiff Creely- 000478



Template Rev. 2015-12-11

Plaintiff Creely- 000479



Plaintiff Creely- 000480