UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 4:22-cv-00067-WTM-CLR |
| vs. ) | |
| ) | |
| CHATHAM COUNTY, GEORGIA, et al. ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT 12



**Gary J. McGinty**
912.644.5748
gmcginty@bouhan.com

January 26, 2023

<u>Via Email</u>
Mr. David J. Utter
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, Georgia 31401
david@claibornefirm.com

Re: ***Jessica Hodges et al. v. Chatham County, Georgia et al.***
No. 4:22-cv-00067-WTM-CLR
United States District Court, Southern District

Dear David,

We are writing to let you know that, upon further review, and based upon the facts and circumstances specific to this particular case, we accept that Documents 1-6, 10, 13-14, and 16-18 (as listed on our November 16, 2022 Privilege Log, attached hereto) are not privileged. Those documents, which include the Mortality Review document that is the focus of your Motion to Compel, are attached. We have updated the Privilege Log (also attached), and will formally amend our responses to written discovery on this subject at a later date.

Please note that, in producing these non-privileged documents, our clients are not waiving any claims of privilege or work-product protection in this or any other action. *See* Fed. R. Evid. 502(a). In addition, we specifically reserve the right to challenge the admissibility and use of the documents we are now producing in discovery.

The remaining documents on the log (Documents 7-9, 11-12, and 15) do have information that is protected, so we have applied redactions and withheld accordingly. Please see the attached documents and the updated privilege log.

We believe that the Motion to Compel can now be withdrawn, and that further litigation on this discovery dispute is unnecessary. Please let us know if you agree, or if you would like to have a call to discuss this matter further. Thank you.

Sincerely,

Gary J. McGinty
For the Firm

Cc: Carlton E. Joyce, Esq.
Andrew H. Walcoff, Esq.

P.O. Box 2139 | Savannah, GA 31402-2139 | P 912.232.7000 F 912.233.0811 | bouhan.com

**CorrectHealth Privilege Log**                                                                 Nov. 16, 2022

| # | Document Description | Document Type | Author | Recipient | Date | Privilege Claimed |
|---|---|---|---|---|---|---|
| 1 | Communication from K. Forchette to Company's General Counsel re: J. Harned's statement about death of Lee Creely, for review and analysis by Company legal department | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/8/2020 | Attorney-Client Privilege |
| 2 | Communication from K. Forchette to Company's General Counsel re: Facility Mortality Review | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/8/2020 | Attorney-Client Privilege |
| 3 | Communication from K. Forchette to Company's General Counsel re: information concerning Lee Creely's death and J. Harned's handwritten statement | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/8/2020 | Attorney-Client Privilege |
| 4 | Statement from J. Harned about death of Lee Creely, prepared for review and analysis by Company legal department | Handwritten Statement | Jackie L. Harned | Company Legal Department | 9/8/2020 | Attorney-Client Privilege |
| 5 | Facility Mortality Review Form prepared in anticipation of litigation by Company healthcare providers at direction of Company's General Counsel | Handwritten Notes on Attorney-Drafted Form | Artyom Vlasenko, M.D. and Karen Forchette, RN at the direction of Stacy Scott, Esq. | Company Legal Department | 9/8/2020 | Attorney-Client Privilege; Attorney Work Product |
| 6 | Statement from J. Harned about death of Lee Creely, prepared for review and analysis by Company legal department | Typed Statement | Jackie L. Harned | Company Legal Department | 9/8/2020 | Attorney-Client Privilege |
| 7 | Communication from CorrectHealth Medical Provider to General Counsel re: death of Lee Creely, sent to obtain for legal advice from Company legal department | Email Correspondence | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |

| # | Description | Type | From | To | Date | Privilege |
|---|---|---|---|---|---|---|
| 8 | Communication from CorrectHealth General Counsel to Medical Provider re: death of Lee Creely and statement concerning the same | Email Correspondence | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | Anuj Goel, M.D. | 9/10/2020 | Attorney-Client Privilege; Attorney Work Product |
| 9 | Communication from CorrectHealth Medical Provider to General Counsel re: death of Lee Creely and statement concerning same, sent to obtain legal advice from Company legal department | Email Correspondence | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |
| 10 | Communication from K. Forchette to Company's General Counsel re: information concerning coroner's subpoena for medical records | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |
| 11 | Communication from CorrectHealth Medical Provider to General Counsel re: statement concerning death of Lee Creely, prepared for review and analysis by Company legal department | Email Correspondence | Anuj Goel, M.D. | Company Legal Department | 9/15/2020 | Attorney-Client Privilege |
| 12 | Statement from CorrectHealth Medical Provider re: death of Lee Creely, prepared at request of General Counsel | Typed Statement | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/15/2020 | Attorney-Client Privilege |
| 13 | Communication from Company's General Counsel to K. Forchette re: Lee Creely's medical records | Email Correspondence | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | Karen Forchette | 9/17/2020 | Attorney-Client Privilege |
| 14 | Communication from K. Forchette to Company's General Counsel re: Lee Creely's medical records | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/17/2020 | Attorney-Client Privilege |

| # | Description | Type | From | To | Date | Privilege |
|---|---|---|---|---|---|---|
| 15 | Quality Assurance/Morbidity & Mortality Review prepared in anticipation of litigation by Company's General Counsel, for use in internal investigation | Memorandum/Notes | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | N/A (internal documentation) | 9/17/2020 | Attorney-Client Privilege; Attorney Work Product |
| 16 | Communication from K. Forchette to Company's General Counsel re: J. Harned's supplemental statement | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/18/2020 | Attorney-Client Privilege |
| 17 | Statement from J. Harned about death of Lee Creely, prepared for review and analysis by Company legal department | Handwritten Statement | Jackie L. Harned | Company Legal Department | 9/18/2020 | Attorney-Client Privilege |
| 18 | Communication from K. Forchette to Company's General Counsel re: J. Harned's typed statement | Email Correspondence | Karen Forchette | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/23/2020 | Attorney-Client Privilege |

**CorrectHealth First Supplemental Privilege Log**                                          January 26, 2023

| # | Document Description | Document Type | Author | Recipient | Date | Privilege Claimed |
|---|---|---|---|---|---|---|
| 7 | Communication from CorrectHealth Medical Provider to General Counsel re: death of Lee Creely, sent to obtain for legal advice from Company legal department | Email Correspondence | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |
| 8 | Communication from CorrectHealth General Counsel to Medical Provider re: death of Lee Creely and statement concerning the same | Email Correspondence | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | Anuj Goel, M.D. | 9/10/2020 | Attorney-Client Privilege; Attorney Work Product |
| 9 | Communication from CorrectHealth Medical Provider to General Counsel re: death of Lee Creely and statement concerning same, sent to obtain legal advice from Company legal department | Email Correspondence | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/10/2020 | Attorney-Client Privilege |
| 11 | Communication from CorrectHealth Medical Provider to General Counsel re: statement concerning death of Lee Creely, prepared for review and analysis by Company legal department | Email Correspondence | Anuj Goel, M.D. | Company Legal Department | 9/15/2020 | Attorney-Client Privilege |
| 12 | Statement from CorrectHealth Medical Provider re: death of Lee Creely, prepared at request of General Counsel | Typed Statement | Anuj Goel, M.D. | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | 9/15/2020 | Attorney-Client Privilege |
| 15 | Redacted Quality Assurance/Morbidity & Mortality Review prepared in anticipation of litigation by Company's General Counsel, for use in internal investigation | Memorandum/Notes | Stacy Scott, Esq. (Chief Legal Officer/General Counsel for CorrectHealth) | N/A (internal documentation) | 9/17/2020 | Attorney-Client Privilege; Attorney Work Product |

| | |
|---|---|
| **From:** | Karen Forchette <karen.forchette@correcthealth.org> |
| **Sent:** | Tuesday, September 8, 2020 9:05 AM |
| **To:** | Stacy Scott |
| **Cc:** | Walter Smith; Susie Hatfield |
| **Subject:** | Lee Michael Creely |

Stacy,

Geneva will be sending you his chart this morning. Jackie Harned LPN was his Unit 2 nurse over the weekend. She will be writing a statement that I will get to you also.

Karen Forchette BSN, RN
Chatham County Sheriff's Office
CorrectHealth - Health Services Administrator
karen.forchette@correcthealth.org
912-652-7720 office
847-302-1619 cell
912-652-7739 fax

Doc 2

| | |
|---|---|
| **From:** | Karen Forchette <karen.forchette@correcthealth.org> |
| **Sent:** | Tuesday, September 8, 2020 1:33 PM |
| **To:** | Stacy Scott |
| **Subject:** | Creely |
| **Attachments:** | Scan_0001.pdf |

Here's the facility mortality review.

Karen Forchette BSN, RN
Chatham County Sheriff's Office
CorrectHealth - Health Services Administrator
karen.forchette@correcthealth.org
912-652-7720 office
847-302-1619 cell
912-652-7739 fax

| | |
|---|---|
| **From:** | Karen Forchette <karen.forchette@correcthealth.org> |
| **Sent:** | Tuesday, September 8, 2020 10:52 AM |
| **To:** | Stacy Scott |
| **Cc:** | Walter Smith; Susie Hatfield |
| **Subject:** | Creely |
| **Attachments:** | Creely.pdf |

From Jackie Harned LPN

Karen Forchette BSN, RN
Chatham County Sheriff's Office
CorrectHealth - Health Services Administrator
karen.forchette@correcthealth.org
912-652-7720 office
847-302-1619 cell
912-652-7739 fax

Doc 4

9-8-2020

To Whom it May Concern,

Inmate Lee Creely, Unit 2B, was medicated with Detox Protocol medication at approximately 0700 on Friday 9-4-2020. Inmate was alert and oriented. No complaints noted. At 1330 nurse passed pm medication in 2B. Officer notified nurse that Lee Creely had been discharged. Medications were returned to medication cart.

On the following days Saturday 9-5-2020 and Sunday 9-6-2020 nurse was never notified of anyone vomiting in 2B. No emergencies or signals at all from 2B. Nurse was never notified Mr. Creely did not discharge. Nurse was never notified of any issues in 2B

Jackie Harndeen
9-8-2020

Doc 5

# Facility Mortality Review

**Facility Name:** Chatham

**CORRECTHEALTH**

| Last Name: Creely | First Name: Lee |
|---|---|
| DOB: 5.7.86 | (M) F   (W) B  H  A  Other ___ |
| Date of Incarceration: 9.3.20 | Date of Death: 9.6.20 |

## CORRECTIONAL HISTORY

☐ Single Incarceration
☒ Multiple Incarceration

- Date of Intake: 9.3.20
- Date of History & Physical: NA
- Date of Last Medical Encounter: 9.5.20
- Last MH Encounter: 9.4.20

## LOCATION OF DEATH

**ON-SITE**
☐ General Population
☐ Isolation / Segregation
☐ Infirmary / SNU / Med Obs
☒ Other: Intake unit in 14 day quarantine

**OFF-SITE**
☐ Hospital > 24 hours
☐ Hospital < 24 hours
☐ In Transit
☐ Other: ___

## SUSPECTED CAUSE OF DEATH

☐ Chronic Illness
☐ Acute Illness
☒ Unknown
☐ Suicide
☐ Homicide

## PEER REVIEW ANALYSIS OF PREMORBID CARE

| | YES | NO |
|---|---|---|
| Could the medical response at the time of death be improved? | | (NO) |
| Was an earlier intervention possible? | (YES) | NO |
| Independent of the cause of death, is there any way to improve patient care? | (YES) | NO |

## RECOMMENDATIONS

The group discussed all of the care rendered to the above patient. Following this discussion, all items of concern, if any, were discussed and, if needed, a Corrective Action Plan was set forth. The Corrective Action Plan, if applicable, will be shared with on-site staff members via education / staff meeting and will be monitored by the Clinical Services Team.

| Completed by (MD / DO): Adrian Moreno, MD | Date: 9/8/2020 |
|---|---|
| Reviewed by (HSA / HSC / DON): Karen Torchette RN | Date: 9.8.20 |
| Provided to CH Counsel for Purposes of Legal Advice: Stacy Scott | Date: 9.8.20 |
| Received by CH Counsel: *DocuSigned by: Stacy Scott A027A71D1EBA448...* | Date: 9/9/2020 |

Mortality Review Rev. 200304

Doc 6

To Whom It May Concern,

Inmate Lee Creely was housed in Unit 2. On Friday, 9/4/2020 Mr Creely was medicated with Detox Medications at approximately 0700 and 1530. Inmate was alert and oriented. No complaints or distress noted. The following day Saturday, 9/5/2020 at med pass nurse was notified per Correctional Officer inmate Lee Creely had been discharged. Medications were returned back to the medication cart.

At no time throughout the weekend (Friday, Saturday or Sunday) was the nurse ever notified of any inmate vomiting on Unit 2. The nurse was never notified Mr. Lee Creely did not discharge.

Jackie L. Harned

*Jackie L. Harned*

9/8/2020

Doc 10

| | |
|---|---|
| **From:** | Karen Forchette <karen.forchette@correcthealth.org> |
| **Sent:** | Thursday, September 10, 2020 2:05 PM |
| **To:** | Stacy Scott |
| **Subject:** | Lee Creely |

Just an FYI. The coroner's office is faxing a subpoena for his medical records.

Karen Forchette BSN, RN
Chatham County Sheriff's Office
CorrectHealth - Health Services Administrator
karen.forchette@correcthealth.org
912-652-7720 office
847-302-1619 cell
912-652-7739 fax

1

| | |
|---|---|
| **From:** | Karen Forchette <karen.forchette@correcthealth.org> |
| **Sent:** | Thursday, September 17, 2020 3:24 PM |
| **To:** | Stacy Scott |
| **Subject:** | Re: Creely |
| **Attachments:** | Scan.pdf |

Karen Forchette BSN, RN
Chatham County Sheriff's Office
CorrectHealth - Health Services Administrator
karen.forchette@correcthealth.org
912-652-7720 office
847-302-1619 cell
912-652-7739 fax

---

**From:** Stacy Scott <stacy.scott@correcthealth.org>
**Sent:** Thursday, September 17, 2020 3:18 PM
**To:** Karen Forchette <karen.forchette@correcthealth.org>
**Subject:** Creely

Need MAR, please.

**Stacy M. Scott, Esq., Chief Legal Officer**
**CorrectHealth Companies**
Lenox Plaza · 3384 Peachtree Road, N.E. · Suite 700 · Atlanta, GA  30326
Main:  770.692.4750 ·  Direct:  770.692.4758  · Cell:  770.608.9315 ·  Legal Fax: 770.692.9379

CONFIDENTIALITY NOTICE:  This e-mail transmission including any attachments contain information and may be confidential and/or legally privileged. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply to the sender immediately and delete this e-mail and any attachments from your e-mail program (including your "Deleted Files" folder). Thank you.
HIPAA NOTICE:  The materials in this e-mail including any attachments are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply to the sender immediately and delete this e-mail and any attachments from your e-mail program (including your "Deleted Files" folder). Thank you.
ATTORNEY CLIENT CONFIDENTIALITY:  This e-mail communication, including any attached files ("Communication"), was sent by or on behalf of an attorney and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure.  This Communication is intended solely for the use of the individual or entity to which it is addressed.  If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, disseminating, forwarding, printing, or copying this Communication.  If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.

Doc 15



## QUALITY ASSURANCE / MORBIDITY & MORTALITY REVIEW

| | |
|---|---|
| Inmate Name: | Lee Michael Creely |
| DOB: | 05/07/86 (34 years old) |
| Facility: | Chatham |
| Date of Review: | 09/17/20 |
| Date of Event: | 09/03/20 – 09/06/20 (Incarceration) |
| | 09/06/20 (Death) |
| Reason for Review: | Death |
| Present: | See Sign-In Sheet for Provider Meeting (10/08/20) |
| Notes Taken By: | Stacy M. Scott, Esq., CLO |

Medical Summary



| DATE | EVENT | Page # |
|---|---|---|
| ██ | ████████ | █ |
| | ██████ | |
| | ████████ | |
| ██ | ███████ | █ |
| | ████████ | |
| | ██████ | |
| | ██████ | |
| | ████████ | |
| | ██████ | |
| | █ | |
| | ████████ | |
| | ████████ | |
| | █████ | |
| | ███████ | |
| | ████████ | |
| | ██ | |
| | █ | |
| | ████ | |
| | ███████ | |



| DATE | EVENT | Page # |
|---|---|---|
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ |



| DATE | EVENT | Page # |
|---|---|---|
| [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] |



QA Discussion by Group:
The group discussed all of the care rendered to the above patient. Following this discussion, all items of concern, if any, were discussed and, if needed, a Corrective Action Plan was set forth. The Corrective Action Plan, if applicable, will be shared with on-site staff members via education / staff meeting and will be monitored by the Clinical Services Team.

Doc 16

---

**From:** Karen Forchette <karen.forchette@correcthealth.org>
**Sent:** Friday, September 18, 2020 1:13 PM
**To:** Stacy Scott
**Subject:** statement
**Attachments:** Scan_0001.pdf

Karen Forchette BSN, RN
Chatham County Sheriff's Office
CorrectHealth - Health Services Administrator
karen.forchette@correcthealth.org
912-652-7720 office
847-302-1619 cell
912-652-7739 fax

Doc 17

9-18-2020

After review of statement on 9-8-2020 I realized Lee Creely was medicated on 9-4-2020 at approximately 0700 and approximately 1530 with Detox medication. It was 9-5-2020 that officer notified nurse that Mr. Creely had been discharged. Medication for 9-5-2020 was returned to medication Cart.
On Saturday and Sunday (9-5-2020 and 9-6-2020) nurse was never notified of any vomiting in 2B. Nurse was never notified that Mr. Creely was discharged.

Jackie Hand

Doc 18

| | |
|---|---|
| From: | Karen M. Forchette <kmforchette@chathamcounty.org> |
| Sent: | Wednesday, September 23, 2020 11:10 AM |
| To: | Stacy Scott |
| Subject: | statement from Jackie Harned |
| Attachments: | image002.png; Creely.pdf |



**Karen Forchette BSN, RN**
**Health Services Administrator**

Phone: 912-652-7720
Email:kmforchette@chathamcounty.org

1050 Carl Griffin Drive
Savannah, GA 31405
chathamsheriff.org

*Choose a career that matters*

1