UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, and ESTATE OF LEE MICHAEL CREELY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV422-067 |
| CHATHAM COUNTY, GEORGIA, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court held an informal discovery dispute conference with the parties on January 3, 2024.[1] Doc. 112 (Minute Entry). Having complied with the Court's conditions precedent to filing a discovery motion, Plaintiffs are authorized to file motions to compel related to the issues raised during the conference. Any such motions must be filed no later than February 2, 2024. Any Defendant wishing to respond must do so no later than March 4, 2024. Replies shall be governed by this Court's Local Rules. *See* S.D. Ga. L. Civ. R. 7.6. All deadlines in this case are **STAYED**

---

[1] Because the Court held the requested informal discovery dispute conference, the Clerk is **DIRECTED** to **TERMINATE** the motion pending at docket entry 108 as moot.

pending the Court's resolution of the forthcoming motions to compel. Within 14 days from the date of that disposition, the parties are **DIRECTED** to confer and submit a joint status report indicating what discovery has been done, what discovery remains outstanding, and a proposal for a schedule governing the remainder of these proceedings. If they are unable to reach an agreement on a proposed schedule, they may each submit their own proposed schedule along with the joint status report.

**SO ORDERED**, this 5th day of January, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA