UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSICA HODGES, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case Number: 4:22-cv-00067-RSB-CLR |
| vs. | ) | |
| | ) | |
| CHATHAM COUNTY, GEORGIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 26

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIA OLGA ZAVALA                    CIVIL DOCKET NO.
    Plaintiff                    3:17-CV-00656-JWD-EWD

VERSUS                          JUDGE: John W. deGravelles

CITY OF BATON ROUGE/PARISH      MAG: Erin Wilder-Doomes
EAST BATON ROUGE, ET AL
    Defendants


        (30)(b)(6) DEPOSITION OF CORRECTHEALTH

EAST BATON ROUGE, LLC and CORRECTHEALTH, through

it's designated representative, CARLO MUSSO,

M.D., and also CARLO MUSSO, M.D., individually,

in the above-entitled cause, pursuant to the

following stipulation, before Raynel E. Schule,

Certified Shorthand Reporter in and for the

State of Louisiana, at the Law Offices of

Messrs. Wanek, Kirsch, Davies, LLC, 1340 Poydras

Street, Suite 2000, New Orleans, Louisiana,

70112, commencing at 1:00 o'clock p.m., on

Monday, the 30th day of September, 2019.

```
1    Q.    Who was the other individual who was
2          working as a consultant but not a full-time
3          employee of Georgia Correctional Health
4          prior to the -- prior to October of 2000?
5    A.    A gentleman by the name of Bob Spann.
6    Q.    And where was Mr. Spann located?
7    A.    In Atlanta, and he worked at -- at Pinnacle
8          with -- with me.
9    Q.    Did he have any ownership interest in
10         Georgia Correctional Health?
11   A.    No.
12   Q.    Does he have any ownership interest in
13         CorrectHealth?
14   A.    No.
15   Q.    Do you have any professional association
16         with Mr. Spann anymore?
17   A.    No.
18   Q.    When did that professional association end?
19   A.    2004ish, maybe plus or minus one year.  I
20         don't know exactly but.
21   Q.    What was the corporate structure of Georgia
22         Correctional Health?
23   A.    It was a LLC.
24   Q.    Did you have a hundred-percent ownership in
25         Georgia Correctional Health?
```

```
 1   A.   Yes.
 2   Q.   Do you have a hundred-percent ownership in
 3        CorrectHealth?
 4   A.   Yes.
 5   Q.   Have you ever always had a hundred-percent
 6        ownership in CorrectHealth?
 7   A.   Yes.
 8   Q.   Did Georgia Correctional Health change its
 9        name to CorrectHealth or was a new
10        corporate entity formed somewhere along the
11        way?
12   A.   Changed its name.
13   Q.   When did that occur?
14   A.   Somewhere between 2003 and 2005 maybe.  I
15        don't know exactly when, but it was three
16        to four, maybe five years after we started
17        Georgia Correctional Health.
18   Q.   CorrectHealth is a Georgia corporation.  Is
19        that correct?
20   A.   Yes.
21   Q.   It's not incorporated in any other state?
22   A.   No.
23   Q.   What states is CorrectHealth licensed to do
24        business in?
25   A.   Georgia and Louisiana.
```

1   Q.   Has CorrectHealth done business in any

2        other states from October of 2000 to

3        present than Georgia and Louisiana?

4   A.   We briefly operated in Kentucky and

5        Tennessee.

6   Q.   When was that?

7   A.   I don't know when we started, but it would

8        have been around 2010 maybe through 2015.

9   Q.   Which of the two states, Kentucky or

10       Tennessee are we referring to now?

11  A.   Both of them.

12  Q.   Okay.  So let me just be very specific with

13       my question.  When was CorrectHealth doing

14       business in Kentucky?

15  A.   Around 2010 to 2000 maybe '16, '15, '16.

16  Q.   What about Tennessee?

17  A.   About the same, maybe through -- maybe

18       through '17.

19  Q.   Why does CorrectHealth no longer do

20       business in Kentucky?

21  A.   Our business in both of those states were

22       primarily very small jails, and it became a

23       challenge for us to be successful there

24       from a business perspective, and so the few

25       contracts we had there at various points in

1      renewal, we just chose to not renew and --

2      and exit those states.

3   Q.   What was challenging from a business

4      perspective about conducting or having

5      contracts in Kentucky and Tennessee?

6   A.   They were just too small to support enough

7      of our corporate -- the corporate and

8      company time to -- to manage them, and it

9      just wasn't -- and it wasn't worth our

10      while to continue them there.  There were

11      other companies that were providing

12      services to smaller jails, and we could

13      never develop enough economies of scale to

14      be successful.  So it was just a pure

15      business decision.

16   Q.   And when you say, "a pure business

17      decision," I mean, I take it to mean that

18      you weren't making enough money off of

19      those contracts to make it worth your while

20      to continue there, correct?

21   A.   Correct, we weren't supporting corporate

22      overhead so.

23   Q.   Were you actually losing money on those

24      contracts?

25   A.   I don't know.  They were not supporting the

1          corporate overhead.
2      Q.   What does it mean to be -- unpack that
3          phrase for me, "were not supporting the
4          corporate overhead."  What does that mean?
5      A.   That means, you know, just like this
6          office, you know, there's -- there's rent
7          and utilities to pay and salaries to pay
8          for, and each -- each facility needs to pay
9          its share of -- of that rent and salaries,
10         and we were not able to do that in those
11         two states, and so we exited the states.
12     Q.   So CorrectHealth is -- is headquartered in
13         Buckhead, correct?
14     A.   In Atlanta, yes.
15     Q.   Okay, but specifically in Buckhead, right?
16     A.   It is.
17     Q.   The 3300 block of Peachtree Street?
18     A.   Peachtree Road.
19     Q.   I had dinner at St. Cecelia's last night.
20         How far was I from corporate headquarters?
21     A.   Not far.  Pretty close.
22     Q.   And so you're saying that -- that each
23         facility is supposed to carry a certain
24         amount of the cost of the --
25     A.   Huh-huh.

```
 1   Q.   -- of the corporate headquarters there in
 2        Buckhead?
 3   A.   Huh-huh.
 4   Q.   Is that a yes?
 5   A.   Yes.
 6   Q.   And that these facilities in Kentucky and
 7        Tennessee just weren't pulling their
 8        weight?
 9   A.   That -- that's a fair statement.
10   Q.   And so you elected not to continue to hold
11        those contracts?
12   A.   That is correct.
13   Q.   How many people work at the corporate
14        headquarters in Buckhead?
15   A.   About 20, 20 to 25 maybe.
16   Q.   I want to get some sort of an idea from you
17        of the corporate structure.
18   A.   Sure.
19   Q.   Perhaps it's easiest to work from the top,
20        which I gather would be you --
21   A.   Yeah.
22   Q.   -- and then on down, correct?
23            MR. KIRSCH:
24                And -- and let's be clear because
25            we're doing a combined depo.
```

```
1              MR. CLAIBORNE:

2              Right.

3              MR. KIRSCH:

4              I'm assuming when you talk about

5         CorrectHealth EBR, you're going to say

6         EBR, because otherwise when you're

7         asking for corporate structure --

8              MR. CLAIBORNE:

9              Thank you.

10             MR. WANEK:

11             -- I don't want to get this mixed

12        up.

13             MR. CLAIBORNE:

14             Sure.

15             MR. KIRSCH:

16             Right now you've been talking to

17        him as an individual --

18             MR. CLAIBORNE:

19             Talking about --

20             MR. KIRSCH:

21             -- talking about CorrectHealth in

22        Georgia and things in that regard, and

23        so I want to make sure it's clear that

24        when we start going into the other

25        companies.  I'm not objecting a lot
```

```
 1          just because --
 2               MR. CLAIBORNE:
 3               No, I understand.
 4               MR. KIRSCH:
 5               -- you're doing the individual,
 6          and I appreciate you doing them both at
 7          the same time, but I think we're going
 8          to have be clear what corporate
 9          structure you're talking about, so on
10          and so forth.
11  BY MR. CLAIBORNE:
12  Q.   Well, why don't we start with CorrectHealth
13       EBR, and then we'll shift to CorrectHealth
14       generally.  When was CorrectHealth EBR, and
15       by that I mean CorrectHealth East Baton
16       Rouge, LLC --
17  A.   Huh-huh.
18  Q.   -- when was that entity formed?
19  A.   I think towards the end of 2016.  I don't
20       know exactly when, but the end of 2016,
21       possibly January of 2017, but it would have
22       been right around the beginning of our
23       services in Baton Rouge.
24  Q.   And why was that company created?
25  A.   For the purposes of providing services to
```

1      Baton Rouge.

2  Q.   Why couldn't that have just been done by

3      CorrectHealth?  Why was a new company

4      needed?

5  A.   That's the organizational structure, the

6      contracts that we sign in facilities are

7      operated in LLCs for that contract.

8  Q.   So CorrectHealth provides services also in,

9      say, Chatham County, Georgia, correct?

10  A.   Yes.

11  Q.   Is there a separate LLC that is called

12      CorrectHealth Chatham County, LLC or

13      something of the like?

14  A.   There is.

15  Q.   So for each and every contract that

16      CorrectHealth holds, a separate LLC is

17      created?  I want to just get an idea of how

18      this works.

19  A.   That is correct with few exceptions to

20      that.

21  Q.   Who owns CorrectHealth East Baton Rouge,

22      LLC?

23  A.   A corporation called Triage Holding.

24  Q.   All right.  Let me ask you this question,

25      is there any corporate entity underneath

1     CorrectHealth EBR or that's owned by

2     CorrectHealth EBR?

3  A.   No, there's not.

4  Q.   So if I start at CorrectHealth EBR and go

5     up, I'm not going to miss anything,

6     correct?

7  A.   No.

8  Q.   All right.  So CorrectHealth EBR, let's

9     call it CEBR, is owned by Triage?

10  A.   Yes.

11  Q.   And what's Triage's full name again?

12  A.   Triage Holding, Inc.  It's a S Corp.

13  Q.   And who owns Triage Holding, Inc.?

14  A.   I do.

15  Q.   So that's just straight over to Carlo

16     Musso?

17  A.   Well, there is a trust involved between --

18     I am the trustee and beneficiary of the

19     trust.

20  Q.   What's the name of the trust?

21  A.   You would ask me that.  Musso Triage 2016

22     Trust I think is the name.  I may be off a

23     little bit.

24  Q.   All right.  It sounds like it's something

25     close we can -- we can keep working through

```
 1        and if there's any clarification --
 2   A.   Yes.
 3   Q.   -- needed, I -- certainly your attorney --
 4   A.   I'm pretty sure that's -- that's the name
 5        of our trust.
 6   Q.   Okay, and you are both the beneficiary and
 7        the settlor of that trust?
 8   A.   I am the trust -- trustee and the
 9        beneficiary, yes.
10   Q.   You are the one who created the trust?
11   A.   I am.
12   Q.   Georgia trusts are funny like that.  You
13        can be the settlor and beneficiary of the
14        trust.  Is there any entity that owns Musso
15        Triage 2016 Trust?
16   A.   (Witness shakes head.)
17   Q.   No?
18   A.   No.  No.
19   Q.   How does CorrectHealth fit in if at all
20        with Musso Triage 2016 Trust?
21   A.   What do you mean CorrectHealth?
22   Q.   Well, where on this chart if I go from
23        CorrectHealth EBR up to Triage Holding, and
24        then Triage Holding goes over to Musso
25        Triage 2016 Trust, what is CorrectHealth
```

1      owned by or where -- where does it go on

2      this chart?

3    A.   CorrectHealth is a family of companies that

4      is -- that are all owned by Triage Holding.

5    Q.   So does CorrectHealth fit in between Triage

6      Holding and CorrectHealth EBR or is it just

7      a sister company to CorrectHealth EBR?

8    A.   CorrectHealth is a family of companies.

9      It's a group of companies.

10   Q.   Okay.  Well, I'll --

11   A.   All owned by Triage Holding.

12   Q.   All right.  Well, I just put CorrectHealth

13      over here, and now tell me all the names --

14   A.   There's no CorrectHealth Inc. if that's

15      what you're getting at.  So there's no --

16      Triage Holding would be the parent company

17      for all the CorrectHealth companies, and

18      each contract is held within a different

19      CorrectHealth company.

20   Q.   So CorrectHealth Chatham County would also

21      go directly underneath Triage Holding,

22      correct?

23   A.   That is correct, yes.

24   Q.   As would the other contracts that are held

25      -- that are held by CorrectHealth in

34

```
 1        different LLCs?
 2   A.   That is -- that is correct.
 3   Q.   Does CorrectHealth directly hold any
 4        contracts with any facilities?
 5   A.   It would be in a subsidiary -- it would be
 6        CorrectHealth -- it would be a subsidiary
 7        of Triage Holding.  It would CorrectHealth,
 8        and then typically the county, the name of
 9        the county following CorrectHealth is -- is
10        the conformity that we adopted.
11               MR. CLAIBORNE:
12               Okay.  Let's go off the record a
13            few seconds.
14               (Off the record.)
15   BY MR. CLAIBORNE:
16   Q.   Does Triage Holding, Incorporated own
17        CorrectHealth?
18   A.   CorrectHealth, LLC, is --
19   Q.   Yes.
20   A.   -- is that the question?
21   Q.   Yes.
22   A.   Yes.
23   Q.   And CorrectHealth --
24   A.   Triage Holdings is -- owns CorrectHealth,
25        LLC.
```

35

1   Q.    What are the assets of CorrectHealth, LLC?

2   A.    CorrectHealth LLC, oh, gosh, I'd have to --

3         I'd have to get a list of assets.

4         CorrectHealth, LLC has assets primarily in

5         our office in Atlanta.  That would be a

6         generalization.  The assets, like, the

7         furniture and computers and software and

8         assets in -- in our office in Atlanta are

9         contained in CorrectHealth, LLC.

10  Q.    Who is employed by CorrectHealth, LLC?

11  A.    Most of the employees in CorrectHealth that

12        work for all the CorrectHealth entities are

13        employed by CorrectHealth, LLC.

14  Q.    Is that the 20 to 25 people in Buckhead or

15        is it more than that that are employed by

16        CorrectHealth, LLC?

17  A.    More than that.

18  Q.    Who works for --

19  A.    Let me make it easy for you.

20        CorrectHealth, LCC contracts with

21        CorrectHealth East Baton Rouge to provide

22        the employees of -- to provide the

23        employees that work at the jail through a

24        servicing agreement, okay, or an employee

25        leasing agreement if you will, if you

```
 1        understand what I mean by that.
 2   Q.   So if there were 20 LPNs that were working
 3        at the Baton Rouge facility, they're
 4        actually employees of CorrectHealth, LLC?
 5   A.   That is correct.
 6   Q.   And then CorrectHealth EBR pays
 7        CorrectHealth, LLC for those employees?
 8   A.   That is correct.
 9   Q.   Does CorrectHealth East Baton Rouge employ
10        anyone?
11   A.   No.
12   Q.   So CorrectHealth East Baton Rouge takes in
13        money from the Parish of East Baton Rouge,
14        correct?
15   A.   Yes.
16   Q.   And then that money is used, some of it to
17        pay employees that are -- or to pay
18        CorrectHealth for employees that are
19        employed by CorrectHealth, LLC?
20   A.   Yes.
21   Q.   Okay.  So let's get it at from this
22        direction then.  The money that comes into
23        Correct -- CorrectHealth East Baton Rouge,
24        I want to know the different places that it
25        goes.  One of the streams of that money
```

```
 1          goes to CorrectHealth, LLC for employees,
 2          correct?
 3     A.   Huh-huh, that is, yes.
 4     Q.   Okay.  Where else does money go from
 5          CorrectHealth East Baton Rouge, LLC?
 6     A.   To Triage Holding.  There's only two places
 7          it can go, those two places.
 8     Q.   Well, it could go to a third-party vendor
 9          like a pharmacy to pay for the drugs or
10          something like that?
11     A.   It could, yes, but it does not.
12     Q.   So money goes to CorrectHealth, LLC and to
13          Triage Holding, and that's it out of
14          CorrectHealth East Baton Rouge, LLC?
15     A.   Most of the money gets swept up into
16          CorrectHealth to be used on behalf of East
17          -- CorrectHealth East Baton Rouge to
18          provide the services of the contract.
19     Q.   So how do we determine what money goes to
20          Triage versus what money goes to
21          CorrectHealth, LLC?
22     A.   Well, you've got to be more specific in
23          your question.  I don't -- I don't know
24          exactly what you're asking.
25     Q.   Well, how do you -- how do you determine
```

1      whether a dollar is going to be transferred

2      to CorrectHealth, LLC versus transferred to

3      Triage Holding?

4  A.   The money is -- is -- is -- is -- is swept

5      into CorrectHealth, LLC to be utilized for

6      the services in CorrectHealth East Baton

7      Rouge, unless it's not needed and stays in

8      CorrectHealth East Baton Rouge.

9  Q.   And is it then the profit that goes up to

10     Triage Holding?

11  A.   If could be, yes.

12  Q.   It could be?

13  A.   It could -- it could stay in the -- it

14     could stay in the sub, subsidiary company,

15     which would be CorrectHealth East Baton

16     Rouge or it could be taken as profit into

17     Triage Holding.

18  Q.   Are a hundred percent of the dollars that

19     are moved from CorrectHealth East Baton

20     Rouge to Triage Holding profit dollars or

21     is money ever transferred to Triage LL --

22     Triage Holding for any other purpose from

23     CorrectHealth East Baton Rouge?

24  A.   It could be.

25  Q.   Has it ever been?

```
 1   A.    I don't know the answer to that.
 2   Q.    Well, what would it be if it were not
 3         profit, and it were transferred to Triage
 4         Holding?
 5   A.    An unusual expense for example.
 6   Q.    Like what?
 7   A.    Something unusual that's not part of the
 8         ordinary course of activity, and if I had
 9         to guess, a piece of equipment or some
10         software we needed or some other unusual
11         expense.  I don't know the -- how to answer
12         that other than an unusual expense.  Most
13         of the common, usual, and ordinary budgeted
14         expenses are paid for through
15         CorrectHealth, LLC on behalf of
16         CorrectHealth East Baton Rouge.
17   Q.    Does CorrectHealth, LLC ever transfer money
18         up to Triage Holding?
19   A.    Yes.
20   Q.    And what dollars are transferred up from
21         CorrectHealth, LLC to Triage Holding?
22   A.    Profit and/or other expenses that Triage
23         would have.
24   Q.    Like what?
25   A.    Or CorrectHealth would have.
```

40

1 Q. Like -- like what for those other expenses?

2   I understand profit.  What are the other

3   expenses we're talking about?

4 A. Triage does have employees, and

5   CorrectHealth would pay the expenses of

6   some of those employees via our management

7   fee -- a management fee agreement.

8 Q. Who are the employees of Triage Holding?

9 A. It has about 15 or 20 or so employees of

10   Triage Holding.

11 Q. Who are they?  What do they do?

12 A. I am an employee of Triage Holding.  There

13   are corporate personnel that are employed

14   by Triage Holding that provide services for

15   all of CorrectHealth companies.

16 Q. Is that the folks that are employed in

17   Buckhead?

18 A. Some of them.

19 Q. Who has control over moving funds or

20   authorizing the movement of funds from

21   CorrectHealth East Baton Rouge up to Triage

22   Holding?  Are you the one who makes that

23   decision?

24 A. Can be.

25 Q. So you have that authority?

41

```
1    A.    I do.
2    Q.    Who else has that authority, if anybody?
3    A.    Anybody in our Finance Department would
4          have.
5    Q.    Okay.  Who's -- who's that?  Who's employed
6          in the Finance Department?
7    A.    It could be someone in Treasury Services or
8          accounting.
9    Q.    How many individuals are we talking about?
10   A.    Maybe three.
11   Q.    What are their names and job titles?
12   A.    Sure.  Joseph Jumca.
13   Q.    Spell that last name for me.
14   A.    J-u-m-c-a; Aaron Minnifield, he's Director
15         of Operations and is over finance.  It
16         would be those two, and maybe one or the
17         other accountants, but they would do it in
18         concert with Joseph and myself and/or
19         Aaron.
20   Q.    Is it accurate to say that you are aware of
21         all of the transfers that have moved --
22         where money has moved from CorrectHealth
23         East Baton Rouge up to Triage Holding from
24         January 1 of 2017 to present?  You've been
25         aware of them as they've occurred?
```

```
 1    A.    I would say yes.
 2    Q.    What unusual expenses --
 3    A.    Maybe not every specific transfer, but
 4          certainly in summary.
 5    Q.    What unusual expenses or non-profit
 6          expenses or transfers have occurred from
 7          CorrectHealth East Baton Rouge to Triage
 8          Holding from January 1 of '17 to present?
 9    A.    I'd have to -- I'd have to research it.  I
10          don't -- I don't have one off the top of my
11          head that comes up that would not be paid
12          for by CorrectHealth through our servicing
13          agreement between CorrectHealth and
14          CorrectHealth East Baton Rouge.  That --
15          that agreement accounts for the majority of
16          all the expenses that occur in
17          CorrectHealth East Baton Rouge in that --
18          in that agreement.
19    Q.    And what does that agreement between
20          CorrectHealth East Baton Rouge and
21          CorrectHealth, LLC, what is it -- is it
22          written?
23    A.    Yes.
24    Q.    What does it say?
25    A.    It is a servicing agreement that lists the
```

43

1       services that CorrectHealth, LLC will

2       provide on behalf of CorrectHealth East

3       Baton Rouge.

4   Q.    Such as?

5   A.    Such as employee payroll expenses,

6       accounting, HR services.

7   Q.    Does the money that's spent on supplies,

8       pharmaceuticals, other items such as that

9       that are used in East Baton Rouge Parish

10       Prison paid for by CorrectHealth, LLC?

11   A.    Yes.

12   Q.    Are there any expenses that are paid by

13       CorrectHealth East Baton Rouge, LLC on

14       behalf of the East Baton Rouge Parish

15       Prison that do not go through

16       CorrectHealth, LLC?

17   A.    It would be very unusual, but I would -- I

18       don't know if it's one hundred percent all

19       of them, but I would say close.

20   Q.    Can you think of any expense to run or to

21       provide medical services at the East Baton

22       Rouge Parish Prison that has been paid

23       directly by CorrectHealth East Baton Rouge

24       from January 1 of 2017, to present?

25   A.    Without looking in a check registry or --

44

```
 1         I'd -- I'd have to research that.  I can't
 2         think of one, but there could have been
 3         one.
 4    Q.   But as we sit here right now, you cannot
 5         think of a single one?
 6    A.   No.
 7    Q.   Other than the 15 or so employees that we
 8         were discussing, what are the expenses of
 9         Triage Holding, Incorporated?
10    A.   Triage owns some software that would --
11         that is used in CorrectHealth.  Triage pays
12         the lease on that office.  So that would be
13         another example of an expense that Triage
14         has and owns.
15    Q.   Do you or any company affiliated with you
16         own the office space?
17    A.   No.
18    Q.   That's a totally separate third party?
19    A.   Yes, we lease -- we lease that -- we lease
20         that space.
21    Q.   From whom?
22    A.   Ooh, Lincoln Property something or other.
23         That's our landlord.
24    Q.   Does any member of your family or any close
25         associate of yours have any ownership
```

45

```
 1         interest in Lincoln?
 2   A.    No.
 3   Q.    Okay.  So we've got employees, software,
 4         rent that are paid by Triage Holding,
 5         Incorporated, correct?
 6   A.    Maybe some supplies, costs that Triage
 7         would have.  Those are the big ones.
 8   Q.    And if Triage has a profit at the end of
 9         the year, it gets transferred over to the
10         Musso Triage 2016 Trust?
11   A.    It can.
12   Q.    You are one of the 15 employees of Triage
13         Holding, Incorporated?
14   A.    Yes.
15   Q.    So another thing that could happen to that
16         money would be that it would be paid to you
17         as an employee of Triage Holding,
18         Incorporated, that profit?
19   A.    No.
20   Q.    Do you draw a salary from Triage Holding,
21         Incorporated?
22   A.    I do.
23   Q.    Does the profit of Triage Holding,
24         Incorporated go anywhere else other than to
25         the Musso Triage 2016 Trust?
```

```
 1    A.    No.
 2    Q.    And you're the sole beneficiary of the
 3          Musso 2016 Trust?
 4    A.    Yes.
 5    Q.    I'll ask this question broadly, and if your
 6          attorney doesn't like the way that I've
 7          asked it, he and I can wrestle around with
 8          a better way to ask it.  I'm just going to
 9          try to be a little bit broad here and
10          simply ask, is there anyone that owns,
11          ultimately owns any of these corporate
12          entities that we've talked about or share
13          any of these corporate entities we've
14          talked about other than Carlo Musso or do
15          you basically own all of these entities
16          that we've been talking about?
17                MR. KIRSCH:
18                    And I'm going to object to form
19                because he has already testified about
20                the structure and which companies own
21                which.  I think -- from my perspective,
22                I think that would kind of
23                mischaracterize.
24                MR. CLAIBORNE:
25                    I'm just trying to figure out if
```

```
 1           it all traces back to him or if it's
 2           some other --
 3                MR. KIRSCH:
 4                I mean, you can ask him who owns
 5           the ultimate company at the end of the
 6           day, but he would -- it would be
 7           inaccurate to ask him if he just told
 8           you -- and I'm not trying to do
 9           speaking objection, but you asked my
10           input.
11                MR. CLAIBORNE:
12                I don't mind.
13                MR. KIRSCH:
14                If he -- if he has already told
15           you CHEBR is -- is owned by Triage,
16           then I don't think you can say that he
17           owns it.  You're asking him to
18           contradict his testimony.
19                MR. CLAIBORNE:
20                Well, I guess I'm asking
21           ultimately if it all traces back to him
22           as a sole owner of this family of
23           companies.
24                MR. KIRSCH:
25                So he can -- he can answer to the
```

1              best of his ability as to what he owns
2              a hundred percent, and then you can do
3              the tracing from there.
4     BY MR. CLAIBORNE:
5     Q.   Do you understand the question I'm asking
6          you?  Do you understand it?
7     A.   Yeah, I'm contemplating your answer, and
8          the answer is it's all owned by Triage, and
9          Triage is owned by a trust, and that's the
10         answer.
11    Q.   And we just clarified a second ago that
12         you're the sole beneficiary of that trust?
13    A.   I think that's -- that was my answer, yes.
14    Q.   And you're the only one who created that
15         trust?  There's nobody else who has put
16         anything into that trust other than you?
17    A.   I am the sole trustee and beneficiary of
18         that trust.
19    Q.   And is there anyone or any entity that has
20         contributed anything to the Musso 2000 --
21         Musso Triage 2016 Trust other than you?
22    A.   I don't know what you mean by,
23         "contributed."
24    Q.   Well, let's say you and your wife owned a
25         house, and you --

49

```
 1    A.    Huh-huh.
 2    Q.    -- and you -- and I see you have a wedding
 3          ring on, so I presume that you have a
 4          spouse?
 5    A.    I do.
 6    Q.    Okay.  So -- so let's just say
 7          hypothetically that the two of you-all,
 8          whoever your spouse is, you-all -- you-all
 9          own a house.  In theory, you could put that
10          house into a trust, so therefore you and
11          your wife as joint owners of the trust
12          would have both contributed something to
13          the trust.
14    A.    I don't know the answer to your question,
15          because I don't know the answer to that.
16    Q.    Okay.
17    A.    Other than -- and I'm being honest.  I
18          don't know the answer, and I don't want to
19          give you an answer that is factually
20          incorrect and all -- and all truth so --
21    Q.    As I understand it, we've got the Musso
22          Triage 2016 Trust, which a hundred percent
23          owns Triage Holding, Incorporated, correct?
24    A.    Yes.
25    Q.    And then underneath Triage Holding, we have
```

50

```
 1        CorrectHealth, LLC and then all of these
 2        other entities that have been created for
 3        the purpose of managing certain contracts,
 4        correct?
 5    A.   That is correct.
 6    Q.   Are there any other entities under Triage
 7        Holding that we have not covered as we're
 8        sitting here right now?
 9    A.   There's a real estate company in Triage.
10    Q.   All right.  What's the name of the real
11        estate company?
12    A.   Youmans Holding.
13    Q.   Spell that for me.
14    A.   Y-o-u-m-a-n-s Holding, LLC.
15    Q.   All right.  What other -- we'll set that
16        aside for just a second.  What other
17        entities are owned by Triage Holding?
18    A.   A company called Event Medical Services and
19        another company called Rainbow Medical
20        Associates.
21    Q.   What else?
22    A.   And all the other entities are
23        CorrectHealth-related entities.
24    Q.   What does Event Medical Services do?
25    A.   Event Medical Services provides first aid
```

```
 1        and health care consulting to the
 2        hospitality industry.
 3   Q.   Are there any incorporated entities
 4        underneath Event Medical Services?
 5   A.   No.
 6   Q.   Where does Event Medical Services do
 7        business?
 8   A.   It doesn't do business.  Well, that's not
 9        true.  It provides some consulting services
10        to the Super Bowl.
11   Q.   The Super Bowl wherever -- wherever it's
12        located?
13   A.   Yes.
14   Q.   What other entities does Event Medical
15        Services provide consulting to?
16   A.   That's all.
17   Q.   What does Rainbow Medical Associates do?
18   A.   Rainbow Medical Associates provides health
19        care services to children shelters.
20   Q.   Where?
21   A.   To the Rainbow House in Clayton County, and
22        it provides some forensic medical services,
23        but -- and most of those are forensic
24        children sexual assault examinations, for
25        example.  It takes care of children in
```

```
 1        child advocacy centers.
 2   Q.   Is all of that in Georgia?
 3   A.   Yes.
 4   Q.   Are there employees of Rainbow Medical
 5        Associates?
 6   A.   And -- and I think it dormant now or hasn't
 7        had any activity in it for the last two or
 8        three years.
 9   Q.   So there are no current employees of
10        Rainbow Medical Associates?
11   A.   No.
12   Q.   What about -- what about Event Medical
13        Services, are there any active employees?
14   A.   There's no active employees.
15   Q.   Who provides the consulting services?  Is
16        that you?
17   A.   No.  Others.
18   Q.   Who?
19   A.   John Ritter, who's -- he's a paramedic, and
20        two, three physicians that consult for the
21        Super Bowl.
22   Q.   Are there any corporate entities that are
23        underneath Rainbow Medical Associates?
24   A.   No.
25   Q.   Are there any corporate entities that are
```

1       underneath the real estate holding company,

2       Youmans Holding, LLC?

3   A.   No.

4   Q.   What does Youmans Holding, LLC do?

5   A.   It owns real estate.

6   Q.   Where?

7   A.   In Atlanta, and I think it owns a house in

8       Connecticut.

9   Q.   Does it own residential real estate,

10      commercial real estate?

11  A.   Residential.

12  Q.   How many houses in Georgia does Youmans

13      have?

14  A.   One.

15  Q.   Is that your personal residence?

16  A.   It is.

17  Q.   And the one in Connecticut, is that also

18      owned by you?  Well, I guess it's owned by

19      Youmans, but --

20  A.   Yes, it's owned by Youmans.

21  Q.   Okay.  Does anybody else use that house in

22      Connecticut other than you?

23  A.   It's leased, yes.

24  Q.   To whom is it leased?

25  A.   I don't know, but a family member.

```
 1   Q.    Does Triage Holding, Incorporated -- no,
 2         pardon me.  That's what we just covered,
 3         all the entities under Triage Holding,
 4         Incorporated.
 5   A.    Yes.
 6   Q.    The Musso Triage 2016 Trust, does it have
 7         any entities that it directly owns other
 8         than Triage Holding?
 9   A.    Yes.
10   Q.    What does it have?
11   A.    A company called Correct Life.
12   Q.    Okay.
13   A.    And a company called Solum, S-o-l-u-m,
14         Inc., both incorporated, both S Corps.
15   Q.    What does Correct Life, Incorporated do?
16   A.    Correct Life provides skilled nursing
17         services or -- or manages skilled nursing
18         facilities for medically fragile parolees
19         and other wards of the state.
20   Q.    Where does it do business?
21   A.    Milledgeville.
22   Q.    Anywhere else?
23   A.    Missouri.
24   Q.    Where in Missouri?
25   A.    Fulton, Missouri.
```

```
1    Q.   Is that a town or a county, Fulton?
2    A.   It is a town -- city.
3    Q.   Are there any employees of Correct Life,
4         Incorporated?
5    A.   No.
6    Q.   So who employs the nurses?
7    A.   A sub -- the -- you mean the staff members
8         of the nurse --
9    Q.   The people who provide the actual skilled
10        nursing in -- in Baldwin County, Georgia.
11   A.   It's a similar situation to CorrectHealth
12        in that there's a subsidiary and a manag --
13        a managing company. Very similar and
14        analogous to what we just discussed in
15        CorrectHealth.
16   Q.   All right.  So there's a company that's
17        underneath Correct Life, Incorporated?
18   A.   Yes.
19   Q.   And what's it called?
20   A.   It would be Correct Life in this case
21        Bostick, LLC.
22   Q.   And is that just one company Correct Life,
23        Bostick that -- that handles both the
24        Georgia and Missouri?
25   A.   No.  That would be Correct Life Missouri
```

1         and so forth.

2    Q.    How many companies are under Correct Life,

3         Incorporated?

4    A.    Those two currently, and then there's a

5         similar company called Correct Life, LLC,

6         which has employees that manage the Correct

7         Life subsidiaries.

8    Q.    Okay, and that Correct Life, LLC is

9         underneath Correct Life, Incorporated?

10   A.    Yes.

11   Q.    What does Solum Incorporated, do?

12   A.    Solum is a real estate company that is the

13        real estate component of the skilled

14        nursing facilities.

15   Q.    So does it actually own real estate in

16        Milledgeville, Georgia or Fulton, Missouri?

17   A.    It does.

18   Q.    Does it own real estate anywhere else?

19   A.    No.

20   Q.    How many pieces of property does Solum

21        Incorporated own?

22   A.    I think those two.

23              MR. CLAIBORNE:

24              Take a quick break.

25              MR. KIRSCH:

57

```
1              Huh-huh.
2              MR. CLAIBORNE:
3              We've been going about a hour.
4              THE WITNESS:
5              Let me correct that.  Sorry.  I
6         don't -- I don't want to forget.  Solum
7         does not own the property.  There's
8         companies underneath Solum that own the
9         property.
10   BY MR. CLAIBORNE:
11   Q.   What's the name of that company?
12   A.   Correct Life Missouri Holdings and Bostick
13        Holdings.  Those are the two companies that
14        actually own the property, and Solum runs
15        them.
16   Q.   Okay.
17   A.   All right.
18   Q.   Let's take a break.
19              (Break in proceedings.)
20   BY MR. CLAIBORNE:
21   Q.   I'm going to ask this question because
22        Triage Holding is the parent company for
23        these various companies such as
24        CorrectHealth East Baton Rouge and the
25        other contracts that are held to provide
```

58

```
 1        health care services to inmates or
 2        detainees.  How many contracts in how many
 3        different facilities does Triage Holding or
 4        a subsidiary company have where they
 5        provide health care to inmates either in
 6        jails or prisons?
 7   A.   Between 40 and 50.
 8   Q.   And those 40 or 50 locations are all within
 9        the states of Georgia or Louisiana as we
10        sit here right now?
11   A.   Yes.
12   Q.   How many are in Louisiana?
13   A.   Approximately ten.
14   Q.   And that means that they are approximately
15        30 to 40 in Georgia?
16   A.   Yes.
17   Q.   How many of those contracts are for
18        prisons, if any at all?  And I want to be
19        clear that although it is denominated the
20        East Baton Rouge Parish Prison, it is
21        actually functionally a jail.  So setting
22        that aside with the quirk of the name
23        there, do you -- are any of these 40 or 50
24        locations jails?
25   A.   The majority of them are jails.
```

```
 1    Q.   And how many are prisons?
 2    A.   We --
 3    Q.   If any?
 4    A.   We have one YDC.
 5    Q.   One youth detention center?
 6    A.   And -- yes, and six or eight county/parish
 7         prison facilities.
 8    Q.   And then the rest are jails?
 9    A.   Yes.
10    Q.   Is there any other type of entity other
11         than a youth detention center, a
12         county/parish prison, or a jail?
13    A.   There -- we -- we do have one that provides
14         limited services to the -- the prison in
15         Jackson, Georgia, the Georgia Diagnostic
16         and Classification Prison.  That's a
17         physician staffing contract only.
18    Q.   And what is that contract, the provision of
19         what type of service?
20    A.   Physician -- physician services only at
21         that prison.
22    Q.   At Jackson?
23    A.   Part time -- at Jackson, part-time
24         physician.
25    Q.   What does that physician do?
```

```
 1    A.    He's a staff physician there.
 2    Q.    Does he provide routine medical care there
 3          at the Jackson Diagnostic Center or does he
 4          also participate in any of the
 5          administration of capital punishment that
 6          occurs there?
 7    A.    He's a staff physician there.  That's all
 8          he does.
 9    Q.    So he does not participate in the
10          administration of capital punishment?
11    A.    Does not.
12    Q.    Have I missed any type of -- of entity that
13          is underneath Triage, any type of entity
14          where medical services are being provided?
15    A.    No.  I think you -- we've covered it all.
16    Q.    How many total inmates or detainees are
17          there amongst these 40 or 50 locations in
18          aggregate?
19              MR. KIRSCH:
20              Object to the form.  Calls for
21          speculation.
22              You can answer if you know.
23              THE WITNESS:
24              Well, as you know, that's a moving
25          target, but somewhere between 15,000
```

```
 1              and 25,000.
 2    BY MR. CLAIBORNE:
 3    Q.    So on an average daily population basis, it
 4          is somewhere in that 15 to $25,000 --
 5          25,000 number of individuals?
 6    A.    Yes.
 7    Q.    So far this year, how many of those
 8          individuals have died?
 9    A.    I can't answer that.
10    Q.    How many of those individuals died last
11          year?
12    A.    I don't have an answer specifically for
13          that.
14    Q.    How many detainees died at the East Baton
15          Rouge Parish Prison in the year 2017?
16    A.    Somewhere between five and ten if I recall
17          correctly.
18    Q.    What are their names?
19    A.    I don't know their names.
20    Q.    How many EBR deaths in 2018?
21    A.    I don't -- I don't know.  I don't have
22          those numbers in front of me.  I'd have to
23          look them up.
24    Q.    What about any of their names in 2018?
25    A.    I don't have that information as well.
```

```
1    Q.    Year to date 2019 EBR deaths?

2    A.    Same answer.

3    Q.    What about their names?

4    A.    I don't have their -- their names in front

5          of me.

6    Q.    Have you ever looked at any of the data

7          maintained by the Bureau of Justice

8          Statistics or any other similar government

9          entity as to the national averages or rates

10         for deaths of incarcerated individuals at

11         jails?

12   A.    I'm sure I've read information related to

13         that, but what's your -- I'm sure I've read

14         information either directly or indirectly

15         related to deaths in jails and prisons and

16         in corrections in general.

17   Q.    Okay.  Well, as we sit here right now, what

18         of that information that you may have read

19         do you recall?

20              MR. KIRSCH:

21              Objection.  Vague.

22              THE WITNESS:

23              I mean, come on, you've got to --

24         you've got to be more specific than

25         that.
```

```
 1    BY MR. CLAIBORNE:
 2    Q.   Do you know what the average per capita
 3         death rate was for individuals who are
 4         incarcerated in jails was for the year
 5         2017?
 6    A.   I don't know the exact number.  No, I don't
 7         know.
 8    Q.   Do you know that number for 2018?
 9    A.   I do not know that exact number, no.
10    Q.   Well, what vague number do you know?
11         You're saying you don't know an exact
12         number.
13    A.   I don't know that 2018 has even been
14         released yet, but I have -- I don't -- I
15         don't know the number.
16    Q.   What about 2017?
17    A.   I don't know the number.
18    Q.   What about 2016?
19    A.   I don't know the number, and I'm not going
20         to speculate.
21    Q.   Do you know whether or not the number of
22         deaths that occurred at the East Baton
23         Rouge Parish Prison in 2017 was above or
24         below the national average?
25              MS. ABADIE:
```

64

```
 1                    Object to form.
 2                    MR. KIRSCH:
 3                    You can answer if you know.
 4                    THE WITNESS:
 5                    I've -- I've read local media
 6              reports saying that it's higher -- that
 7              it was higher, but that's local media
 8              reports.  I haven't -- I don't have an
 9              opinion on that nor have I been able to
10              independently verify that.
11     BY MR. CLAIBORNE:
12     Q.    Has anybody who work or works for any of
13           these CorrectHealth entities, Triage any of
14           the corporations that we've been talking
15           about today analyzed that type of data?
16     A.    Analyzed what kind -- what -- what -- what
17           type of data you're talking about?
18     Q.    Whether or not the death rates at any of
19           the facilities where you provide services
20           are above or below the national average.
21           Do you track that data?
22     A.    We do track that data.
23     Q.    You track the data of the number of people
24           who died?
25     A.    That is correct.
```

```
1    Q.    Do you compare that data to any national
2          average?
3    A.    We -- we compare it internally to other
4          facilities.  We compare it -- you know, we
5          look at it carefully.  We scrutinize deaths
6          very carefully in our company.
7    Q.    When you say you compare it to other
8          facilities, you mean of the 40 or 50
9          facilities that you have, you might compare
10         --
11   A.    Yes.
12   Q.    -- the -- the death rate from one of those
13         facilities to another facility where you're
14         providing services?
15   A.    Yes.
16   Q.    Do you ever compare whether the death rates
17         at facilities that you provide services for
18         are above or below national averages?
19   A.    I'm sure I have -- I have in the past,
20         particularly at, you know, national
21         conferences where mortality is discussed in
22         -- in -- in our ongoing continuing medical
23         education that -- that meetings that I
24         attend, conferences that I attend, but most
25         of my time is spent in -- in -- in really
```

66

```
 1        understanding health and illnesses and --
 2        and -- and -- and -- and spending time
 3        educating ourselves and our staff and
 4        training our staff on what we can do to
 5        improve the health care of our inmates that
 6        we -- that are under our care.
 7   Q.   So as we sit here right now, do you know
 8        whether or not an individual is
 9        statistically more or less likely to die at
10        a CorrectHealth location as opposed to the
11        national average?
12   A.   Well, I know for a fact that many of our
13        facilities have a zero mortality rate, and
14        so in that regard, I think we exceed that.
15        Now, are we exceeding it in every one of
16        our facilities, I -- I don't know that for
17        a fact, but I think, you know, a mortality
18        rate of zero at the majority of our
19        facilities is probably exceeding the
20        national average.
21   Q.   Well, at East Baton Rouge Parish Prison,
22        have you had a year where you've had zero
23        fatalities since January 1 of 2017?
24   A.   No.
25   Q.   And just to be clear, is it your testimony
```

```
 1        that you have never compared the aggregate
 2        of the 40 or 50 locations that
 3        CorrectHealth provides services with the
 4        national average?
 5   A.   If I have, it hasn't been recently, and I'm
 6        sure I have over the last 20 years or so
 7        that I've been doing this.
 8   Q.   Well, when would that have been?
 9   A.   When that information was shared publicly
10        at one -- you know, either some reading
11        material or quite possibly at -- at one of
12        our national conferences or trade shows
13        that deal with correctional health care.
14   Q.   But that's not something that's done on a
15        regular basis at all, is it, doctor?
16   A.   Compare our data to -- I'm sorry.  What is
17        not done on a regular basis?
18   Q.   The death rate at CorrectHealth facilities
19        versus the national averages is not
20        regularly compared to the national average?
21   A.   No, it is not regularly compared.
22   Q.   And if that were done, it would be done by
23        you?
24   A.   It would be done by some the senior
25        management team within CorrectHealth.
```

SOUTHERN COURT REPORTERS, INC.
(504)488-1112

1    Q.    Okay.   Is there anyone that you pay to do

2          that?

3    A.    Specifically that function?

4    Q.    Yes.

5    A.    No.

6    Q.    Other than you, who would be someone who

7          might have done it, albeit irregularly?

8    A.    It could have been anyone on our team.

9    Q.    Give me the names.

10   A.    Any of -- of the staff that would -- that

11         -- that are on our senior management team

12         such as Susie Hatfield, Jean Llovet, Dr.

13         Walter Smith, people of our senior --

14         Yolanda James, Jane Lawrence, Deb Eason,

15         Deborah Eason, and there may be a few

16         others that might have on that -- on

17         occasion been privy to that information,

18         but in truth, what we're trying to do is

19         any time that there's a -- a -- you know,

20         there is an institutional mortality rate in

21         corrections just like they are in nursing

22         homes, hospitals, doctors' practices, and

23         so forth.   We're trying to always improve

24         that.   That's our goal.

25   Q.    How?

1   A.    Oh, my gosh, through developing and

2        improving our font of knowledge, our

3        expertise, hiring good people, training

4        them up, orienting them, by making our

5        company aware that -- what -- what are

6        national standards.  Our -- our key

7        management personnel, getting them

8        certified as correctional professionals by

9        a deep understanding of -- of -- of -- of

10       -- of national standards.  An example would

11       be mental health standards and -- and

12       taking that plunge into learning what the

13       2015 mental health standards for

14       corrections, what's in that brown book,

15       that brown book of accreditation.  That's

16       where we spend our time and our energy

17       focused in on -- on learning that level of

18       care.

19   Q.    Do you know whether or not the mortality

20       rate at East Baton Rouge Parish Prison went

21       up or down in the two and a half years

22       since CorrectHealth has taken over the

23       contract there?

24   A.    I believe it has gone down.

25   Q.    Why do you believe that?

70

```
 1   A.    It just -- I think the mortality has gone
 2         down.
 3   Q.    Do you know how many people died in the
 4         year 2016 before you-all took over?
 5   A.    You didn't -- that's three and a half years
 6         ago.  Your question was in the last two and
 7         a half years.
 8   Q.    Correct.  All right.  So we've already
 9         established you don't know how many people
10         died in those two and a half years since
11         you-all took over, because that was what I
12         just asked you about 2017 where you said
13         five to ten, '18 where you said you didn't
14         know, and '19 where you said you didn't
15         know, right?
16   A.    I don't have the exact number.
17   Q.    Okay.  So we've covered those two and a
18         half years?
19   A.    But generally I think it has gone down.
20   Q.    Right.  So I want to go back to what
21         knowledge.  You believe it has gone down,
22         and you took over January 1 of 2017.  I
23         want to know how many people do you think
24         died there in 2016?
25   A.    I don't have that information.
```

SOUTHERN COURT REPORTERS, INC.
(504)488-1112

1    Q.    2015?

2    A.    I don't have that information.

3    Q.    2014?

4    A.    Nope.

5    Q.    So as we sit here right now, the 16 people

6          that have died from January 1 of 2017 to

7          present that I know about, you believe that

8          that is actually a lower death rate than

9          the previous -- than the two and a half

10         years before you-all took over?

11               MR. SCHILLAGE:

12               Object to the form.

13               MR. KIRSCH:

14               I join.

15               You can answer that.

16               THE WITNESS:

17               I -- I don't know what happened

18          before we started.  I don't have that

19          information.

20   BY MR. CLAIBORNE:

21   Q.    Well, I mean, is that anything that you

22         investigated or looked into before you took

23         over the contract?  Would that be data that

24         would be interesting to have before you

25         started providing services somewhere?

72

```
 1    A.    It would be interesting.

 2    Q.    Well, did you get it?

 3    A.    I have not.

 4    Q.    What data did you have about the East Baton

 5          Rouge Parish Prison and the health outcomes

 6          that were occurring there before you-all

 7          took over the contract?

 8    A.    The information that I had had to do with

 9          operations and how health care was being

10          delivered.  The statistics that I reviewed

11          were -- first of all, I don't recall three

12          plus years ago what statistics I looked at,

13          but I was -- there was some health care

14          statistics that were shared with me.  I

15          just don't recall what they were.

16    Q.    Who shared them with you?

17    A.    It was someone at the -- it would probably

18          have gone through Marsha Hanlon in all

19          likelihood prior to us starting to provide

20          the services there, and I don't recall what

21          statistics we looked at, but there were

22          definitely some -- there were payroll

23          statistics; there were contracts; there was

24          statistics of how many inmates were at the

25          facilities over time.  There was statistics
```

```
 1        on case load if I recall correctly.
 2   Q.   What do you mean by, "case load" when you
 3        say "case load"?
 4   A.   Like, how many patients the doctor was
 5        seeing, that -- that sort of thing.
 6   Q.   And from whom did you get that information?
 7   A.   From Marsha.
 8   Q.   And from whom did she get that information?
 9   A.   You'd have to ask Marsha that.
10   Q.   Marsha works for you, though, correct?
11   A.   No.  She was the -- she was employed -- she
12        was the chief -- she was the Director of
13        Finance.
14   Q.   Okay.
15   A.   There was some -- you know, what she shared
16        with me she -- is the statistical reports
17        that she had at the time, and I don't
18        recall.  There may have been mortality on
19        there.  I don't -- I don't recall.
20   Q.   How did you communicate --
21   A.   I remem -- I remember them being fairly
22        rudimentary and -- and -- and what I mean
23        by that, there was not a lot of data that
24        was -- that she shared with me.  It might
25        have been collected, but she didn't share
```

74

```
 1           with me, maybe because she didn't have it,
 2           but it -- it did give me a scope of the
 3           volume of activity that was going on there.
 4    Q.     And how did you communicate with her?
 5    A.     I met with her.
 6    Q.     Did she give you written copies of this
 7           information?
 8    A.     She did.
 9    Q.     Did she email it to you as well or she just
10           handed you written information?
11    A.     Some of the information -- I would say the
12           majority of the information I -- I just
13           inspected.  Some of it was budgetary in
14           nature.  Some of it was actual financial
15           data, some of the statistical reports that
16           -- that -- that she had.  Most of it was
17           financial in nature, but some of them had
18           to deal with -- with volume, with numbers
19           with inmates and so forth, and those she
20           shared with me at meetings.  She may have
21           given me a copy of them or -- or not.  I'm
22           not sure.  I did take notes in -- in -- in
23           preparing that contract that we eventually
24           executed.
25    Q.     And literally physically where did those
```

1    notes go?  Did you have a yellow or manila

2    folder for Baton Rouge in your office?

3    A.   I probably did.  I have some handwritten

4    notes in all likelihood.

5    Q.   What's the first time that you became aware

6    that there might be an opportunity to

7    provide medical services at the East Baton

8    Rouge Parish Prison?

9    A.   I became aware of or I -- I -- I had the

10   opportunity of being contacted by East

11   Baton Rouge by staff members inside the --

12   that were -- that were working inside the

13   facility, by Marsha Hanlon herself for

14   several years before we started, just

15   inquiring -- just inquiring as to how we

16   did things at some of our other facilities,

17   and just specific, just -- just general

18   questions about, you know, how are you

19   doing this; how are you getting your drugs;

20   how you're doing your -- you know, do you

21   have a pharmacy, for example, or pharmacist

22   on staff, just general questions which led

23   to, you know, more operational-line

24   discussions.

25   Q.   Who -- who's the first person affiliated

1       with East Baton Rouge Parish Prison or the
2       City of Baton Rouge that you spoke with?
3    A.    I don't remember that.  I know Marsha was
4       very early on.  It was many years ago,
5       several years before we actually started
6       working there.
7    Q.    2014?  When?
8    A.    I would say more than one year, less than,
9       say, four, five years, somewhere up in that
10       time.
11   Q.    Okay.
12   A.    I don't know.
13   Q.    And what was the original purpose that Ms.
14       Hanlon called you?  I assume that she
15       called.
16   A.    Well, I don't know if she called us or we
17       called them, but there was some discussion
18       going back and forth, and I may have
19       reached out to her.  She may have reached
20       out to me.
21   Q.    What was the original cause of that
22       communication to start?
23   A.    I don't recall, honestly I don't, and I
24       believe it had something to do -- I
25       remember pharmacy being one issue that

```
 1        there was some outreach to us on, and there
 2        was another issue, you know, how did you do
 3        -- and this is common in our industry, you
 4        know, how do you solve this problem, how do
 5        you solve this problem, and that's just any
 6        area of health care, and that outreach,
 7        that operational outreach led to in all
 8        likelihood a phone call from me inquiring,
 9        you know, you know, would the City
10        entertain, you know, privatizing their --
11        their health services.
12   Q.   And when did you first make that offer and
13        to whom did you make it?
14   A.   Marsha was there.  I don't know who else
15        was in the meeting.  I remember she being
16        the one common denominator in almost all of
17        our meetings in -- in Baton Rouge prior to.
18        When did it occur?  I'm not sure.
19   Q.   And this was an actual face-to-face
20        meeting?
21   A.   Huh-huh.
22   Q.   Is that a yes?
23   A.   Yes.
24   Q.   That occurred in the City of Baton Rouge or
25        near there?
```

```
 1    A.    Yes.
 2    Q.    And you travelled to Baton Rouge for the
 3          purpose of that meeting?
 4    A.    Yes.
 5    Q.    Who else came with you?
 6    A.    I don't know that anybody came with me on
 7          that first meeting.
 8    Q.    Who all -- who all was in the meeting?
 9    A.    Like I said, it was so long ago, there
10          could have been -- no, I don't know want to
11          speculate.  I don't know.  There could have
12          been somebody working with me or not.  I
13          don't know.  Could have been one of my
14          managers that were working with me.  Could
15          have been Miss -- Susie; could have been
16          Jean; could have been John.  It could have
17          been a lot of -- a lot of folks.
18    Q.    Was this before or after HMA or Health
19          Management Associates had come through and
20          done an audit of the East Baton Rouge
21          Parish Prison and the medical services that
22          were being provided there?
23    A.    Well, the first meeting was -- would have
24          been a few years before we started.  So I
25          think that would probably predate that
```

```
 1        activity, but I don't know the exact
 2        timeline.  I don't know the exact -- HMA's
 3        timeline, though.  It would have been maybe
 4        two or three years before that that we
 5        started.  So I don't know what their
 6        timeline is, but that's -- that's -- I
 7        believe, which would have been what, five
 8        to six, seven years ago --
 9   Q.   Well, the audit --
10   A.   -- I think.
11   Q.   -- that I'm referring to that HMA came
12        through and did was in February of 2016.
13        I'm not referring to the BRAF report that
14        had occurred a little bit before that.  So
15        what you're saying is that you believe you
16        started -- you were having these
17        conversations a couple of, two or three
18        years before February of 2016.  Does that
19        sound right to you?
20   A.   Yep, sounds right, yes.
21   Q.   All right, and other than Ms. Hanlon, who
22        else do you recall speaking with who was
23        affiliated with either the East Baton Rouge
24        Parish Prison or the City of Baton Rouge
25        prior to -- let's say, prior to February of
```

```
 1        2016?
 2   A.   Prior to February of 2016?
 3   Q.   Prior to the HMA audit.
 4   A.   I may have -- I toured the facility once.
 5   Q.   And I want to know what date that was and
 6        who was with you.
 7   A.   I have no idea, but it was associated -- it
 8        was in that meeting that I went, hey, I can
 9        I go look at -- can I tour the prison, and,
10        of course, it was yes, and I probably went
11        there and maybe met the Warden and got in
12        -- got a tour of the medical department.
13   Q.   Was that the first time you ever actually
14        physically set foot in the East Baton Rouge
15        Parish Prison?
16   A.   Yes, yes, it was several years ago.
17   Q.   You never saw it while you were a student
18        at LSU?
19   A.   No, did not.
20   Q.   I'm sorry.
21   A.   Didn't know where it was.
22   Q.   What was your impression of the facility
23        when you first toured it?
24   A.   You know, a typical jail in Louisiana was
25        my impression.
```

```
 1   Q.    Why do you say "a typical jail in
 2         Louisiana" as opposed to a typical jail?
 3   A.    I don't -- well, all I can say is a typical
 4         jail.  No -- no reason to be in Louisiana
 5         other than the fact that that's where I'm
 6         doing -- I have -- we have cluster of
 7         facilities that we manage here.  You know,
 8         there are certain architectural elements
 9         that are kind of regional in -- in -- in a
10         way.
11   Q.    Such as?
12   A.    Nomenclature is kind of regional such as a
13         parish not a county; such as a warden and
14         not a jail administrator; such as the
15         physical layout of a certain clinic area,
16         such as intake, those things.  When you --
17         when you're walking through many of these
18         facilities, you -- you recognize certain
19         things.
20   Q.    Did the facility strike you as being old?
21   A.    Yeah.  It is.
22   Q.    Rundown -- rundown?
23               MR. SCHILLAGE:
24               Object to the form.
25               THE WITNESS:
```

```
1              I don't know if I would say
2          rundown.  What does that mean?
3  BY MR. CLAIBORNE:
4  Q.   Well, what would you say?
5  A.   I would say old.
6  Q.   Do you believe that the Parish of East
7       Baton Rouge needs a new physical facility
8       for the jail?
9              MR. SCHILLAGE:
10             Object to the form.
11             MR. KIRSCH:
12             I join.
13             You can answer.
14             THE WITNESS:
15             I can tell you this, I would love
16         to work in a brand new, shiny,
17         sparkling facility that's spacious and
18         -- and newly constructed, but I would
19         -- I can say that about the majority of
20         the places we work.
21  BY MR. CLAIBORNE:
22  Q.   Are there any elements about the layout or
23       design or age of the East Baton Rouge
24       Parish Prison that you believe impact your
25       ability to provide patient care there?
```

```
1    A.    On the contrary.  I think the physical
2          plant being smaller and more intimate
3          allows for certain efficiencies,
4          specifically the fact the close proximity
5          of intake and the medical department
6          literally being almost, like, across the
7          hall is -- is an advantage to -- for Baton
8          Rouge, because it allows --  it allows that
9          -- that intimacy and -- or that closeness
10         of intake and medical, allows for some
11         efficiencies in staffing, particularly in
12         -- in help when you need some help, like,
13         intake needs help, it's -- it's not, you
14         know -- you know, a five-minute walk to get
15         there.  That is an advantage.  The
16         disadvantage in the design and layout is
17         just the -- the numerous different
18         buildings on the campus and having to -- to
19         go to many locations to -- to -- to -- to
20         -- to reach the -- the inmates from a
21         nursing perspective.  That's just a -- can
22         be a logistical challenge particularly when
23         you're going outdoors from one building to
24         another building in inclimate weather, for
25         example.  Those -- those are some of the
```

```
 1          challenges we face, but the flip side of
 2          that is it's common in our industry.
 3     Q.   How many times have you personally been to
 4          the East Baton Rouge Parish Prison?
 5     A.   Somewhere between 25 and 50 times.
 6     Q.   How many times have you walked up and down
 7          the M or N Lines?
 8     A.   Three to five, six, seven times maybe.   I
 9          get those two confused, though.
10     Q.   Well, I was talking about either the M or
11          the N Lines.
12     A.   Okay.
13     Q.   Do you confuse those lines with any other
14          part of the East Baton Rouge Parish Prison?
15     A.   No.   I think I know what you're talking
16          about, yeah, huh-huh.
17     Q.   What was your impression of the M or N
18          Lines the first time you walked down them?
19     A.   It's an old jail by design.
20     Q.   Was it loud?
21     A.   No.
22     Q.   Smell bad?
23     A.   Little bit.
24     Q.   Inmates throwing feces?
25     A.   Nope.
```

1   Q.    Shouting?

2   A.    On occasion.

3   Q.    Is there anything about the design or

4         layout out of M or N Lines that you believe

5         impacts the ability to provide patient

6         care?

7   A.    I think we can provide patient care given

8         most architectural layouts of -- of -- of

9         facilities.  In fact, I don't -- I've

10        encountered only once where we actually

11        couldn't provide patient care because of a

12        logistical problem, but that wasn't in

13        Baton Rouge.

14  Q.    Would you agree with me that some layouts

15        are better than others for the purpose of

16        providing patient care?

17  A.    I think certain layouts make it easier to

18        provide patient care.

19  Q.    Do the M and N Lines fall under that easier

20        category?

21  A.    They're not -- it's not difficult.  You

22        just got to walk up and down the corridor

23        to provide that care, and that's common in

24        our industry.

25  Q.    Do you believe that the cells on the M and

```
 1        N Lines have suicide risks by virtue of
 2        their design?
 3              MR. SCHILLAGE:
 4              Object to the form.
 5              MR. KIRSCH:
 6              I join.
 7              THE WITNESS:
 8              I -- I don't have an opinion on
 9        that, because I didn't inspect them.  I
10        don't -- and I don't recall them that
11        closely, but off the top of my head,
12        no.
13   BY MR. CLAIBORNE:
14   Q.   Have you ever had a conversation with
15        anyone about the M and N Lines being
16        suicide risks by virtue of the design of
17        the cells or the layout of the halls?
18   A.   I don't recall having that specific
19        conversation about that, but I know those
20        conversations have taken place.
21   Q.   Amongst the --
22   A.   Not by me.  My staff I'm sure.
23   Q.   Like who?
24   A.   For example, I know there was a
25        conversation brought up with our mental
```

87

```
 1        health team, not necessarily from an
 2        architectural perspective, but about
 3        suicidality in general in those units.
 4   Q.   And who would have been part of that
 5        conversation?  When you refer to "our
 6        mental health team," i want to get some
 7        names or job titles.
 8   A.   It would have been Courtney Eichelberger is
 9        her last name I believe.  It would have
10        been Kathy Schley.  I'm sure there would
11        have been some involvement with Dr.
12        Blanche.  Most recently Donna Alway
13        (phonetic) had a -- some conversation about
14        it.  She was a LCSW working for us.  Those
15        -- those folks.
16   Q.   And when would those conversations have
17        occurred?
18   A.   It could have occurred any time in the last
19        two and a half years that we've been
20        providing care there.  I remember -- I
21        recall sitting in on a meeting discussing
22        policy and procedure, you know, jail policy
23        and procedure, and where that issue came
24        up, and it was discussed.
25   Q.   Who was part of that meeting?
```

1    A.    The warden and the -- the same.  Courtney

2          was involved in that meeting.

3    Q.    Was that at the actual facility?

4    A.    Yes.

5    Q.    When was that?

6    A.    Oh, I want to say maybe the beginning of

7          '18, the beginning, right around I want to

8          say maybe a year or so after we had been

9          there possibly.  I don't know the exact

10         date, but generally speaking, it wasn't

11         early on, and it wasn't recently.  So if I

12         had to guess sometime in '18.

13   Q.    Let's jump back to where we were --

14   A.    Huh-huh.

15   Q.    -- which was talking about the lead up

16         before you actually got the contract --

17   A.    Huh-huh.

18   Q.    -- at East Baton Rouge.

19   A.    Sure.

20   Q.    And we got on this line because you said

21         you had gone on a tour of that facility?

22   A.    Yes, yes.

23   Q.    So how did these conversations develop to

24         where you ultimately submitted a proposal

25         to the City of Baton Rouge to provide

```
 1         medical and mental health care services at
 2         the East Baton Rouge Parish Prison?
 3    A.    The first time I visited, my -- my take-
 4         home message from that -- from that meeting
 5         and that tour early on that occurred a few
 6         years before we started was that they were
 7         looking for ideas, but they weren't ready
 8         to consider bringing in a private company
 9         to -- to run -- to manage the facility, but
10         they were looking for ideas, and so it was
11         really more of a sharing -- sharing of
12         ideas, but there was a lot of interest on
13         my -- on my behalf of providing the service
14         there because that's what I do, and that's
15         -- that's right in -- in our backyard so to
16         speak, right.
17    Q.    Did you feel like you could provide better
18         services than were being provided?
19    A.    I feel that way about what we do in general
20         in most places.
21    Q.    So is the answer to my question yes?
22    A.    I believe that we're one of the best
23         correctional health care providers out
24         there.  So by default, the answer is yes.
25    Q.    I was asking specifically as to this
```

1      facility, do you feel as though from what
2      you had observed that you thought your
3      company could provide superior services
4      than what was being provided by PMS?
5  A.   I can't answer that specifically.  I can
6      answer it generally speaking.
7  Q.   I'm not asking generally.  I'm asking based
8      off of what you saw or the conversation and
9      the times that you were at the East Baton
10      Rouge Parish Prison, did you feel that
11      CorrectHealth could do a better job than
12      was being done by the prior medical
13      provider, which was PMS?
14  A.   When I was taking those tours, I did not
15      evaluate, critically evaluate what was
16      being provided there at the time I was
17      going on those tours.  It was just not part
18      of my scope.  I was there to look at the
19      facility just to -- just to see it, No.  1,
20      to kind of get some understanding
21      operationally as to what they were doing
22      and to really offer some help because there
23      was a lot of questions regarding pharmacy
24      and -- and how we -- we managed our
25      pharmaceuticals.

91

1    Q.    Did you ever develop an opinion as to

2          whether or not CorrectHealth could provide

3          superior services in your opinion than that

4          which was being provided by PMS at any time

5          before January 1, 2017?

6    A.    I'm sure there are some things that I

7          thought we could do better.  Off the top of

8          my head, do I remember specifics?  No, but

9          I'm sure there were some things, and I was

10         sure there some things that -- that I

11         thought was -- was pretty interesting in

12         how they -- how they were accomplishing

13         that task given these -- given their

14         circumstances, right.  You know, so I'm

15         sure there was a little of both of those

16         things going on, but I like to think that

17         we're the best in the business.  At least I

18         hope so anyway.

19   Q.    What deficiencies, if any, did you identify

20         or have the impression existed prior to

21         January 1 of 2017, insofar as the medical

22         care that was being provided at the East

23         Baton Rouge Parish Prison?

24   A.    Well, I can say this, I have no opinion as

25         to what deficiencies that were there, but

92

1     our approach was slightly different than
2     the -- the approach that was utilized prior
3     to us starting.
4   Q.   In what way?
5   A.   I thought that there were some efficiencies
6     that -- that could be squeezed into their
7     operation, and I -- I wanted to bring in
8     more RN capacity to the facility.
9   Q.   Why?
10  A.   I just feel like we -- RN -- RNs in the
11     clinic would -- would benefit a lot of the
12     trips to the emergency department that
13     would be going on.  I think they would be
14     better at triaging and not relying on the
15     emergency department for a lot of the care.
16  Q.   What efficiencies did you feel that
17     CorrectHealth could bring to the system?
18  A.   Well, I think that they could hopefully
19     decrease some of the off -- offsite
20     sendouts, given our -- given our use of
21     RNs.  The other efficiencies was the
22     utilization of 340B pricing for
23     pharmaceuticals and the use of -- and
24     utilizing the charity hospital system for
25     HIV care would result in some savings on

1    the pharmaceutical side.  Other
2    efficiencies is -- is that, you know,
3    employees of East Baton Rouge had high --
4    very high benefit costs in health care,
5    particularly in private health care, those
6    benefits costs aren't as high as some of
7    the, you know, self-operated facilities or
8    essentially, you know, local government-run
9    health care operations.  In fact, the
10   benefit costs for -- for -- for the
11   employees in East Baton Rouge were almost
12   50 percent of their salaries, and ours was
13   closer to 20 percent.  So that was some
14   efficiencies we could squeeze out of -- of
15   the -- of the current operation, which
16   would allow for use of those funding for
17   some of the -- for the RNs, for example,
18   hiring more RNs in the clinic area and some
19   other staff tweaking that we may have done.
20   I think we added some nurse practitioner
21   support there as well.
22 Q.   Overall, is it your understanding as we sit
23   here right now that when CorrectHealth took
24   over the contract in January of 2017 that
25   the total number of individuals providing

94

1          care at the East Baton Rouge Parish Prison

2          increased or decreased?

3     A.   I think it increased.

4     Q.   By how much?

5     A.   Well, I know there were several vacancies

6          there.  I don't know exactly how many, and

7          when we started, we were able to fill those

8          vacancies and a few other staffing changes

9          we made.  So it -- it increased -- you

10         know, I don't -- I'd be speculating as to

11         the exact percentage, but I know just

12         getting -- getting the positions filled and

13         -- and tweaking the other staffing doing

14         the other -- executing the other staffing

15         changes we made made an impact.

16    Q.   How do you know that?

17    A.   Well, I don't know it specifically, but the

18         feedback from the staff was that it was an

19         overall improvement that they felt.

20    Q.   On December 31 of 2016, how many vacancies

21         were unfilled?

22    A.   I don't recall exactly, but I remember

23         there being several.

24    Q.   How long did it take CorrectHealth to fill

25         those vacancies?

95

1   A.   I don't know that our staffing plan was
2        exactly theirs.  My -- my guess was that we
3        -- we did a pretty good job of -- of
4        staffing early on.  So I don't know a
5        better way of saying that we -- we -- we
6        filled those vacancies, but our staffing
7        plan was executed pretty well in January.
8   Q.   And sometime prior to January 1 of 2017,
9        you developed the opinion that you thought
10       CorrectHealth could make a profit by having
11       the contract at East Baton Rouge Parish
12       Prison, right?
13  A.   We -- yes, we're a for-profit company.
14  Q.   And, in fact, you have made a profit at the
15       East Baton Rouge Parish Prison in each year
16       that you have provided services there?
17  A.   Yes.
18  Q.   Unlike the facilities in Tennessee and
19       Kentucky that you decided to no longer
20       provide services to, the East Baton Rouge
21       Parish Prison is carrying its weight at
22       corporate, right?
23  A.   It is.
24  Q.   In the year 2017, how much profit was made
25       at the East Baton Rouge Parish Prison?

1   A.   I don't have that specific.

2   Q.   Was it $1.00?  Was it $500,000?  Was it a

3        million dollars?

4   A.   I -- I don't -- I don't have that number.

5   Q.   Was it closer to $1.00 or closer to a

6        million dollars?

7   A.   In general we try to get -- we -- our goal

8        is six, eight percent profit margin.

9   Q.   Six to eight percent?

10  A.   Huh-huh.

11  Q.   Is that a yes?

12  A.   That is correct, yes.

13  Q.   Do you know whether or not East Baton Rouge

14       overperformed or underperformed in that

15       range in the calendar year 2017?

16  A.   I don't know.  I'd have to look that up.

17  Q.   Who would know?

18  A.   Probably the finance -- someone in the

19       Finance Department could look it up.  They

20       wouldn't know off the top of their head.

21       No one would know.

22  Q.   Give me --

23  A.   I don't know.  No one would know.  That

24       information is there, and we could probably

25       find that out, but my guess it's in that --

```
 1          somewhere north of five and below ten.
 2     Q.    What about calendar year 2018 in terms of
 3          profit at East Baton Rouge?
 4     A.    Same answer, somewhere north of five and
 5          below ten percent, and that would be a
 6          pretty close number.
 7     Q.    And what about so far for the year 2019, is
 8          this information, is it measured on a
 9          monthly basis or is it on an annual basis?
10     A.    Well, we're doing it -- we do it
11          semi-annual, so we're just now almost to
12          the point of starting to report for the
13          first half of '19.  I don't have -- they're
14          not -- I -- I haven't seen it yet.
15     Q.    And since you got this contract started
16          January 1 of '17, would you then measure it
17          through July 1 of -- is that your budget
18          year for EBR?
19     A.    We are on a calendar year.  We're on a
20          calendar year system.
21     Q.    Is that true for all your facilities?
22     A.    Yes, the companies, yeah.  Now, for -- we
23          may start at a different time, but during
24          the year, the contracts renew all
25          throughout the year, but our reporting goes
```

```
 1        on a calendar basis.
 2   Q.   And when you say, "our reporting," you mean
 3        CorrectHealth?
 4   A.   CorrectHealth.
 5   Q.   And insofar --
 6   A.   You want to take a break?  I'm going to
 7        need a break soon anyway.
 8   Q.   Well, let's just take a break.
 9   A.   Yeah, let's take a break.
10                  (Break in proceedings.)
11   BY MR. CLAIBORNE:
12   Q.   With respect to the actual contract at East
13        Baton Rouge Parish Prison, a certain amount
14        of money is paid on an annual basis to
15        Correct -- to CorrectHealth East Baton
16        Rouge, correct?
17   A.   Yes.  Yes.
18   Q.   And is that money paid out in 12
19        installments over the course of the year or
20        is it paid out some other way?
21   A.   It's monthly, monthly invoice.
22   Q.   And so essentially there is one pot of
23        money from which the cost to provide
24        patient care is drawn, correct, for East
25        Baton Rouge Parish Prison?
```

99

```
 1   A.   No.
 2   Q.   What other pots of money are there that the
 3        cost to provide care at East Baton Rouge
 4        Parish Prison is drawn?
 5   A.   Well, for example, our services don't cover
 6        inpatient care and offsite specialty care.
 7   Q.   Who pays for that?
 8   A.   The Department of Corrections I believe
 9        pays for the majority of that, and then
10        some of that is paid for, small amount is
11        paid for by the City/Parish.
12   Q.   Who else provides any funding for the
13        provision of inmate care at the East Baton
14        Rouge Parish Prison?
15   A.   The Sheriff's Office might provide funding.
16        For example, some of the re-entry services
17        that occur, you know, discharge planning I
18        think is provided in a separate contract
19        for Capital Area, for example, that
20        provides some sort of discharge planning,
21        re-entry planning, if you will, and there
22        may be some other, but by far the majority
23        of the on-site care is paid for by us.
24   Q.   And CorrectHealth only receives funding
25        from the City of Baton Rouge?
```

```
 1    A.    Yes.
 2    Q.    Okay.  So if somebody else is being paid to
 3          provide some other service, that's not
 4          money that cycles through CorrectHealth?
 5    A.    No.
 6    Q.    Okay, and CorrectHealth has certain things
 7          under its contract that it is obligated to
 8          provide at the East Baton Rouge Parish
 9          Prison, correct?
10    A.    Yes.
11    Q.    And whatever CorrectHealth spends on
12          providing those services comes from the
13          money that CorrectHealth receives from the
14          Parish?
15    A.    Yes.
16    Q.    And whatever CorrectHealth spends to
17          provide those services, it spends, correct?
18    A.    Yes.
19    Q.    And whatever is not spent at the end of the
20          year, CorrectHealth retains as profit?
21    A.    I guess you could say that, yes.
22    Q.    Well, what else would it be if it were left
23          over at the end of the year?
24    A.    I answered your question.
25    Q.    You answered my question that the money
```

```
 1        that's left over at the end of the year is
 2        profit, correct?
 3   A.   Yes.
 4   Q.   And so every dollar that gets spent on
 5        providing the services at East Baton Rouge
 6        Parish Prison is not available to be profit
 7        at the end of the year, correct?
 8   A.   Yes.
 9   Q.   There's a direct dollar-for-dollar ratio
10        there, correct?
11   A.   Yes.
12   Q.   Are there other facilities that
13        CorrectHealth provides service at that do
14        not have that type of financial structure?
15   A.   Yes.
16   Q.   And where is that?
17   A.   Well, some facilities, we mentioned one
18        earlier, we may engage our services for,
19        like, a physician services based on a
20        hourly reimbursement model.  Some it's for
21        an unique fee structure to do a particular
22        task.  Some facilities will have a shared
23        risk arrangement for some component of the
24        services.  For example, shared risk in
25        pharmacy, shared risk in offsite care.
```