UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. | ) |
| Plaintiffs, | ) |
| | ) Case Number: 4:22-cv-00067-RSB-CLR |
| vs. | ) |
| CHATHAM COUNTY, GEORGIA, et al. | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBIT 2 TO DOC. 118**

COMES NOW PLAINTIFFS, and hereby gives notice to all parties that Exhibit 2 (September 5, 2020 jail video) to Doc. 118, will be filed manually with the Clerk of Court.

Respectfully submitted, this 15th day of March, 2024.

/s/ *David J. Utter*
DAVID J. UTTER
Bar Number: 723144
WILLIAM R. CLAIBORNE
Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@clairbornefirm.com
will@clairbornefirm.com

*/s/ Christopher J. Murell*
CHRISTOPHER J. MURELL
Bar Number: 195116
MURELL LAW FIRM
2831 St. Claude Ave.
New Orleans, LA 70117
(504) 717-1297 Telephone
chris@murell.law

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

/s/ *William R. Claiborne*
WILLIAM R. CLAIBORNE