UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES, et al. ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CAFN: 4:22-cv-00067 |
| ) | |
| CHATHAM COUNTY, GEORGIA, ) | |
| *et al.* ) | |
| ) | |
|    Defendants. ) | |

**JOINT STATUS REPORT**

COME NOW Plaintiffs Jessica Hodges as natural guardian of minor children, L.C. and D.C., and Estate of Lee Michael Creely, by and through Warren Ratchford, its Administrator ("Plaintiffs") and Defendants Chatham County, Georgia, Don White, Karlos Manning, Terence Jackson, Yvette Bethel-Quinney, CorrectHealth, LLC, CorrectHealth Chatham, LLC, Carlo Musso, M.D., Karen Forchette, and Jackie Harned ("Defendants") (collectively, the "parties") and hereby jointly submit a status report in accordance with this Court's instruction, *Doc. 120*, showing this Honorable Court the following:

**I.     Discovery Completed**

The parties have conducted most of the depositions needed, including almost all of the named Defendants.[1] In addition, with the exception of the production of the documents ordered to be produced by this Honorable Court, the parties have conducted extensive document production and toured the jail.

---

[1] One named party—Terence Jackson—was deposed on October 19, 2022. Plaintiffs' counsel has agreed to dismiss Defendant Jackson contingent upon the scheduling of his trial deposition. In addition, the FRCP 30(b)(6) deposition of non-party COCHS was left open in order that COCHS will produce a competent witness.

**II.   Discovery to be Completed**

The parties anticipate conducting approximately 12 additional depositions: Shawn Wood, Jean Llovet, William Freeman[2], Todd Freesemann, Lee Smith, Sheriff Wilcher[3], Dr. Donoghue, Dr. Ray, and 30(b)(6) depositions of the Sheriff's Office, Chatham County, COCHS, and CorrectHealth. Plaintiffs anticipate 2-3 expert witnesses, and Defendants anticipate 3-4 expert witnesses.

**III.   Proposed Schedule**

The parties propose the following discovery schedule to govern the remainder of these proceedings:

- Last Day to Conduct Fact Discovery: **October 31, 2024**
- Last Day to Furnish Expert Witness Reports by Plaintiffs: **November 18, 2024**
- Last Day to Furnish Expert Witness Reports by Defendants: **December 18, 2024**
- Close of Expert Discovery: **February 28, 2025**
- Joint Status Report Due: **March 14, 2025**
- Last Day for Filing Civil Motions Including *Daubert* Motions But Excluding Motions *In Limine*: **April 14, 2025**

*[Date and signatures of counsel are on the following page.]*

---

[2] Mr. Freeman has a medical condition which may make him unavailable to testify within the October 31, 2024, fact discovery deadline.

[3] Sheriff Wilcher has a medical condition which may make him unavailable to testify within the October 31, 2024, fact discovery deadline.

Respectfully submitted, this 31st day of July, 2024.

/s/ David J. Utter
David J. Utter
Ga. Bar Number: 723144
William R. Claiborne
Ga. Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
david@claibornefirm.com
will@claibornefirm.com
*Attorneys for Plaintiffs*

/s/ Andre Pretorius
R. Jonathan Hart
Ga. Bar Number: 333692
Andre Pretorius
Ga. Bar Number: 298154
CHATHAM COUNTY ATTORNEY OFFICE
24 Bull Street
Room 230
Savannah, Georgia 31401
(912) 652-7881 Telephone
rjhart@chathamcounty.org
anpretorius@chathamcounty.org
*Attorneys for Defendants Chatham County, Georgia, Don White, and Karlos Manning*

/s/ Gary J. McGinty
Carlton E. Joyce
Ga. Bar Number: 405515
Gary J. McGinty
Ga. Bar Number: 602353
BOUHAN FALLIGANT LLP
One West Park Avenue
Savannah, Georgia 31401
(912) 644-5754 Telephone
cejoyce@bouhan.com
gmcginty@bouhan.com
Attorneys for Defendants CorrectHealth LLC, CorrectHealth Chatham, LLC, Carlo Musso, M.D., Karen Forchette, and Jackie Harned

/s/ William C. Phillips
Benjamin M. Perkins
Ga. Bar Number: 140997
William C. Phillips
Ga. Bar Number: 552370
OLIVER MANER LLP
218 West State Street
Savannah, Georgia 31401
(912) 236-3311 Telephone
bperkins@olivermaner.com
wphillips@olivermaner.com
*Attorneys for Defendants Yvette Bethel-Quinney and Terence Jackson*