**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JESSICA HODGES; and THE ESTATE OF
LEE MICHAEL CREELY,

       Plaintiffs,

       v.

CHATHAM COUNTY, GEORGIA; et al.,

       Defendants.

CIVIL ACTION NO.: 4:22-cv-67

**O R D E R**

Before the Court is a "Stipulation to Dismiss Defendant Terence Jackson," signed by counsel for Plaintiffs and counsel for all Defendants, in which the parties state that they have stipulated and consented to the dismissal of all claims against Defendant Terence Jackson. (Doc. 123.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Terence Jackson has been **DISMISSED WITH PREJUDICE** from this action.  The Court **DIRECTS** the Clerk of Court to terminate Defendant Terence Jackson from this case and to update the docket accordingly.

**SO ORDERED**, this 23rd day of September, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA