IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA HODGES; and THE ESTATE OF LEE MICHAEL CREELY,<br><br>Plaintiffs,<br><br>v.<br><br>CHATHAM COUNTY, GEORGIA; et al.,<br><br>Defendants. | CIVIL ACTION NO.: 4:22-cv-67 |

**O R D E R**

Before the Court is a "Stipulation to Dismiss Defendant Yvette Bethel-Quinney," signed by counsel for Plaintiffs and counsel for all Defendants, in which the parties state that they have stipulated and consented to the dismissal of all claims against Defendant Yvette Bethel-Quinney. (Doc. 130.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Yvette Bethel-Quinney has been **DISMISSED WITH PREJUDICE** from this action. The Court **DIRECTS** the Clerk of Court to terminate Defendant Yvette Bethel-Quinney from this case and to update the docket accordingly.

**SO ORDERED**, this 12th day of November, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA