**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| JESSICA HODGES, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:22-cv-00067-RSB-CLR |
| ) | |
| CHATHAM COUNTY, GEORGIA, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## AMENDED STIPULATION TO DISMISS DEFENDANTS CORRECTHEALTH, LLC, KAREN FORCHETTE, CARLO MUSSO, M.D., AND JACKIE HARNED

COME NOW Plaintiffs and Defendants CorrectHealth, LLC, Karen Forchette, Carlo Musso, M.D., and Jackie Harned ("Defendants"), and, pursuant to Fed. R. Civ. P. Rules 21 and 41(a) and with the consent of all parties to this action, stipulate to entry of an Order dismissing the claims and causes of action alleged in this action against Defendants with prejudice, showing the Court as follows:

1.

Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Per local rule of this Court, "the Clerk of Court is authorized and directed to grant, sign, and enter orders of dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure." *S.D. Ga. LR 41.2*.

2.

Plaintiffs desire to dismiss this lawsuit against Defendants.

3.

1

2

All claims against the remaining Defendants shall remain pending and shall be unaffected by this order.

4.

By their signatures below, all parties agree to this dismissal, including Defendants.

WHEREFORE the parties hereby stipulate to entry of an Order dismissing Defendants and request that the Court enter such an Order.

Dated: January 7, 2025.

**[*Signatures on Following Page*]**

*/s/ David J. Utter*
David J. Utter
Ga. Bar Number: 723144
William R. Claiborne
Ga. Bar Number: 126363
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
david@claibornefirm.com
will@claibornefirm.com
*Attorneys for Plaintiffs*


*/s/ R. Jonathan Hart*
R. Jonathan Hart
Ga. Bar Number: 333692
Andre Pretorius
Ga. Bar Number: 298154
CHATHAM COUNTY ATTORNEY OFFICE
24 Bull Street, Room 230
Savannah, Georgia 31401
(912) 652-7881 Telephone
rjhart@chathamcounty.org
anpretorius@chathamcounty.org
*Attorneys for Defendants Chatham County, Georgia, Don White, and Karlos Manning*

*/s/ Carlton E. Joyce*
Carlton E. Joyce
Ga. Bar Number: 405515
Gary J. McGinty
Ga. Bar Number: 602353
BOUHAN FALLIGANT LLP
One West Park Avenue
Savannah, Georgia 31401
(912) 644-5754 Telephone
cejoyce@bouhan.com
gmcginty@bouhan.com
*Attorneys for Defendants CorrectHealth LLC, CorrectHealth Chatham, LLC, Carlo Musso, M.D., Karen Forchette, and Jackie Harned*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

Dated: January 7, 2025

                                                THE CLAIBORNE FIRM, P.C.

                                                */s/ William R. Claiborne*
David J. Utter
Ga. Bar Number: 723144
William R. Claiborne
Ga. Bar Number: 126363
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
david@claibornefirm.com
will@claibornefirm.com
*Attorneys for Plaintiffs*