# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

JESSICA HODGES; et al.,

      Plaintiffs,

    v.

CORRECTHEALTH CHATHAM LLC; et al.,

    Defendants.

CIVIL ACTION NO.: 4:22-cv-67

## O R D E R

Before the Court is a Joint Stipulation of Dismissal, signed and filed by counsel for Plaintiffs and counsel for both Defendants (CorrectHealth Chatham, LLC, and Don White), in which the parties stipulate to the dismissal, with prejudice, of all claims and causes of action alleged against Defendants. (Doc. 141.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs have **DISMISSED** all claims against CorrectHealth Chatham, LLC, and Don White **WITH PREJUDICE** and, those being the final two Defendants in this case, this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 5th day of March, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA